AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 09-60331-CR-JIC |
| SCOTT W. ROTHSTEIN | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/1/09

_Defendant's signature_

_Signature of defendant's attorney_

Marc S. Nurik
_Printed name of defendant's attorney_

_Judge's signature_

U.S. Magistrate Judge Robin S. Rosenbaum
_Judge's printed name and title_