UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-60331-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SCOTT W. ROTHSTEIN,

      Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

COMES NOW,  MARC S. NURIK and files this Notice of Appearance as counsel for the above named defendant, SCOTT W. ROTHSTEIN, in the above-styled cause, and would request the Clerk of Court to furnish any and all notices in this case to the undersigned.

      Respectfully submitted,

       /s/ MARC S. NURIK
      MARC S. NURIK
      Florida Bar No. 272817
      LAW OFFICES OF MARC S. NURIK
      One East Broward Boulevard, Suite 700
      Ft. Lauderdale, FL 33301
      Tel: 954-745-5849
      Fax: 954-745-3556

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed and furnished by transmission of notice of electronic filing generated by CM/ECF and by U.S. Mail to: Jeffrey H. Sloman, Acting United States Attorney, Paul F. Schwartz, Assistant United States Attorney, and Lawrence D. LaVecchio, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394 this 1st day of December, 2009.

                                                                     /s/ Marc S. Nurik
                                                                     MARC S. NURIK