### AFFIDAVIT OF LISA A. KLITZ
### IN SUPPORT OF APPLICATION FOR PROTECTIVE ORDER
### IN CASE NO. 09-60331-CR-COHN

I, LISA A. KLITZ, hereby swear and affirm as follows:

1. I am currently employed by the United States Treasury Department, Internal Revenue Service, Criminal Investigation (IRS-CI) as a Special Agent and have been so employed since November 1987. I am currently assigned to the IRS-CI Miami Field Office, Plantation, Florida, with the responsibility of investigating violations of the Internal Revenue Code and related crimes, including financial fraud and money laundering. I have received training from the Internal Revenue Service in conducting investigations regarding tax fraud, as well as training in the investigation of fraud and money laundering.

2. The information in this affidavit is based upon my personal knowledge, information obtained from individuals and other law enforcement agents and from my review of documents. Since this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a Protective Order with respect to assets sought for forfeiture, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that are sufficient to establish probable cause that the assets identified for forfeiture, will be forfeitable, upon conviction of defendant, Scott W. Rothstein.

3. The General Allegations of the Information filed at 09-60331-CR-COHN are realleged and expressly incorporated herein as if set forth in full.

4. The charges contained at Counts 1, 2, 3, 4 and 5 of the Information filed at 09-60331-CR-COHN are realleged and expressly incorporated herein as if set forth in full.

5. The allegations contained in the Forfeiture Allegations of the Information filed at 09-60331-CR-COHN are realleged and expressly incorporated herein as if set forth in full.

6. I submit, based on the foregoing, that there is probable cause to believe, the property sought for forfeiture, will, upon conviction of defendant, Scott W. Rothstein, be subject to forfeiture.

FURTHER AFFIANT SAYETH NAUGHT.

## VERIFICATION

Pursuant to Title 28, United States Code, Section 1746, I declare under penalty of perjury, that I have read the foregoing Affidavit, and that the foregoing Affidavit is true and correct to the best of my knowledge and belief.

Executed this ___6___ day of December, 2009.

*Lisa A. Klitz*
LISA A. KLITZ
Senior Special Agent
INTERNAL REVENUE SERVICE
CRIMINAL INVESTIGATION DIVISION