UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

v.

SCOTT W. ROTHSTEIN,

       Defendant.
_____/

**GOVERNMENT'S *EX PARTE* MOTION TO CORRECT
AND SUBSTITUTE ATTACHMENT TO PROTECTIVE ORDER**

       The United States of America respectfully moves to correct and substitute the attachment to the Protective Order, which attachment corrects a scrivener's error with respect to the amount of funds sought for forfeiture. In support of this motion, the United States shows unto the Court:

       1.    On December 6, 2009, the United States moved for the entry of a Post-Information Protective Order [DE #12]. As part of its submission, the United States presented the Court with the properties for which the protective order was sought. The first property subject to forfeiture was listed as: "A. A sum of money equal to $1,600,000,000 in United States currency;" [DE #12-1].

       2.    The United States' motion was granted and a Protective Order was entered on December 7, 2009 attaching the list of properties subject to Court's Protective Order [DE #13].

       3.    The amount of funds listed in the attachment to the United States' motion, and thereafter attached to, and incorporated into the Court's Protective Order, does not conform to the amount of funds sought in the Information [DE #1].

       4.    The amount of funds sought for forfeiture, as alleged in the Information are: "A. A sum of money equal to $1,200,000,000 in United States currency." [DE #1, p. 19].

5. The United States seeks correction of this scrivener's error and moves that the Court substitute the attached list of property subject to forfeiture. A proposed Order is attached hereto, as is the appropriately corrected list of properties subject to forfeiture, reflecting a change from the $1,600,000,000 amount to the $1,200,000,000 amount.

6. As a Protective Order may be applied for, *ex parte*, by extension, so should an amendment to same. Therefore, opposing counsel was not contacted with respect to this motion.

WHEREFORE, based on the foregoing, the United States moves that the Court grante the instant motion and moves that the Court enter the corrected attachment to the Protective Order submitted herewith.

    Respectfully submitted,

    JEFFREY H. SLOMAN
    ACTING UNITED STATES ATTORNEY

By:    /s/Alison W. Lehr
    ALISON W. LEHR
    ASSISTANT UNITED STATES ATTORNEY
    Fla. Bar No. 444537
    99 N.E. 4th Street - 7th Floor
    Miami, Florida   33132
    Telephone: (305) 961-9176
    Fax: (305) 536-7599
    Alison.Lehr@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    s/ Alison W. Lehr
    ALISON W. LEHR
    Assistant United States Attorney