UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT W. ROTHSTEIN,

        Defendant.

_____/

GOVERNMENT'S MOTION FOR ALTERNATIVE
VICTIM NOTIFICATION PROCEDURES

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Title I of the Justice for All Act of 2004 ("The Act"), 18 U.S.C. §3771, submits this motion seeking an order fashioning a reasonable procedure to give effect to the Act that does not unduly complicate or prolong the proceedings, as the large number of victims in this case makes it impracticable to accord all victims all of the rights described in The Act.

The Act provides certain rights for victims in federal criminal proceedings. 18 U.S.C. §3771(a). The rights afforded to crime victims are as follows:

(1)    The right to be reasonably protected from the accused.

(2)    The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.

(3)    The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.

(4)     The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.

(5)     The reasonable right to confer with the attorney for the Government in the case.

(6)     The right to full and timely restitution as provided in law.

(7)     The right to proceedings free from unreasonable delay.

(8)     The right to be treated with fairness and with respect for the victim's dignity and privacy.

18 U.S.C. § 3771(a).

A.     Notice.

Department of Justice employees are required to make their best efforts to "see that criminal victims are notified of, and accorded their rights described" in, and prosecutors are also required to advise crime victims that they can seek the advice of an attorney with respect to the rights afforded by, section 3771(a).  18 U.S.C. §3771(c)(1),(2).  The Act defines a "crime victim" as "a person directly and proximately harmed as a result of the commission of a federal offense...."
18 U.S.C. §3771(e).

However, the Act recognizes that in cases involving "multiple crime victims," a court has the discretion to adopt procedures that will not unduly interfere with the criminal proceedings. Specifically, the Act provides:

(2)     Multiple Crime Victims–In a case where the court finds that the number of crime victims makes it impracticable to accord all of the crime victims the rights described in subsection (a), the court shall fashion a reasonable procedure to give effect to this chapter that does not unduly complicate or prolong the proceedings.

18 U.S.C. §3771(d)(2).

The government submits that this pending criminal case fits within the "multiple crime

victims" provision. The "direct and proximate" victims of the charge offense may include hundreds of investors. The government has identified a large number of victims, but the process of identifying and locating additional victims is ongoing. Under the circumstances, it will be impracticable for the government to identify and locate all of these victims and provide them with reasonable, accurate, and timely notice in advance of all of the relevant proceedings required under The Act. To do so would unduly delay the proceedings.

However, rather than seek a complete waiver of the notice provision of The Act, the government proposes that the Court authorize it to provide notice of the proceeding required by §3771(a)(2) by publication via a government website maintained on the Internet. Notice by Internet is a reasonable procedure that will give effect to the Act and will not unduly complicate or prolong the public court proceedings. The government seeks authorization to provide notification to victims by the publication of a notice maintained on the Internet at

http://www.justice.gov/usao/fls/VictimWitness/USvRothstein.html

advising potential victims of the name of the defendant, a description of the charges in the Information, a schedule of the proceedings and a name and number of a Department employee for individuals to contact if they believe they were a victim of the alleged scheme.[1]

## CONCLUSION

For the reasons set forth above, the government respectfully requests that this Court grant this motion and sign the accompanying proposed Order.

The undersigned has consulted with Marc S. Nurik, Esquire, counsel for the defendant, who has authorized the undersigned to represent that the defendant does not object to the Court entering

---

[1]A copy of the publication to be displayed on the website is attached and filed herewith.

the Order requested herein.

Respectfully submitted,

JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

By:    s/ Paul F. Schwartz
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500086
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Phone: (954) 356-7255 / Fax: (954) 356-7230
E-Mail: Paul.Schwartz@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 5, 2010, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.

s/ Paul F. Schwartz
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

4