

**U.S. Department of Justice**
United States Attorney's Office
Florida, Southern District - Fort Lauderdale
500 East Broward Blvd., 7th Floor
Fort Lauderdale, FL 33394
Phone: (954) 356-7255
Fax: (954) 356-7336

**Distributed via Internet**

Re: *United States v. Scott W. Rothstein*
Case Number: 09-60331-CR-COHN
Website address:  http://www.justice.gov/usao/fls/VictimWitness/USvRothstein.html

Dear Sir/Madam:

The United States Department of Justice believes it is important to keep victims of federal crime informed of court proceedings. This notice provides information about the above-referenced criminal case.

A charge has been filed against defendant Scott W. Rothstein.  Defendant Rothstein has been charged with Conspiracy to Violate the RICO Statute, in violation of Title 18, United States Code, Section 1962, Conspiracy to Violate the Money Laundering Statute, in violation of Title 18, United States Code, Section 1956, Conspiracy to Violate Mail and Wire Fraud Statutes, in violation of Title 18, United States Code, Section 1349 and substantive Wire Fraud in violation of Title 18, United States Code, Section 1343.  The prosecutors assigned to this case are Lawrence LaVecchio, Paul Schwartz and Jeffrey Kaplan.

The Crime Victims' Rights Act gives victims of criminal offenses in Federal court certain rights, including: (1) The right to be reasonably protected from the accused; (2) The right to reasonable, accurate, and timely notice of any public court proceeding, involving the crime, or of any release or escape of the accused; (3) The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding; (4) The right to be reasonably heard at any public proceeding in the district court involving release, plea, or sentencing, (5) The reasonable right to confer with the attorney for the Government in the case; (6) The right to full and timely restitution as provided in law; (7) The right to proceedings free from unreasonable delay; and (8) The right to be treated with fairness and with respect for the victim's dignity and privacy.

Please be aware that defendant Rothstein may enter a guilty plea to the charges in the Information.  Such plea would result in a final resolution of this criminal matter without the necessity of going to trial. If a plea agreement is reached, a hearing will be scheduled and we will use our best efforts to notify you of available information as soon as practicable.  The proceeding

during which a federal criminal defendant enters a guilty plea is called a Change of Plea Hearing. The proceeding is open to the public; however your attendance is not required by the Court. A Change of Plea Hearing usually takes about an hour. In it, the Court is presented with a written document memorializing the agreement of the parties and the Court asks the defendant a series of questions in order to make certain that the defendant understands the various legal rights he is necessarily giving up when he agrees to plead guilty.

Typically, a defendant is thereafter scheduled for a Sentencing Hearing, the proceeding at which the defendant is sentenced for his offenses, within two to four months after his change of plea hearing. During that period of time, a United States Probation Officer may contact you in order to discuss the impact the crime had on you or your loved one financially, physically, and/or emotionally. If you are contacted by such a United States Probation Officer, please make every effort to provide accurate and detailed information.

If you wish, you may appear at the defendant's Change of Plea and/or Sentencing hearings. Letters regarding the disposition of this case may be mailed to Clearetha McGee, Victim/Witness Coordinator, United States Attorney's Office, Southern District of Florida, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, Florida, 33394, or faxed to 954-356-7336. All letters will be promptly forwarded to the Court. If you wish to appear in person, the address of the United States Courthouse is 299 E. Broward Blvd., 2nd Floor, Fort Lauderdale, Florida. Note that you are under no obligation to appear in person or write.

Because of the Court's schedule, hearing dates could change on very short notice. If you plan on attending, you may want to check the website to confirm the date and time. Please note there is a 24-hour delay in information transfer to the website. The website address is:

http://www.justice.gov/usao/fls/VictimWitness/USvRothstein.html

If you want to inform the government of your views regarding a potential plea agreement, or any other aspect of the case, please contact Victim Witness Coordinator Clearetha McGee at (954) 356-7255, Extension 3598.

We will make our best efforts to ensure you are provided the rights described above. It is important to keep in mind that the defendant is presumed innocent until proven guilty and that presumption requires both the Court and our office to take certain steps to ensure that justice is served. While our office cannot act as your attorney or provide you with legal advice, you can seek the advice of an attorney with respect to these rights or other related legal matters.

Very truly yours,

JEFFREY H. SLOMAN
United States Attorney


Paul F. Schwartz
Assistant United States Attorney