UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,
                         Plaintiff,
v.

SCOTT W. ROTHSTEIN,
                         Defendant.
_____/

ORDER

Upon consideration of the motion filed by the Government, pursuant to Title I of the Justice for All Act of 2004, 18 U.S.C. §3771,

The Court finds that (1) that the "multiple crime victims" provision set forth in 18 U.S.C. § 3771(d)(2) applies to the above-captioned case; (2) that due to the number of victims it is impractical for the Government and the Court to identify direct and proximate victims of the charged offenses, on an individual basis, without unduly complicating or prolonging the proceedings; and (3) the basis of notification set forth in the Government's motion constitutes a "reasonable procedure" for giving effect to the provisions of 18 U.S.C. § 3771.

IT IS HEREBY ORDERED THAT:

The Government is authorized to comply with the provisions of 18 U.S.C. § 3771(a)(2) in the above-captioned case by providing notice of upcoming court proceedings, by publication of the notice via the Internet on website designated:

http://www.justice.gov/usao/fls/VictimWitness/USvRothstein.html

DONE and ORDERED at Fort Lauderdale, Florida, this _____ day of January 2010.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE