U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 09-60331-CR-COHN SNOW |
| DEFENDANT | TYPE OF PROCESS |
| SCOTT W. ROTHSTEIN | PROTECTIVE ORDER/ATTACHMENT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KIPP HUNTER EPSTEIN c/o ATTORNEY ALAN GEFFIN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
333 E. LAS OLAS WAY #1409     ATTORNEY- 25 SE 2ND AVE SUITE 1135
FT. LAUD, FL                    MIAMI, FL 33131

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA ALISON LEHR
99 NE 4th ST 7th FL
MIAMI, FL 33132

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold

PLEASE SERVE ASAP!

FILED by _____ D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA. – MIAMI

Signature of Attorney or other Originator requesting service on behalf of:
*Alison W. Lehr*

☑ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER
305-961-9176

DATE
12/23/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 12/23/09 |
|---|---|---|---|---|---|
| | 1 | | | JOHN Q DUSM | 12/23/09 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (*complete only if different than shown above*) | Date of Service: 12/31/09   Time: 11:00 ☑ pm |
| | Signature of U.S. Marshal or Deputy: JOHN Q DUSM |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
12/29/09 ATTORNEY OFFICE CLOSED
12/31/09 SERVED ATTORNEY ALAN GEFFIN

**PRIOR EDITIONS MAY BE USED**          **1. CLERK OF THE COURT**          **FORM USM-285 (Rev. 12/15/80)**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 09-60331-CR-COHN-SNOW ⑤ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SCOTT W. ROTHSTEIN | PROTECTIVE ORDER/ATTACHMENT |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
EDIFY c/o HOWARD GRUVERMAN 954-832-9492

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
401 E. LAS OLAS BLVD, Suite 1120 FT. LAUD. FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

```
AUSA ALISON LEHR
79 NE 4th ST 7th FL
MIAMI, FL 33132
```

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold · Fold

PLEASE SERVE ASAP

FILED by ___ D.C.

**JAN 0 8 2010**

STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA. - MIAMI

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Alison W. Lehr | | 305-961-9176 | 12/23/09 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 04 | 04 | Jeff Efy DUSM | 12/23/09 |

I hereby certify and return that ☒ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service: 12/31/09 Time: 10.12 ☐am ☐pm |
| | | Signature of U.S. Marshal or Deputy Jeff Efy 5066 |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
SERVED HOWARD GRUVERMAN

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 09-60331-CR-JIC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott W. Rothstein | Protective Order/Attachment |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Broward Bank of Commerce

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

101 NE 3RD Ave   Ft. Lauderdale, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison Lehr
99 NE 4th St. 7th FL
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                  Fold

FILED by GB D.C.

JAN 08 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S.D. of FLA. — MIAMI

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Alison W Lehr | | 305-961-9176 | 12/21/09 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 12/21/09 |
|---|---|---|---|---|---|
| | | | | John Q OUSM | 12/20/09 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| BARBARA HANRAHAN, BSA OFFICER | |

| Address (complete only if different than shown above) | Date of Service | Time | ☑ am ☐ pm |
|---|---|---|---|
| | 12/22/09 | 11:11 | |
| | Signature of U.S. Marshal or Deputy John Q 5066 | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | 09-60331-CR-JIC (9) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott W Rothstein | Protective Order / Attachment |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alternative Biofuel Technologies c/o Richard Greene / John Burgw

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 2400 E. Commercial Blvd #201 Ft. Lauderdale, FL 33308

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Allison Lehr
99 NE 4th St. 7th FL
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                         Fold

FILED by GS D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

| Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| Alison W Lehr | 305-961-9176 | 12/21/09 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk   LT | Date 12/21/0 |
|---|---|---|---|---|---|
| | | | | OUSM | 12/21/09 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Eileen Booth, Secretary For Richard Green - Authorized Rep. | | |
| Address (complete only if different than shown above) | Date of Service 12/22/09 | Time 10:40 am/pm |
| | Signature of U.S. Marshal or Deputy John Scott | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 09-60331-CR-JIC (1) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott W. Rothstein | Protective Order / Attachment |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CAFE IGUANA

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8358 Pines Blvd, Pembroke Pines 954-433-8787

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison Lehr
99 NE 4th St, 7th FL
Miami, FL 33132

Number of process to be
served with this Form - 285

Number of parties to be
served in this case

Check for service
on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold

FILED by _____ D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. OF FLA. – MIAMI

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Alison W Lehr | | 305-961-9176 | 12/31/09 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 04 | No. 04 | | 12/31/09 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service | Time | am |
|---|---|---|---|
| | 12/31/09 | 2:40 | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: POSTED ORDER

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF  United States of America | COURT CASE NUMBER  09-60331-CR-JIC |
|---|---|
| DEFENDANT  Scott W. Rothstein | TYPE OF PROCESS  Protective Order/Attachment |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  Gibralter Bank LLC C/O Tom Tew (Tew Cardenas LLP) |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  1441 Brickell Ave, Miami, FL 33131 (305) 536-2106 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| AUSA Alison Lehr  99 NE 4th Street, 7th Floor  Miami, FL 33132 | Number of process to be served with this Form - 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold

FILED by CB D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA. - MIAMI

| Signature of Attorney or other Originator requesting service on behalf of:  *Alison W Lehr*  ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  305-961-9176 | DATE  12/17/09 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process  1 | District of Origin  No. 04 | District to Serve  No. 04 | Signature of Authorized USMS Deputy or Clerk  LT  *John Of OUSM* | Date  12/17/0  12/17/09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*  JOANNE BRANT LEGAL SECRETARY | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service  12/21/09 | Time  9:23  ☒ am  ☐ pm |
| | Signature of U.S. Marshal or Deputy  *John Of Jones* | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF  United States of America | COURT CASE NUMBER  09-60331-Cr-JIC (13) |
|---|---|
| DEFENDANT  Scott W. Rothstein | TYPE OF PROCESS  Protective Order/Attachment |

| SERVE ▶ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  708 Spangler Boulevard, Bay 1, Hollywood, FL |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| AUSA Alison Lehr  99 NE 4th Street, 7th Floor  Miami, FL 33132 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

Please post and walk the property.

FILED by _____ D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. – MIAMI

| Signature of Attorney or other Originator requesting service on behalf of:  *Alison W. Lehr* | ☐ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  305-961-9176 | DATE  12/17/09 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.  *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin  No. 04 | District to Serve  No. 04 | Signature of Authorized USMS Deputy or Clerk  II | Date  12/17/0 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service  12/18 | Time  5:11  ☐ am  ☑ pm | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:  Posted Property

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF United States of America | COURT CASE NUMBER 09-60331-CR-JIC (14) |
|---|---|
| DEFENDANT Scott W. Rothstein | TYPE OF PROCESS Protective Order/Attachmen |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
950 N Federal Highway, Ft. Lauderdale, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison Lehr
99 NE 4th Street, 7th Floor
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please post and walk the property.

FILED by ___ D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

Signature of Attorney or other Originator requesting service on behalf of:
*Alison W Lehr*

☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER 305-961-9176

DATE 12/17/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 12/17/09 |
|---|---|---|---|---|---|

I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 12/18   Time 4:30 ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Posted property

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-60331-CR-JIC (15) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott W. Rothstein | Protective Order/Attachment |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1299 N Federal Highway, Boca Raton, FL    Carwash 4-95

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison Lehr
99 NE 4th Street, 7th Floor
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                   Fold

Please post and walk the property.

FILED by ___ D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA. - MIAMI

Signature of Attorney or other Originator requesting service on behalf of:    ☐ PLAINTIFF  ☐ DEFENDANT

*Alison W Lehr*

| TELEPHONE NUMBER | DATE |
|---|---|
| 305-961-9176 | 12/17/09 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk  LI | Date 12/17/09 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 12/18 | Time 3:32 ☐ am ☒ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:    POSTED PROPERTY

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-60331-CR-JIC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott W. Rothstein | Protective Order/Attachmen |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1198 N Old Dixie Highway, Boca Raton, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ausa Alison Lehr
99 NE 4th Street, 7th Floor
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

Please post and walk the property.

FILED by GB D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S D of FLA. – MIAMI

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *alison W Lehr* | | 305-961-9176 | 12/17/09 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 01 | Signature of Authorized USMS Deputy or Clerk LT | Date 12/17/09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 12/18   Time: 3:23 ☐ am ☑ pm |
| | Signature of U.S. Marshal or Deputy: *John Sako* |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: POSTED PROPERTY

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>09-60331-CR-JIC |
|---|---|
| DEFENDANT<br>Scott W. Rothstein | TYPE OF PROCESS<br>Protective Order/Attachment |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2133 Imperial Point Drive, Ft. Lauderdale, FL

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| AUSA Alison Lehr<br>99 NE 4th Street, 7th Floor<br>Miami, FL 33132 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                    Fold

Please post and walk the property.
CATS# 10-FBI-000308

FILED by _____ D.C.
JAN 0 8 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Alison W. Lehr* | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>305-961-9176 | DATE<br>12/17/09 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 04 | District to Serve<br>No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 12/17/09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service<br>12 18 | Time<br>1:11 ☒ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
*posted property*

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-60331-CR-JIC (18) |
| DEFENDANT | TYPE OF PROCESS |
| Scott W. Rothstein | Protective Order/Attachmen |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
227 Garden Count, Lauderdale by the Sea, Florida 33308

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison Lehr
99 NE 4th Street, 7th Floor
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

Please post and walk the property.

FILED by ___ D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

Signature of Attorney or other Originator requesting service on behalf of:
*Alison W Lehr*

☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER
305-961-9176

DATE
12/17/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk  LI | Date 12/17/09 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service 12/18 | Time 12:53 pm |
| | Signature of U.S. Marshal or Deputy *Josiey Sober* | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: *POSTED PROPERTY*

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-60331-CR-JIC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott W. Rothstein | Protective Order/Attachmen |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
30 Isla Bahia Drive, Ft. Lauderdale, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison Lehr
99 NE 4th Street, 7th Floor
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold

Please post and walk the property.
CATS# 10-FBI-000313

FILED by ___ D.C.

JAN 08 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

| Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| *Alison W. Lehr* | 305-961-9176 | 12/17/09 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk  LI | Date 12/17/09 |
|---|---|---|---|---|---|

I hereby certify and return that ☒ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (*complete only if different than shown above*) | | Date of Service 12/18   Time 12:15   ☒ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
*posted property*

**PROCESS RECEIPT AND RETURN**

U.S. Department of Justice
United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF    United States of America | COURT CASE NUMBER    09-60331-CR-JIC |
|---|---|
| DEFENDANT    Scott W. Rothstein | TYPE OF PROCESS    Protective Order/Attachment |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)    29 Isla Bahia Drive, Ft. Lauderdale, FL |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ausa Alison Lehr
99 NE 4th Street, 7th Floor
Miami, FL 33132

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):
Fold                                                                                                                          Fold

Please post and walk the property.
CATS# 10-FBI-000311

FILED by _C.b_ D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Signature of Attorney or other Originator requesting service on behalf of:        ☐ PLAINTIFF    ☐ DEFENDANT

*Alison W. Lehr*

TELEPHONE NUMBER    305-961-9176        DATE    12/17/09

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process    01 | District of Origin    No. 04 | District to Serve    No. 04 | Signature of Authorized USMS Deputy or Clerk | Date    12/17/09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (*complete only if different than shown above*) | Date of Service    12/9/09 | Time    12:00    ☐ am ☒ pm | |
| | Signature of U.S. Marshal or Deputy    *John G. Soto* | | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

*VACANT LAND*
*POSTED PROPERTY*

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF United States of America | COURT CASE NUMBER 09-60331-CR-JIC (21) |
|---|---|
| DEFENDANT Scott W. Rothstein | TYPE OF PROCESS Protective Order/Attachmen |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2316 Castilla Isle, Ft. Lauderdale, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison Lehr
99 NE 4th Street, 7th Floor
Miami, FL 33132

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                        Fold

Please post and walk the property.

CATS# 10-FBI-000307

FILED by _____ D.C.
JAN 0 8 2010
STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA - MIAMI

| Signature of Attorney or other Originator requesting service on behalf of: *Alison W. Lehr* | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 305-961-9176 | DATE 12/17/09 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 12/17/09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service 12/8/9   Time 11:47  ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: posted property

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-60331-CR-JIC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott W. Rothstein | Protective Order/Attachment |

**SERVE**
➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2308 Castilla Isle, Ft. Lauderdale, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison Lehr
99 NE 4th Street, 7th Floor
Miami, FL 33132

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please post and walk the property.
CATS# 10-FBI-000314

FILED by _____ D.C.
JAN 0 8 2010
STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF ☐ DEFENDANT
*Alison W. Lehr*
TELEPHONE NUMBER 305-961-9176   DATE 12/17/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 12/17/09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 12/18/09  Time 11:41 am |
| | Signature of U.S. Marshal or Deputy  5066 |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: *POSTED PROPERTY*

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

**PROCESS RECEIPT AND RETURN**

U.S. Department of Justice
United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-60331-CR-JIC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott W. Rothstein | Protective Order/Attachmen |

**SERVE** ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** { ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2307 Castilla Isle, Ft. Lauderdale, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| AUSA Alison Lehr<br>99 NE 4th Street, 7th Floor<br>Miami, FL 33132 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold

Please post and walk the property.
CATS# 10-FBI-000315

FILED by _____ D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U S DIST. CT
S. D. of FLA. – MIAMI

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>305-961-9176 | DATE<br>12/7/09 |
|---|---|---|---|
| *Alison W. Lehr* | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 04 | District to Serve<br>No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 12/7/0 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address *(complete only if different than shown above)* | Date of Service<br>12/8/9 | Time<br>11:40 ☒am ☐pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:   *posted property*

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-60331-CR-JIC (04) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott W. Rothstein | Protective Order/Attachment |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2627 Castilla Isle, Ft. Lauderdale, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison Lehr
99 NE 4th Street, 7th Floor
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

Please post and walk the property.

FILED by SB D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. - MIAMI

| Signature of Attorney or other Originator requesting service on behalf of: *Alison W. Lehr* | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>305-961-9176 | DATE<br>12/17/09 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk   LI | Date 12/17/09 |
|---|---|---|---|---|---|

I hereby certify and return that ☒ I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 12/18/09 | Time 11:20 ☒ am ☐ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
POSTED PROPERTY

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF United States of America | COURT CASE NUMBER 09-60331-CR-JIC |
|---|---|

| DEFENDANT Scott W. Rothstein | TYPE OF PROCESS Protective Order/Attachment |
|---|---|

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1012 East Broward Boulevard, Ft. Lauderdale, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison Lehr
99 NE 4th Street, 7th Floor
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                              Fold

Please post and walk the property.

FILED by _____ D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Signature of Attorney or other Originator requesting service on behalf of:
Alison W. Lehr

☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER
305-961-9176

DATE
12/17/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk LI | Date 12/17/09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 12/18/09 | Time 11:00 ☒ am ☐ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy 5066 | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
VACANT OFFICE
POSTED PROPERTY

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-60331-CR-JIC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott W. Rothstein | Protective Order/Attachment |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
350 SE 2nd Street, Unit 2840, Ft. Lauderdale, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison Lehr
99 NE 4th Street, 7th Floor
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Please post and walk the property.
CATS# 10-FBI-000310

FILED by ___ D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U S DIST CT
S. D. of FLA. – MIAMI

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Alison W Lehr* | | 305-961-9176 | 12/17/09 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 04 | 04 | DUSM | 12/17/09 |

I hereby certify and return that ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service 12/18/09 | Time 10:30 ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy 5066 | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
POSTED PROPERTY

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 09-60331-CR-JIC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Scott W. Rothstein | Protective Order/Attachmen |

**SERVE →**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Scott W. Rothstein C/O Attorney Mark Nurik

**AT**

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

One East Broward Blvd. Ft. Lauderdale, FL 33301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

AUSA Alison Lehr
99 NE 4th Street, 7th Floor
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                    Fold

FILED by _____ D.C.

JAN 0 8 2010

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. – MIAM

Signature of Attorney or other Originator requesting service on behalf of:

*Alison W Lehr*

☐ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 305-961-9176 | 12/17/09 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 04 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 12/17/09 |
|---|---|---|---|---|---|
| | | | | | 12/18/09 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| MARIBEL MATSKA, PARALEGAL FOR MARK NURIK | | |

| Address *(complete only if different than shown above)* | Date of Service | Time |
|---|---|---|
| | 12/18/09 | 10:00 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |
| | Jeff G Sobb | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: