UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

v.

SCOTT W. ROTHSTEIN,

       Defendant.
_____/

## FIRST BILL OF PARTICULARS AS TO FORFEITURE

The United States of America, by this Bill of Particulars for Forfeiture of Property, hereby gives additional notice of certain property sought to be forfeited in this case.

The "Forfeiture" Allegations" of the Information [DE #1] seek forfeiture of property pursuant to Title 18, United States Code, Sections 1963, 982(a)(1), and 981(a)(1)(C). The United States hereby gives notice, in addition to the property identified in the forfeiture allegations of the Information, that the United States seeks forfeiture of the following property upon conviction of the defendant for the violations alleged in the Information:

**Bank Accounts ("BA")**:

(BA16)    Toronto Dominion Bank, N.A. account 6861076906 in the name of Rothstein Rosenfeldt Adler PA, Attorney Trust Account, which, on or about November 13, 2009, contained the approximate amount of $23,406.16;

(BA17)    Toronto Dominion Bank, N.A. account 6861011614 in the name of Rothstein Rosenfeldt Adler PA, which, on or about November 13, 2009, contained the approximate amount of $14,657.80;

(BA18)    Toronto Dominion Bank, N.A. account 6860291274 in the name of Rothstein Rosenfeldt Adler PA, Operating Account, which, on or about November 13, 2009, contained the approximate amount of $28,743.43;

(BA19)	Toronto Dominion Bank, N.A. account 6861076922 in the name of Rothstein Rosenfeldt Adler PA, BIF Account, which, on or about November 13, 2009, contained the approximate amount of $52,749.68;

(BA20)	Schwyzer Kantonalbank, account #CH75 0077700530742040 in the name of Jewel Cruises Holding AG, Wollerau, Switzerland;

**Business Interests ("BI")**:

(BI25) All interest held by or on behalf of Scott W. Rothstein, in the following corporations and entities, and assets held by or owed , e.g., rents, to same:

    (a)	The 2009 Scott W. Rothstein Revocable Trust;

    (b)	REC Group, LLC;

    (c)	REN Group, LLC;

    (d)	REP Group, LLC;

    (e)	RES Group, LLC;

    (f)	RET Group, LLC;

    (g)	REV Group, LLC;

    (h)	AAMG, LLC;

    (i)	BFHI, LLC;

    (j)	BFH1, LLC;

    (k)	Cartshield USA, LLC;

    (l)	CCCN, LLC;

    (m)	CCM, LLC;

    (n)	Cha Cha Cha, Inc.;

    (o)	Fifth Court Financial, LLC;

    (p)	GBPT, LLC;

    (q)	Iron Street Management, LLC

    (r)	JB Boca Holdings, LLC;

    (s)    JJ Finance Holdings, LLC;

    (t)    JWG Holdings, LLC;

    (u)    Luxury Resorts, LLC;

    (v)    MLC 350, LLC;

    (w)    MRISC, LLC;

    (x)    MRI Scan Center, Inc.;

    (y)    QT, LLC

    (z)    QTask

    (aa)    Renato Watches, Inc.

    (ab)    Rothstein Family, Ltd.;

    (ac)    Sea Club Ocean Resort Hotel, Inc.;

    (ad)    SPAC Investments, LLC;

    (ae)    TB22 Mario's, Inc.;

    (af)    TB22N, LLC

    (ag)    TLBN, LLC

    (ah)    UG, LLC

    (ai)    Uniglobe Environmental Solutions, Inc.;

    (aj)    VGS1, LLC

    (ak)    V Georgio Spirits, LLC

    (al)    WAWW 13, LLC

    (am)    Rothstein Rosenfeldt Adler, P.A., located in Florida;

    (an)    Rothstein Rosenfeldt Adler, located in Venezuela;

**Miscellaneous ("M")**:

(M1)    All premiums paid by or on behalf of Scott W. Rothstein, to Massachusetts Mutual Life Insurance Company, as set forth in 09-61915-CIV-JORDAN (SDFL);

(M2)    American Express rewards points totaling 20,920,701 as of 10/31/09 for account

      #1MXXXX4822; and

(M3)    All property, other than "funds," including watches and cars, voluntarily turned over to the United States (IRS/FBI) since in or about October 28, 2009 in response to publicity regarding Scott W. Rothstein.

        Respectfully submitted,

        JEFFREY H. SLOMAN
        UNITED STATES ATTORNEY

By:    s/Alison W. Lehr
        ALISON W. LEHR
        ASSISTANT UNITED STATES ATTORNEY
        Fla. Bar No. 444537
        99 N.E. 4th Street - 7th Floor
        Miami, Florida   33132
        Telephone: (305) 961-9176
        Fax: (305) 536-7599
        Alison.Lehr@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        s/ Alison W. Lehr
        ALISON W. LEHR
        ASSISTANT UNITED STATES ATTORNEY