AWL:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

    vs.

SCOTT W. ROTHSTEIN,

    Defendant.
    _____/

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEES: 1198 Dixie LLC**

**TO:** ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

**NOTICE IS HEREBY GIVEN**, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on December 1, 2009, an Information was filed charging the above defendant, with violations of 18 U.S.C. § 1962, 18 U.S.C. §1956(h), 18 U.S.C. § 1349, and 18 U.S.C. §1343, and most particularly charging in the forfeiture allegation that the below described real property, together with all appurtenances thereto, improvements thereon, and furnishings and fixtures therein, has become and is condemned and forfeit to the United States under the provisions of 18 U.S.C. §1963, 18 U.S.C. § 982(a)(1) and 18 U.S.C. § 981(a)(1)(C) as made applicable through 28 U.S.C. §2461.

The property which is subject to criminal forfeiture, together with all appurtenances thereto, improvements thereon, and furnishings and fixtures therein, is located at 1198 N Old Dixie Highway, Boca Raton, Florida includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, more particularly described as;

Lots 1 through 12, Block 2, PEARL CITY, according to the Plat thereof, as recorded in Plat Book 6, Page 18, of the Public Records of Palm Beach County, Florida, less that portion conveyed to the City of Boca Raton in Official Records Book 4043, Page 756, together with that portion of N.E. 12th Street between North Dixie Highway and N.E. 1st Avenue as vacated and abandoned in Official Records Book 4043, Page 751, all of the Public Records of Palm Beach County, Florida.

Parcel ID Number 06-43-47-20-14-002-0010

    Respectfully submitted,

    JEFFREY H. SLOMAN
    UNITED STATES ATTORNEY

BY:   s/Alison W. Lehr
    ALISON W. LEHR
    ASSISTANT U.S. ATTORNEY
    FLA. BAR NO.  444537
    99 N.E. 4TH STREET
    MIAMI, FLORIDA 33132-2111
    TEL. (305) 961-9176
    FAX. (305) 536-7599
    ALISON.LEHR@USDOJ.GOV

This instrument was
prepared by:

ALISON W. LEHR
ASSISTANT U.S. ATTORNEY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2010, I electronically filed the foregoing Notice of Lis Pendens Re: Forfeiture with the Clerk of the Court using CM/ECF.

    s/ *ALISON W. LEHR*
    ALISON W. LEHR
    ASSISTANT UNITED STATES ATTORNEY