AWL:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

      vs.

SCOTT W. ROTHSTEIN,

      Defendant.
_____/

## NOTICE OF LIS PENDENS RE: FORFEITURE

**GRANTEES: 1299 Federal LLC**

**TO:** ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

**NOTICE IS HEREBY GIVEN**, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on December 1, 2009, an Information was filed charging the above defendant, with violations of 18 U.S.C. § 1962, 18 U.S.C. §1956(h), 18 U.S.C. § 1349, and 18 U.S.C. §1343, and most particularly charging in the forfeiture allegation that the below described real property, together with all appurtenances thereto, improvements thereon, and furnishings and fixtures therein, has become and is condemned and forfeit to the United States under the provisions of 18 U.S.C. §1963, 18 U.S.C. § 982(a)(1) and 18 U.S.C. § 981(a)(1)(C) as made applicable through 28 U.S.C. §2461.

The property which is subject to criminal forfeiture, together with all appurtenances thereto, improvements thereon, and furnishings and fixtures therein, is located at 1299 N Federal Highway, Boca Raton, Florida includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, and more particularly described as:

All that portion of the South 62.50 feet of the East One-Halt (½) of Lot 8, and the North 20 feet of the East One-Half (E1/2) of Lot 9, Block 1, RICKARD'S SUBDIVISION, as recorded in Plat Book 7, Page 34, of the Public Records of Palm Beach County, Florida, lying West of the existing west right-of way line of U.S. Highway No. 1.

Said lands situate, lying and being in Secti9on 20, Township 47 South, range 43 East, City of Boca Raton, Palm Beach County, Florida.

Parcel ID Number: 06-43-47-20-15-001-0032

        Respectfully submitted,

        JEFFREY H. SLOMAN
        UNITED STATES ATTORNEY

BY:   s/Alison W. Lehr
        ALISON W. LEHR
        ASSISTANT U.S. ATTORNEY
        FLA. BAR NO.  444537
        99 N.E. 4TH STREET
        MIAMI, FLORIDA 33132-2111
        TEL. (305) 961-9176
        FAX. (305) 536-7599
        ALISON.LEHR@USDOJ.GOV

This instrument was
prepared by:

ALISON W. LEHR
ASSISTANT U.S. ATTORNEY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2010, I electronically filed the foregoing Notice of

Lis Pendens Re: Forfeiture with the Clerk of the Court using CM/ECF.

        s/ *ALISON W. LEHR*
        ALISON W. LEHR
        ASSISTANT UNITED STATES ATTORNEY