UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

v.

SCOTT W. ROTHSTEIN,

    Defendant.
_____/

**NOTICE OF FILING**

The United States of America, hereby gives notice that the executed Stipulation and Settlement Agreement with respect to certain asset issues, is filed herewith.

    Respectfully submitted,

    JEFFREY H. SLOMAN
    UNITED STATES ATTORNEY

By:   /s/ Alison W. Lehr
      ALISON W. LEHR
      ASSISTANT UNITED STATES ATTORNEY
      Fla. Bar No. 444537
      99 N.E. 4th Street - 7th Floor
      Miami, Florida 33132
      Telephone: (305) 961-9176
      Fax: (305) 536-7599
      Alison.Lehr@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    s/ Alison W. Lehr
    ALISON W. LEHR
    Assistant United States Attorney