UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 09-60331 CR-JIC

vs

Scott W. Rothstein

**NOTICE OF SENTENCING**

TO: DEFENDANT, DEFENSE COUNSEL and U.S. ATTORNEY'S OFFICE

By direction of the Honorable James I. Cohn, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **Thursday, MAY 6, 2010 AT 9:30 AM** for imposition of sentence. On that date, report to:

- ☐ 301 North Miami Avenue, Miami, Florida 33128, Courtroom No. _____
- ☐ 300 N.E. 1st Avenue, Miami, Florida 33132, Courtroom No. _____
- ☐ 99 N.E. 4th Street, Miami, Florida 33132, Courtroom No. _____
- ☒ 299 East Broward Boulevard, Ft. Lauderdale, Florida 33301, Courtroom No. **203E**
- ☐ 701 Clematis Street, West Palm Beach, Florida 33401, Courtroom No. _____
- ☐ 300 South Sixth Street, Fort Pierce, Florida 34950, Courtroom No. _____
- ☐ 301 Simonton Street, Key West, Florida 33040, Courtroom No. _____

where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. § 3146).

**IT IS FURTHER ORDERED** that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall immediately provide the U.S. Probation Department with the necessary information to prepare the Prosecution version of the Presentence Report.

CLARENCE MADDOX
COURT ADMINISTRATOR•CLERK OF COURT
By: _____
Deputy Clerk

DATE: January 27, 2010
COUNSEL FOR DEFENDANT: Marc Nurik
DEFENDANT: In Custody

GUILTY PLEA ☒         BOND ☐            TO COUNTS: I, II, III, IV, V
TRIAL      ☐         FEDERAL CUSTODY ☐   OF TOTAL COUNTS: _____
                     STATE CUSTODY ☐     AUSA Lawrence LaVecchio
                     U.S.M. CUSTODY ☒         Paul Schwartz
                                              Jeffrey Kaplan

cc: U.S. Attorney    U.S. Marshal    U.S. Probation Office    Pre-Trial Services    Defense Counsel    Defendant