UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

Plaintiff,

**UNDER SEAL**

v.

SCOTT W. ROTHSTEIN,

Defendant.
_______________________________/

FILED by MB D.C.
JAN 25 2010
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

**MOTION TO SEAL UNOPPOSED MOTION**

Pursuant to Section 5.4 of the Local Rules for the United States District Court for the Southern District of Florida, Defendant, SCOTT W. ROTHSTEIN (the "Defendant"), hereby files this Motion to Seal and states as follows:

1. Defendant seeks to have his Unopposed Motion (the "Motion") sealed until further order of the Court.

2. The nature of the motion is extremely sensitive, and for the reasons referred to therein, this Motion should not be made available to the public.

**WHEREFORE**, Defendant, SCOTT W. ROTHSTEIN, respectfully requests that this Court enter an order granting his Motion to Seal.

Respectfully submitted,

LAW OFFICES OF MARC S. NURIK
Counsel for Scott W. Rothstein
One East Broward Boulevard, Suite 700
Ft. Lauderdale, FL 33301
Tel: 954-745-5849
Fax: 954-745-3556

By: ______________________________
MARC S. NURIK
Fla. Bar No. 272871

#73 MB

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been manually filed with the Clerk of Court and furnished by email upon: Jeffrey H. Sloman, Acting United States Attorney, Paul F. Schwartz, Assistant United States Attorney, and Lawrence D. LaVecchio, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394 this 25th day of January, 2010.

MARC S. NURIK