(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 09-60331-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

Plaintiff

v.

SCOTT W. ROTHSTEIN,

Defendant

FILED by MB D.C.
JAN 25 2010
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Marc S. Nurik/Law Offices of Marc S. Nurik

Address: One East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301

Telephone: 954-745-5849

On behalf of (select one): ☐ Plaintiff ☒ Defendant

Date sealed document filed: 1/25/2010

If sealed pursuant to statute, cite statute: ______

If sealed pursuant to previously entered protective order, date of order and docket entry number: ______

The matter should remain sealed until:

☐ Conclusion of Trial
☐ Arrest of First Defendant
☐ Case Closing
☐ Conclusion of Direct Appeal
☑ Other: Upon further order of the Court.
☐ Permanently. Specify the authorizing law, rule, court order:

______

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file
☐ Destroyed
☑ Returned to the party or counsel for the party, as identified above

______

**Attorney for:**