UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-60331-CR-COHN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SCOTT W. ROTHSTEIN,

      Defendant.

_____/

**UNDER SEAL**

```
FILED by ____ D.C.

   JAN 25 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.
```

### DEFENDANT ROTHSTEIN'S UNOPPOSED MOTION TO SEAL ATTACHED DOCUMENT

Defendant, SCOTT W. ROTHSTEIN ("Defendant"or "Mr. Rothstein"), by and through his undersigned counsel, respectfully requests this Honorable Court for an Order granting his Unopposed Motion to Seal Attached Document (the "Motion"), and as grounds states:

1.     The Defendant, on behalf of the parties in this matter, seeks to file under seal with the Court the attached "cooperation" letter which is intended to be part of the Plea Agreement in this matter to be filed with the Court in anticipation of the plea hearing scheduled for Wednesday, January 27, 2009, at 9:30 a.m.

2.     For the reasons set forth below in greater detail, it is respectfully submitted that the sealing of this Motion, the attached cooperation letter, and any order thereupon, is necessary to protect the integrity of ongoing criminal investigations in which the Defendant is cooperating as well as to protect the physical safety of the Defendant and possibly others.  In support, undersigned counsel represents to the Court the following facts:

a.     Prior to the Defendant's voluntary return to Florida from Morroco on November 3, 2009, arrangements were made for the Defendant to cooperate with the Government in its investigation of this and other matters.  In that regard, upon his



return to Florida and until his arrest and detention, Defendant Rothstein was, in fact, in the protective custody of federal agents during which time he was repeatedly debriefed by the Government and participated in numerous proactive, undercover law enforcement operations whose targets were, among others, significant members of organized crime and certain law enforcement personnel. The Government's investigations of those matters are still ongoing.

b.     Since the Defendant's arrest and detention, he has been housed at the Federal Detention Center in Miami where under Government supervision he has been actively cooperating in additional undercover operations whose targets are members of organized crime and certain Bureau of Prisons personnel, among others. These investigations are still ongoing.

3.     Any disclosure of a cooperation agreement between the Parties will interfere with the Government's ongoing investigations and potentially inform the subjects of the Defendant's involvement with law enforcement, such as to endanger the safety of the Defendant and possibly that of his family. Given the unprecedented extensive local media attention to this case, the mere reference to cooperation runs the risk of damaging these ongoing investigations, alerting possible subjects which may cause them to flee, and/or cause harm to the Defendant and his family.

4.     To protect the integrity of these investigations and the safety of the Defendant, for the past three months, undersigned counsel has repeatedly denied to the media that Mr. Rothstein is cooperating. In a further effort to dispel numerous rumors reported in the media that Mr. Rothstein was cooperating, the Government arranged for Mr. Rothstein to be seen in public having drinks and acting in a cavalier manner.[1]

---

[1] In an additional effort to avoid disclosure of Mr. Rothstein's cooperation, undersigned counsel repeatedly reported to the media that Mr. Rothstein was being hidden away from everyone including the Governemnt at an undisclosed hotel of Counsel's choosing. This necessary ruse took the form of Mr. Rothstein calling reporters and telling them he was "sitting with his lawyer smoking cigars."

2

5.      The extent to which the local media is ready to jump on any possible hint of cooperation has necessitated, it is the judgment of the parties that this cooperation letter, to which reference is typically made during a plea colloquy, instead be filed by the Defendant under seal so as to further avoid any suspicion of cooperation.  In that regard, it is respectfully requested that at the Plea hearing in this matter, that the Court not make reference the attached letter and simply ask the parties if there are any promises or inducements to which the parties would respond "none other than that which the Court has been advised of."

6.      Defendant requests that this Motion and its attachment remain sealed until further order of the Court.

7.      This Motion has been provided to Assistant United States Attorney Paul Schwartz who represents that the Government does not oppose this Motion nor the relief requested therein.

**WHEREFORE,** Defendant, SCOTT W. ROTHSTEIN, respectfully requests this Court to Order the Clerk of the Court to file under seal this Unopposed Motion to Seal Attached Document and any Orders regarding such Motion until further order of the Court.

Respectfully submitted,

LAW OFFICES OF MARC S. NURIK
Counsel for Scott W. Rothstein
One East Broward Boulevard, Suite 700
Ft. Lauderdale, FL 33301
Tel: 954-745-5849
Fax: 954-745-3556

By: _____
           MARC S. NURIK
           Fla. Bar No. 272871

3

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been manually filed with the Clerk of Court and furnished by email upon:  Jeffrey H. Sloman, Acting United States Attorney, Paul F. Schwartz, Assistant United States Attorney, and Lawrence D. LaVecchio, Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL  33394 this 25th day of January, 2010.

_____
MARC S. NURIK