

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
(954) 356-7255

January 20, 2010

Marc S. Nurik, Esquire
Suite 700
One East Broward Blvd.
Fort Lauderdale, FL 33301

              RE: United States of America v. Scott W. Rothstein
                  Case No. 09-CR-60331-COHN

Dear Mr Nurik:

       The defendant, Scott W. Rothstein, agrees that he shall cooperate fully with this Office by:

       (a) providing truthful and complete information and testimony, and producing documents, records and other evidence, when called upon by this Office, whether in interviews, before a grand jury, or at any trial or other court proceeding;

       (b) appearing at such grand jury proceedings, hearings, trials, and other judicial proceedings, and at meetings, as may be required by this Office; and

       (c) if requested by this Office, working in an undercover role to contact and negotiate with others suspected and believed to be involved in criminal misconduct under the supervision of, and in compliance with, law enforcement officers and agents.

       This Office reserves the right to evaluate the nature and extent of the defendant's cooperation and to make the defendant's cooperation, or lack thereof, known to the court at the time of sentencing. If in the sole and unreviewable judgment of this Office the defendant's cooperation is of such quality and significance to the investigation or prosecution of other criminal matters as to warrant the court's downward departure from *the advisory sentence* calculated under the Sentencing Guidelines, this Office may at or before sentencing make a motion consistent with the intent of Section 5K1.1 of the Sentencing Guidelines prior to sentencing, or Rule 35 of the Federal Rules of Criminal Procedure subsequent to sentencing, reflecting that the defendant has provided substantial assistance and recommending that the defendant's sentence be reduced from the advisory sentence suggested by the Sentencing Guidelines. The defendant acknowledges and agrees, however, that

nothing in this Agreement may be construed to require this Office to file any such motion(s) and that this Office's assessment of the nature, value, truthfulness, completeness, and accuracy of the defendant's cooperation shall be binding insofar as the appropriateness of this Office's filing of any such motion is concerned.

The defendant understands and acknowledges that the Court is under no obligation to grant the motion(s) referred to in this agreement should the government exercise its discretion to file any such motion. The defendant also understands and acknowledges that the court is under no obligation to reduce the defendant's sentence because of the defendant's cooperation.

Sincerely,

JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

By:_____

LAWRENCE D. LAVECCHIO
ASSISTANT UNITED STATES ATTORNEY

AGREED:

_____

MARC S. NURIK
ATTORNEY FOR DEFENDANT

_____

SCOTT W. ROTHSTEIN
DEFENDANT

2