UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 09-60331-CR-COHN

SCOTT W. ROTHSTEIN

_____/

**CHAPTER 11 BANKRUPTCY TRUSTEE'S
MOTION FOR JOINT STATUS CONFERENCE**

Herbert Stettin ("Stettin" or "Trustee"), the Chapter 11 Trustee of Rothstein Rosenfeldt Alder, P.A. ("RRA" or "Debtor"), requests that this Court coordinate and schedule a joint status conference with the Bankruptcy Court presiding over the Chapter 11 case of RRA. As grounds for this motion, the Trustee states as follows:

The government and the Trustee are both committed to (1) maximizing the value of all assets, both those seized by the government and those currently part of the Debtor's estate; (2) maximizing the distribution of the proceeds of the foregoing property, and (3) ensuring that all such distributions are made as efficiently and expeditiously as possible.

Notwithstanding these common objectives and the attempts of the Trustee and the government to reach agreement on a collaborative process to advance their overriding common goals, it has become apparent that there are fundamental conflicts over the best manner to proceed to achieve these common goals. The tension is created as a result of the role of the government in seeking to obtain the criminal forfeiture of properties belonging to Scott Rothstein and the efforts of the Trustee to marshal all assets to which RRA may have legal or equitable claims. The Trustee believes that a joint status conference, with both this Court and the Bankruptcy Court, will substantially and materially advance the common interests between the

government and Trustee. The Trustee believes that a joint status conference will assist the government and the Trustee in their efforts to reach a resolution of the outstanding issues between them so that a comprehensive, efficient and effective solution may be reached.

This procedure has been used in other circuits when faced with similar situations. Most notably and recently in *In re Dreier LLP*, 08-15051-SMB (Bankr. S.D.N.Y. 2008); *United States v. Dreier*, 09-cr-085- JSR (S.D.N.Y. 2008)—another case involving a law firm in chapter 11 that was used as part of a large Ponzi scheme. In that case the judges overseeing the Marc S. Dreier criminal case, the Dreier LLP SEC lawsuit, and the Dreier LLP bankruptcy case, had several coordinated joint status conferences. *See United States v. Dreier*, 09-cr-085- JSR (S.D.N.Y. 2008) (minute entry for April 22, 2009, referring to a joint status conference held by all three judges); *see also United States v. Dreier*, 09-cr-085- JSR (S.D.N.Y. May 4, 2009) (joint order to parties). The efficacy of these joint conferences was recognized by Judge Rakoff in his latest opinion, wherein he noted that the "inherent tensions are best addressed through coordination and cooperation by all concerned. Accordingly, on April 22, 2009, the three judges convened a joint hearing to urge such a resolution by the affected parties." *United States v. Dreier*, 09-cr-085- JSR (S.D.N.Y. February 5, 2010).

A motion seeking the same relief sought herein is being filed simultaneously with the Bankruptcy Court overseeing the Rothstein Rosenfeldt Adler P.A. bankruptcy case (Case No. 09-34791-RBR).

WHEREFORE, Herbert Stettin the Chapter 11 Trustee of RRA., respectfully requests that this Court, in coordination with the Bankruptcy Court overseeing the Rothstein Rosenfeldt Adler P.A. bankruptcy case (Case No. 09-34791-RBR) enter an order scheduling a joint status conference.

Respectfully Submitted,

BERGER SINGERMAN, P.A.
*Counsel for Chapter 11 Trustee*
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone:  (305) 755-9500
Facsimile:  (305) 714-4340


By:   */s/  Paul Steven Singerman*
        Paul Steven Singerman
        singerman@bergersingerman.com
        Florida Bar No. 378860
        Sharon Kegerreis
        skegerreis@bergersingerman.com
        Florida Bar No. 852732
        Isaac Marcushamer
        imarcushamer@bergersingerman.com
        Florida Bar No. 0060373


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of this motion has been served electronically to subscribers of the CM/ECF system for this case on this 19th day of February, 2010.


By:   */s/  Paul Steven Singerman*
        Paul Steven Singerman