EBS:jmr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

v.

SCOTT W. ROTHSTEIN,

       Defendant.
_____/

## NOTICE OF APPEARANCE

The United States, by and through the undersigned Assistant United States Attorney Evelyn B. Sheehan, hereby files this Notice of Appearance regarding the forfeiture issues on behalf of the Plaintiff, United States of America, in the above-styled case.

    Respectfully submitted,

    JEFFREY H. SLOMAN
    UNITED STATES ATTORNEY

By:   */s/ Evelyn B. Sheehan*
    Evelyn B. Sheehan
    Florida Bar No. 944351
    Assistant United States Attorney
    U.S. Attorney's Office - SDFL
    99 Northeast Fourth Street, 7th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9125
    Facsimile: (305) 536-7599
    E-mail: Evelyn.sheehan@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the **3**$^{rd}$ day of **March**, 2010, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

*/s/ Evelyn B. Sheehan*
Evelyn B. Sheehan
Assistant United States Attorney
