UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

v.

SCOTT W. ROTHSTEIN,

        Defendant.
                                        /

## ORDER PERMITTING ENTRY ON LAND

THIS MATTER came before the Court on motion of the United States of America, pursuant to Title 18, United States Code, Section 1963(d) and Title 21, United States Code, 853(e) (1)(A), for entry of an order authorizing the U.S. Marshals Service ("USMS"), the Internal Revenue Service ("IRS"), or their designees, to enter each of the parcels of real estate subject to indictment ("subject real properties")[1] to determine occupancy and evaluate the condition of the properties and any structures thereon. The Court having reviewed the motion and memorandum of law, the Information, the Plea Agreement, and Protective Order dated December 7, 2009, having previously found that reasonable cause had been shown for the entry of the protective order to preserve the property named herein for forfeiture, it is,

**ORDERED AND ADJUDGED** that the USMS, the IRS, or their designees, are hereby permitted and directed to do the following on the subject real properties:

    a.    to enter onto the subject real properties, including any curtilage, on one or more occasions during the pendency of this criminal action, for the purpose of identifying occupants and

---

[1] The subject real properties are listed in the attached Exhibit A.

their status on the properties, such information to be compared against information already in possession of the United States, such information to be compared against information already in possession of the United States;

  b.  to obtain copies of any and all leases, information as to the amount of rent being paid and the amount of rents that have been paid since November 1, 2009, as well as the names and addresses of all persons paying rents and to whom rents, if any, are being paid such information to be compared against information already in possession of the United States;

  c.  to arrange for the transfer of funds held in trust by Attorney Saidel to the USMS;

  d.  to make any rents due from the subject real properties be paid to the USMS, or its designee, as custodian, pending the final disposition of the criminal forfeiture matters in the instant;

  e.  to enter onto the subject real properties, including any curtilage, on one or more occasions during the pendency of this criminal action, for the purpose of documenting the interior condition of the structure and inspecting for damage, which inspection may include, among other means, still and video photography;

  f.  to enter the real properties, including any curtilage, on one or more occasions during the pendency of this criminal action, for the purpose of conducting an appraisal of the real properties;

  g.  to be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the subject real properties, which appraisal may include, among other means, still and video photography;

  h.  to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Court's order; and

    i.  to use a lock smith and/or other required force as reasonably deemed necessary to enter unoccupied real property and, in the event that a lock smith and/or force is used, to resecure the property.

    DONE AND ORDERED at Fort Lauderdale, Florida this _____ day of _____ 2010.

                   _____
                   JAMES I. COHN
                   UNITED STATES DISTRICT JUDGE