**SECOND PROTECTIVE ORDER - ASSETS**
**EXHIBIT A**

**Bank Accounts ("BA")**:

(BA16)     Toronto Dominion Bank, N.A. account 6861076906 in the name of Rothstein Rosenfeldt Adler PA, Attorney Trust Account, which, on or about November 13, 2009, contained the approximate amount of $23,406.16;

(BA17)     Toronto Dominion Bank, N.A. account 6861011614 in the name of Rothstein Rosenfeldt Adler PA, which, on or about November 13, 2009, contained the approximate amount of $14,657.80;

(BA18)     Toronto Dominion Bank, N.A. account 6860291274 in the name of Rothstein Rosenfeldt Adler PA, Operating Account, which, on or about November 13, 2009, contained the approximate amount of $28,743.43;

(BA19)     Toronto Dominion Bank, N.A. account 6861076922 in the name of Rothstein Rosenfeldt Adler PA, BIF Account, which, on or about November 13, 2009, contained the approximate amount of $52,749.68;

(BA20)     Schwyzer Kantonalbank, account #CH75 0077700530742040 in the name of Jewel Cruises Holding AG, Wollerau, Switzerland;

**Business Interests ("BI")**:

(BI25) All interest held by or on behalf of Scott W. Rothstein, in the following corporations and entities, and assets held by or owed , e.g., rents, to same:

    (a)     The 2009 Scott W. Rothstein Revocable Trust;

    (b)     REC Group, LLC;

    (c)     REN Group, LLC;

    (d)     REP Group, LLC;

    (e)     RES Group, LLC;

    (f)     RET Group, LLC;

    (g)     REV Group, LLC;

(h)     AAMG, LLC;

(i)     BFHI, LLC;

(j)     BFH1, LLC;

(k)     Cartshield USA, LLC;

(l)     CCCN, LLC;

(m)    CCM, LLC;

(n)     Cha Cha Cha, Inc.;

(o)     Fifth Court Financial, LLC;

(p)     GBPT, LLC;

(q)     Iron Street Management, LLC

(r)     JB Boca Holdings, LLC;

(s)     JJ Finance Holdings, LLC;

(t)     JWG Holdings, LLC;

(u)     Luxury Resorts, LLC;

(v)     MLC 350, LLC;

(w)    MRISC, LLC;

(x)     MRI Scan Center, Inc.;

(y)     QT, LLC

(z)     QTask

(aa)    Renato Watches, Inc.

(ab)    Rothstein Family, Ltd.;

(ac)    Sea Club Ocean Resort Hotel, Inc.;

(ad)    SPAC Investments, LLC;

(ae)    TB22 Mario's, Inc.;

(af)    TB22N, LLC

(ag)    TLBN, LLC

(ah)     UG, LLC

(ai)     Uniglobe Environmental Solutions, Inc.;

(aj)     VGS1, LLC

(ak)     V Georgio Spirits, LLC

(al)     WAWW 13, LLC

(am)     Rothstein Rosenfeldt Adler, P.A., located in Florida;

(an)     Rothstein Rosenfeldt Adler, located in Venezuela;

**Miscellaneous ("M")**:

(M1)   All premiums paid by or on behalf of Scott W. Rothstein, to Massachusetts Mutual Life Insurance Company, as set forth in 09-61915-CIV-JORDAN (SDFL);

(M2)   American Express rewards points totaling 20,920,701 as of 10/31/09 for account #1MXXXX4822; and

(M3)   All property, other than "funds," including watches and cars, voluntarily turned over to the United States (IRS/FBI) since in or about October 28, 2009 in response to publicity regarding Scott W. Rothstein.