UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

    v.

SCOTT W. ROTHSTEIN,

    Defendant.

_____/

### ORDER TO SHOW CAUSE REGARDING NON-INVESTOR FUNDS

**THIS CAUSE** is before the Court upon the Government's Brief Regarding Nexus of Funds Contained in Protected Accounts and Crimes of Conviction [DE 102]. The Court has reviewed the Brief and is otherwise advised in the premises.

The Government's Brief leaves unanswered the question of who is included in the universe of non-investor client funds subject to this Court's Protective Order. The Affidavit of Karin A. Lucier states that "there are deposits in some of the subject accounts that may contain non-investor client funds. Specifically, TD7714 received non-investor client funds which were then dissipated." ¶ 10.d [DE 102-2]. The Court understands the Government's legal position that commingled funds are subject to forfeiture, however, the Court requires additional facts to make an informed legal decision.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. By April 12, 2010, the United States shall submit a report to the Court including the names of the non-investor RRA law firm clients who made deposits in the

    relevant period in accounts that are subject to the Court's Protective Order, or in those accounts the Government seeks to obtain a second protective order, the amounts of those deposits, whether those non-investor clients have received anything of value back for those deposits, whether by monetary refund or legal services, whether the Government or Probation has contacted those non-investor clients, and any other relevant information regarding these non-investor clients;

2. If the Government determines that any of the information provided in the Report cannot be publicly disclosed due to use of Probation Office information, the Report may be filed under seal, with the basis of the reason for sealing stated in a non-sealed motion to seal exhibit.

**DONE AND ORDERED** in the Chambers in Fort Lauderdale, Broward County, Florida, on this 5th day of April, 2010.

JAMES I. COHN
United States District Judge

Copies provided:

Counsel on record on CM/ECF