UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

v.

SCOTT W. ROTHSTEIN,

        Defendant.
_____/

## GOVERNMENT'S PARTIAL RESPONSE TO COURT'S ORDER TO SHOW CAUSE REGARDING NON-INVESTOR FUNDS

The United States of America responds in part,[1] to the Court's Order to Show Cause Regarding Non-Investor Funds [DE #104] and submits that:

1. The United States has moved to file, under seal, an exhibit that contains the name of a non-investor client of RRA, and information regarding the transaction(s) in question. [Sealed Exhibit Number, pending].[2] To the knowledge of the United States, the non-investor client has not received any value back for the money or legal services in exchange for the money. An agent of the Federal Bureau of Investigation has spoken with an attorney who may represent the non-investor client.

---

[1] Through this submission, the United States is identifying the non-investor client(s) of RRA, identified as of March 31, 2010, that deposited funds for other than investment purposes, into the "RRA accounts" that are either formally protected or for which protection is sought. The United States has received a one week extension to perform further review of the "protected" accounts and to respond to the Court's Order [DE 107].

[2] The United States hand-carried the exhibit to be sealed, as well as the unsealed motion seeking to seal the exhibit and proposed order to the Clerk of the Court for filing. The Clerk advised that the entire document, both motion and exhibit would be filed under seal, even though the Court's Show Cause Order directing that an unsealed motion be filed,[DE 104, p.2, ¶2] was referenced. [DE 104, p.2, ¶2].

2. The funds in question were not segregated. Instead, the funds in question were transferred from TD #7714, an account under this Court's original Protective Order [DE 13, p. 11 (BA 15)], to TD #0923, an account also under this Court's original Protective Order [DE 13, p. 11 (BA 11)].

3. From August 2009 through October 2009, known investors deposited over $1,300,000 into TD #7714. [DE 102-2, p.5].

4. From August 2009 through October 2009, the currently identified (under seal) non-investor client deposited approximately $1,400,000 into TD #7714. [DE 102-2, p.5].

5. From August 2009 through October 2009, transfers of over $21,000,000 were made from RRA titled accounts, including TD #7714, into TD #0923. [DE 102-2, p.5].

6. From August 2009 through October 2009, investors deposited over $270,000,000 into TD #0923. [DE 102-2, p.5].

7. Funds from TD #7714 were commingled with the funds in TD #0923.

8. The account balance of TD #7714 on or about November 11, 2009, was $20,080.00.

9. The account balance of TD #0923 on or about November 11, 2009, was $720,892.08.

10. Even if the entire account balances of TD #7714 and TD #0923 were combined, the account balances would not make the currently known non-investor client whole.

11. Awarding the entire account balances of TD #7714 and TD #0923 to the non-investor client, would be adverse to the interests of other victims of the defendant's crimes, including other as yet unidentified non-investor clients.

12. The initial Protective Order, as previously amended, should remain intact, and the requested Second Protective Order, should be entered.

    Respectfully submitted,

JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

By:    /s/ *Alison W. Lehr*
       Alison W. Lehr (FL Bar No.444537)
       Assistant United States Attorney
       99 NE 4th Street
       Miami, FL   33132-2111
       Tel. (305) 961-9176
       Fax. (305) 536-7599
       Alison.Lehr@usdoj.gov

By:    /s/ *Evelyn B. Sheehan*
       Evelyn B. Sheehan (FL Bar No.944351)
       Assistant United States Attorney
       99 NE 4th Street
       Miami, FL   33132-2111
       Tel. (305) 961-9125
       Fax. (305) 536-7599
       Evelyn.Sheehan@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2010, I electronically filed the foregoing United States' Response to Court's Order To Show Cause.

       /s/Alison W. Lehr
       Alison W. Lehr
       Assistant United States Attorney