UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SCOTT W. ROTHSTEIN,
    Defendant.

IN RE: RUSSELL ADLER & KATIE ADLER,
    as Putative Forfeiture Parties,
_____/

## NOTICE OF UNAVAILABILITY

COMES NOW undersigned counsel for the Defendant hereby gives Notice that he will be unavailable and out of the State of Florida for the period of April 15, 2010 through April 20, 2010.

The undersigned gives notice in advance to avoid any scheduling conflicts.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 13th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court using ECF. I also certify that the foregoing is being served this day on all counsel of record listed in the Service List below via transmission of Notices of Electronic Filing generated by ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**SERVICE LIST**

| | |
|---|---|
| Alison Lehr, Esq.<br>United States Attorney<br>99 N.E. 4th Street<br>Miami, Florida 33132 | Charles Lichtman, Esq.<br>Berger Singerman<br>350 E. Las Olas Blvd., Suite 1000<br>Fort Lauderdale, Florida 33301 |

FRED HADDAD, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel:   [954] 467-6767
Fax:   [954] 467-3599

By:___*/Fred Haddad_____
    FRED HADDAD
    Florida Bar No. 180891
    Email: Dee@FredHaddadLaw.com