UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

v.

SCOTT W. ROTHSTEIN,

Defendant.
_____/

## VERIFIED PETITION OF JOHN FIGUEROA

COMES NOW, JOHN FIGUEROA, through counsel[1], and files this petition asserting an interest in the property to be forfeited, pursuant to Fed. R. Crim. P. 32.2(c), and 21 U.S.C. §853(n), stating as follows:

1. On April 19, 2010, upon Motion of the United States of America, this Honorable Court entered a Preliminary Order of Forfeiture and Judgment [DE #134], pursuant to 21 U.S.C. § 853, forfeiting to the United States all right, title and interest of Defendant SCOTT W. ROTHSTEIN, in all properties listed in Attachment A to Preliminary Order of Forfeiture [DE #134].

2. As an attorney and CEO of the law firm RRA, SCOTT W. ROTHSTEIN betrayed the trust of the law firm's clients, including Petitioner, and violated applicable Rules of Professional Responsibility of the Florida Bar by misappropriating Petitioner's client trust funds from IOTA legal services accounts maintained by RRA.

---

[1] Petitioner is represented in the instant forfeiture proceeding by the law firm of Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L. ("Farmer Jaffe Weissing"). Farmer Jaffe Weissing have undertaken the representation of Petitioner, and more than forty (40) other similarly situated individuals (the "Farmer Jaffe Weissing Petitioners"), and has agreed not to take any portion of the subject trust fund for payment of the attorneys' fees incurred in this action. Rather, Farmer Jaffe Weissing will seek only a court awarded fee over and above the amounts owed to the Petitioners. Petitioners' counsel's interest in this proceeding is to obtain justice for the Petitioners, who seek the return of their settlement monies which were held in IOTA legal service trust accounts for their benefit by their former attorneys Rothstein Rosenfeldt Adler, P.A. (RRA).

1

3. Petitioner hereby asserts a claim to the settlement monies that were held in trust by RRA for Petitioner's benefit.

4. Attorneys employed by RRA represented Petitioner in a personal injury claim or lawsuit that resulted in a settlement.

5. In or about **October 2009**, RRA deposited Petitioner's settlement monies, in the amount reflected below, into an IOTA legal service trust account which RRA maintained to hold client monies in trust.

**SETTLEMENT MONIES: $90,000.00**

6. Petitioner possesses an interest in the following forfeited property which represents the settlement monies held in trust by RRA[2]:

    a. (BA11) Toronto Dominion Bank, N.A. account 6860420923 in the name of Rothstein Rosenfeldt Adler, P.A., Attorney Trust Account 3, which, on or about November 11, 2009, contained the approximate amount of $720,892.08;

    b. (BA16) Toronto Dominion Bank, N.A. account 6861076906 in the name of Rothstein Rosenfeldt Adler, P.A., Attorney Trust Account, which, on or about November 13, 2009, contained the approximate amount of $23,406.16;

7. Petitioner also possesses an interest in any other forfeited property which was acquired, in whole or in part, through the misappropriation or theft of Petitioner's client trust monies.

---

[2] Petitioner has made repeated written demands to Herbert Stettin, Trustee in the RRA bankruptcy case, to account for and turnover any client trust funds which may be under the Trustee's control. However, the Trustee has failed and refused to provide any accounting or to turnover the client trust funds that may be in IOTA trust accounts which are under the Trustee's control.

**WHEREFORE**, Petitioner, JOHN FIGUEROA, prays that Petitioner's interest in the claimed property not be forfeited, that Petitioner's interest in the claimed property be turned over to him/her, and for such other and further relief as the Court deems just and proper.

Dated this __14__ day of May, 2010.

>                                 FARMER, JAFFE, WEISSING,
>                                 EDWARDS, FISTOS & LEHRMAN, P.L.
>                                 425 North Andrews Avenue, Suite 2
>                                 Fort Lauderdale, Florida 33301
>                                 (954)524-2820 Telephone
>                                 (954)524-2822 Facsimile
>                                 Email: seth@pathtojustice.com
>
> By:                             _/s/ Seth Lehrman_
>                                 Gary M. Farmer   FLBN 914444
>                                 Steven R. Jaffe   FLBN 390770
>                                 Matthew D. Weissing  FLBN 559792
>                                 Brad J. Edwards  FLBN 542075
>                                 Mark S. Fistos    FLBN 909191
>                                 Seth Lehrman    FLBN 132896

## VERIFICATION

Under penalty of perjury, the undersigned declares that he/she has read the foregoing Verified Petition and the facts stated herein are true to the best of his/her information and belief.

*[signature]*
JOHN FIGUEROA
Petitioner

STATE OF FLORIDA    )
COUNTY OF BROWARD   )

BEFORE ME, the undersigned authority, on this 13th day of May, 2010, personally appeared JOHN FIGUEROA, who being duly sworn and who is <u>personally</u> known to me or who has produced

_____ as identification and as who did take an oath.

*[signature]*
Notary Public

MARIA W. KELLJCHIAN
MY COMMISSION # DD 813393
EXPIRES: August 11, 2012
Bonded Thru Notary Public Underwriters

Print/Type Name of Notary
Commission No.
My Commission Expires:

4