UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA

v.

SCOTT W. ROTHSTEIN

_____/

### ORDER SETTING STATUS CONFERENCE RE: VERIFIED PETITIONS [183-185]

**THE COURT** hereby sets a status conference re: the following Verified Petitions:

1. Verified Petition of Maria Prunskis [DE 183];

2. Verified Petition of Warren Sapp [DE 184];

3. Verified Petition of Servando Melchor [DE 185].

The Status Conference is set for **2:00 p.m. on Friday, May 28, 2010** in Courtroom 207A of the United States Courthouse, 299 East Broward Blvd., Fort Lauderdale, Florida. At the hearing the parties will address the following: 1) whether the Government opposes the claim; 2) whether the parties will require discovery; 3) whether dismissal or summary judgment will be sought; and 4) a realistic final hearing date.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 18th day of May, 2010.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record.