them and telling them I needed a loan (my ego would never allow myself to let someone else think I needed money—that was a sign of failure and of weakness), I concocted elaborate lies about how the money was for bridge loans and the like for important clients and that the clients would pay outrageous interest to keep the loan confidential. And of course, since there really was no client, there could be no form of security from the client. So I concocted another lie in a series of lies that in order to maintain strict confidentiality, I would guarantee the loan. And the façade I had masterminded made my word as good as gold.

This was the beginning of the end. I had completely lost my moral compass. And though I clearly had the ability and opportunity to stop the forward motion of what would be a series of many despicable acts that would ultimately destroy my family, destroy my law firm, cause intense harm to people that loved me and trusted me, I never sincerely attempted to stop.
I always had every intention of repaying the money. I had exit strategies to pay everyone off and move forward. And in the early part of this horrific scheme, I could have pulled out of the spin, paid everyone off and lived a beautiful life. All I had to do was reel in my spending which my beyond absurd, reel in my firm's growth, and most importantly reel in my ego. But that would have required me to admit that the persona I had created for myself and the world, the successful lawyer, entrepreneur and businessman, were not superhuman. That I was fallible and had, in fact, failed. And my greed and ego were not going to allow that to happen.

I kept orchestrating these fictitious loans to support the firm and it's ludicrous growth, and to line my pockets and the pockets of my co-conspirators. As I stole more in the form of these "loans for clients", I paid higher and higher interest rates and concocted more complicated lies…frauds calculated by me to keep the cycle alive. The interest rates were not those requested by my investors, but were, of my own creation. It served to bolster my fictitious business

5

acumen.

Things spiraled out of control. But again, I never sincerely tried to stop. I kept telling myself that I would be ok. That everyone was making a lot of money, that our "investors" were happy, and that ultimately my exit strategy would come to fruition and we would pay everyone off.

But that would never happen. I was smack in the middle of a ponzi scheme that I had engineered and it would take a financial windfall of untold magnitude to pull myself out. Somewhere in the midst of all my lies, I created the "sale of confidential settlements" fraud. And that just added to the madness.

I became involved with other co-conspirators who helped me take the scheme to an entirely new level. Not against my will but rather, with my full cooperation. We went from tens of millions to hundreds of millions almost overnight.

And my partner and I continued to grow the firm, and continued to draw down ridiculous sums of money, though we knew the business was not there to support it. I was spending huge sums of money that was not mine. And on top of all that, we now had our many other business interests, purchased solely to line our pockets and maintain the fraud, many of which were just additional sinking ships to fund. And fund them we did…all with stolen money. My partners and I invested in businesses we never had any business investing in. All for ego. All to bolster the show.

By this time the ponzi scheme had grown so large that I was literally spending almost every waking hour doing something to prevent it from blowing up in my face. It was constantly on the verge of collapse. And yet, I never even tried to stop the bleeding. I kept spending like it was really my money; more expensive cars, boats, homes, offices, jewelry…increasing the firms

payroll to ridiculous unsustainable levels…all the trappings of wealth. I gave money to everyone; family, friends, charities. Money that was not mine to give. I convinced myself that I was eventually going to pay it back so I had the right to spend it. I convinced myself that my exit strategy would work. It was my only hope. I kept telling myself that I just needed to hang on for a few more months. And months became years. I had used millions of dollars of the money from my fraud to buy a huge stake in an internet company, qtask, that from all appearances was going to make a killing. At least I convinced myself of that. I was going to cash in with my partners when it sold and pay everyone off, including their false profit. Just another lie that I told myself to justify my spending and my greed. Complete nonsense. I was a criminal. I defrauded people I loved. I gave to charities in enormous amounts thinking I was helping them, when in the end I was just hurting them. I created a power structure unlike any other in Broward County. I did all I could to increase my power, to keep the myth alive, to feed the beast I had created, and to try to keep myself above the law. And ultimately, I did what just several years ago would have been unthinkable to me…I forged the signatures of sitting judges on orders that I created to convince these kind people who trusted me, to part with their money. For what…to save myself. I was very near the end.

    I would bottom out mentally and spend like there was no tomorrow to generate a temporary euphoria. The ponzi scheme and the money were like a drug to me. But the high only lasted until the next round of payments were due to my "investors" and the vicious cycle repeated. I would crash hard. Ultimately, I repeatedly considered suicide.

    I can remember just days before deciding to flee to Morocco, sitting in my shower, in my business suit, crying, with a .357 magnum up against my head. I sat for well over an hour. Telling myself repeatedly to just pull the trigger and end the pain. Everyone would be better off.

And of course, being the considerate husband, I went into the shower so that my wife would not have to deal with the mess my final selfish act would leave behind.

I kept telling myself that it would be the perfect ending to the perfect life I had decimated. But it turns out that I had one last act of selfishness and greed in me. I decided to flee the country. I researched non-extradition countries and settled on Morocco. I quickly made my plans and told my wife that I had to travel out of the country on business. I chartered a jet and off I went. But not before emptying one of the few remaining "ponzi trust accounts" of 16 million dollars. I had my CFO wire it to Morocco for me.

I packed up as much as I could travel with including several million dollars worth of watches, all while my wife was away so as not to alarm her. I packed the car and waited for her to come home. When she got home that day I kissed her goodbye and left. I was fleeing the country in what could have been the final act of a desperate criminal, too in love with himself to end it all and too greedy and narcissistic to turn himself in. What a waste of a human being I had become.

I spent the first week in Morocco trying to decide what kind of life I would lead there. How would I convince my wife to join me. How would I ever explain this to her. I kept her in the dark, feeding her the same lies I fed others and more. What about my parents and my children and my sister and my nieces and nephews? What about my uncle who was like my brother and my grandmother who was about to turn 99 and who had given me her life savings to go to law school? I had convinced myself that they were better off with me having fled the country rather than having to go through the searing pain of watching my world and theirs unravel in the most horrific fashion. Just another lie I told myself to justify my selfish actions. The pain I was experiencing grew faster and deeper. I could not believe what I had done…all the

8

pain I had caused…all the harm I had inflicted on innocent people. I spent sleepless nights fighting off the intense urge that had returned to kill myself. You see, it was now clear to me that I fled to Morocco not to shield my family, but rather to save myself. And with that thought firmly embedded in my brain, I was going to commit suicide. I sent several suicide emails to my family, my friends, and business associates. I even tried to send emails to falsely exculpate those who had acted with me. I took out the pills necessary to complete the task, drank a bottle of vodka, and sat and stared at the pill bottles. And I cried. For what seemed like days. I begged G-d to help me…to guide me. I pleaded with him. I had always been a religious soul (though that certainly did not jive with my horrific actions) but I had never prayed and begged like this in my life. I searched the depths of my soul. And then, suddenly, for reasons that to this moment remain a complete mystery to me, it all became crystal clear.

As simply as I had started this life of lies and deceit I would bring it to an end. But not by killing myself. That would just be one final act of selfishness. I would end it by returning home, turning myself in, and starting the process of making right all the harm I had caused.

And for the first time in 5 years I was completely honest about what I had done and who I was. From the moment that I decided to return home, knowing that I would never actually go home again, I have done everything in my power to right the terrible wrongs of my crimes. I had my attorney contact the United States Attorney while I was still in Morocco and tell him that I was turning myself in. The FBI met me at the airport and I spent a full month for hundreds of hours debriefing the government and its agents on my crimes and the crimes of many others. I voluntarily surrendered every single thing I had accumulated in my entire life. I surrendered my license to practice law. And I acted on multiple occasions in an undercover capacity to assist the government.