I continue to debrief the government and its agents as of the writing of this letter and I expect to continue to do so for at least the next several years. As a result of the level of my cooperation, I am housed in a "protective custody unit", and when and if I am ever released from prison, I will likely never see my family again.

But I do not feel sorry for myself nor do I want anyone's sympathy. I deserve and expect the punishment I will receive. What I am deeply and sincerely sorry for is the horrific pain and harm I have inflicted on so many people.

Those people I lured in as investors who were truly unaware (as opposed to others) – they trusted me. Many of them loved me. And I repaid their trust and love by stealing from them, deceiving them and hurting them.

My colleagues at my firm. My second family. With the collapse of RRA, I hurt so many innocent people. People with families and children who live paycheck-to-paycheck, suddenly, without warning, out of work. And many of them stigmatized because of their relationship to me. They gave me their loyalty and I gave them this horror.

The profession I held so dear for so many years. I have degraded and shamed the institution of the practice of law. Because of me, others who have done nothing wrong will be viewed by the public with less respect and suspicion.

The judiciary. Those people who committed their lives to the rule of law. I slandered their good and decent names for no reason other than to further my crimes.

My friends. Those that stood by me as I rose to prominence. That defended me when others said I must be a criminal. I have subjected them to tremendous embarrassment and ridicule. Many of them truly loved me and I repaid them by betraying their trust, deceiving them, and hurting them deeply.

Others in the community such as the charities and worthy causes I tried to help who are forced to return money. I wound up injuring them, not helping them.

And my precious family. I have literally destroyed their lives. My wife is devastated financially and emotionally. She has been abandoned by all but a very small handful of her friends because of me. I have cause her immeasurable pain, shame and sorrow. And now I have lost her forever. My parents, my grandparents, my sister and her children, my beautiful children, my cousins and aunts and uncles. My daughter refuses to speak with me and I do not blame her. I have wreaked havoc upon my family of such an intense nature and magnitude that it is difficult for me to fathom I have undermined everything my family stands for. All that I was taught as a child and raised to believe in with every fiber of my being…respect, integrity, honor, hard work and the sanctity of family. I discarded and trampled them all. And I am certain that I have left deep and indelible emotional scars.

For all of this I am filled with remorse and sincerely and deeply sorry. While I am incarcerated and when and if I am released I will never stop working as long as I am alive to heal the wounds I have opened on those I stole from, and on my colleagues, my friends, and my family.

I understand that this Court must, and I expect it to, sentence me to a significant term of years. I only ask that you deal with me fairly and that based upon the fact that the record now exists, from my decision to return from Morocco and all that I have done since, that I am truly a changed man and that I have sincerely tried to redeem myself, that you consider giving me an opportunity to live at least part of the remainder of my life as a free man with an opportunity to do some good in this world. I will never forgive myself for what I have done nor do I expect anyone else to forgive me. But I will spend the rest of my life doing everything in my power to

make right all the harm I have caused and to restore my family's good name as best as G-d will allow.

Thank you.

s/Scott W. Rothstein
June 2, 2010