# EXHIBIT "B"

# EXHIBIT B

## United States Sentencing Guidelines Enhancements
### Sections 2A ("Offenses Against the Person") and 2B ("Basic Economic Offenses")

| Enhancement | Points Added |
|---|---|
| **Conspiracy or Solicitation to Commit Murder** (§ 2A1.5) | |
| Offer or receipt of anything of pecuniary value for undertaking a murder | 4 |
| **Assault with Intent to Commit Murder; Attempted Murder** (§ 2A2.1) | |
| Victim sustained permanent or life-threatening bodily injury | 4 |
| Victim sustained serious bodily injury | 2 |
| Offer or receipt of anything of pecuniary value for undertaking a murder | 4 |
| **Aggravated Assault** (§ 2A2.2) | |
| Involved more than minimal planning | 2 |
| Firearm discharged | 5 |
| Dangerous weapon used | 4 |
| Dangerous weapon brandished or use threatened | 3 |
| Victim sustained bodily injury | 3 |
| Victim sustained serious bodily injury | 5 |
| Victim sustained permanent or life-threatening bodily injury | 7 |
| Motivated by payment or offer of money | 2 |
| Involved the violation of a court protection order | 2 |
| Defendant convicted of assaulting United States or foreign official under 18 U.S.C. §§ 111(b), 115 | 2 |

1

### Minor Assault (§ 2A2.3)

| | |
|---|---|
| Victim sustained substantial bodily injury | 2 |
| Victim under the age of sixteen sustained substantial bodily injury | 4 |

### Obstructing or Impeding Officers (§ 2A2.4)

| | |
|---|---|
| Using physical contact or possession and threatened use of a dangerous weapon | 3 |
| Victim sustained bodily injury | 2 |

### Criminal Sexual Abuse (§ 2A3.1)

| | |
|---|---|
| Using force, threat, or knowing intoxication | 4 |
| Victim under twelve years of age | 4 |
| Victim older that twelve but under sixteen years of age | 2 |
| Victim under custody, care, or supervisory control of defendant | 2 |
| Victim sustained permanent or life-threatening bodily injury | 4 |
| Victim sustained serious bodily injury | 2 |
| Victim was abducted | 4 |
| Knowing misrepresentation of participant's identity to persuade, induce, entice, or coerce a minor victim | 2 |

### Sexual Abuse of Minor Under the Age of Sixteen Years (§ 2A3.2)

| | |
|---|---|
| Victim in custody, care, or supervisory control of defendant | 4 |
| Knowing misrepresentation of a participant's identity to persuade, induce, entice, or coerce victim or participant unduly influenced | 4 |
| Computer or interactive computer service used to persuade, induce, entice, or coerce victim | 4 |

### Criminal Sexual Abuse of a Ward (§ 2A3.3)

| | |
|---|---|
| Knowing misrepresentation of participant's identity to persuade, induce, entice, or coerce a minor victim | 2 |

| | |
|---|---|
| Computer or interactive computer service used to persuade, induce entice, or coerce minor victim | 2 |

**Abusive Sexual Contact** (§ 2A3.4)

| | |
|---|---|
| Victim under twelve years | 4 |
| Victim over twelve but under sixteen years | 2 |
| Victim in custody, care, or supervisory control of defendant | 2 |
| Knowing misrepresentation of participant's identity to persuade, induce, entice, or coerce a minor victim | 2 |
| Computer or interactive computer service used to persuade, induce entice, or coerce minor victim | 2 |

**Failure to Register as a Sex offender** (§ 2A3.5)

| | |
|---|---|
| Sex offense against someone other than a minor | 6 |
| Felony offense against a minor | 6 |
| Sex offense against a minor | 8 |

**Kidnapping, Abduction, Unlawful Restraint** (§ 2A4.1)

| | |
|---|---|
| Ransom demand or a demand upon government | 6 |
| Victim sustained permanent or life-threatening bodily injury | 4 |
| Victim sustained serious bodily injury | 2 |
| Dangerous weapon used | 2 |
| Victim not released within thirty days | 2 |
| Victim not released within seven days | 1 |
| Victim sexually exploited | 6 |
| Victim a minor and placed in care or custody of another, who had no legal right to such care or custody, for consideration | 3 |

Victim abducted during commission of, or in connection with, another

3

| | |
|---|---|
| offense or escape therefrom | 4 |

### Aircraft Piracy or Attempted Aircraft Piracy (§ 2A5.1)

| | |
|---|---|
| Resulting in death | 5 |

### Interference with Flight Crew or Flight Attendant; Interference with Dispatch, Navigation, Operation, or Maintenance of Mass Transportation Vehicle (§ 2A5.2)

| | |
|---|---|
| Discharge of firearm while intentionally or recklessly endangering safety of aircraft or vehicle | 5 |
| Use of firearm | 4 |
| Brandishing or threatening use of firearm | 3 |

### Threatening or Harassing Communications, Hoaxes, False Liens (§ 2A6.1)

| | |
|---|---|
| Conduct evidencing intent to carry out threat | 6 |
| Two or more threats; retaliation against federal judge or law enforcement officer by filing two or more false liens or encumbrances | 2 |
| Offense involved violation of court protection order | 2 |
| Resulting substantial disruption of public, government, or business; or substantial expenditure of funds | 4 |

### Stalking or Domestic Violence (§ 2A6.2)

| | |
|---|---|
| Involved the violation of a court order; bodily injury; possession or threatened use of a dangerous weapon; or pattern of activity involving stalking, threatening, harassing, or assaulting the same victim | 2 |
| Two or more of the factors listed above | 4 |

### Larceny, Embezzlement, and Other Forms of Theft (§ 2B1.1)

| | |
|---|---|
| Ten or more victims; or committed through mass-marketing | 2 |
| Fifty or more victims | 4 |
| 250 or more victims | 6 |
| Theft from the person of another | 2 |

| | |
|---|---|
| Receiving stolen property, and defendant was a person in the business of receiving and selling stolen property | 2 |
| Misappropriation of trade secrets and defendant knew or intended benefit to foreign government, instrumentality, or agent | 2 |
| Theft, damage, or destruction of property from national cemetery or veteran's memorial | 2 |
| Conviction for fraud or related activity in connection with e-mail and offense involved obtaining e-mail addressed improperly | 2 |
| Misrepresentation that defendant acted on behalf of a charitable, educational, religious, or political organization, or government agency | 2 |
| Misrepresentation or other fraudulent action during bankruptcy proceeding | 2 |
| Violation of prior, specific judicial or administrative order, injunction decree, or process not addressed elsewhere in guidelines | 2 |
| Misrepresentation in connection with obtaining, providing, or furnishing financial assistance for an institution of higher education | 2 |
| Defendant relocated a fraudulent scheme to another jurisdiction to avoid enforcement or regulatory officials | 2 |
| Substantial part of scheme conducted from outside the U.S. | 2 |
| Sophisticated means involved in offense | 2 |
| Possession or use of any device-making equipment or authentication feature | 2 |
| Production or trafficking of unauthorized access device, counterfeit access device, or authentication feature | 2 |
| Unauthorized transfer or use of a means of identification to obtain another means of identification | 2 |
| Possession of five or more means of identification, unlawfully produced from another means of identification | 2 |
| Conduct involved fraud in connection with emergency benefits or disaster relief (18 U.S.C. § 1040) | 2 |
| Organized scheme to steal or receive stolen vehicle parts or goods or chattels that were party of a cargo shipment | 2 |

5