| | |
|---|---|
| Conscious or reckless risk of death or serious bodily injury or possession of a dangerous weapon | 2 |
| Defendant derived more than $1,000,000 in gross receipts from one or more financial institutions | 2 |
| Offense substantially jeopardized the safety and soundness of a financial institution, a publically traded company, or a company with more than 1,000 employees; or endangered the solvency or financial security of 100 or more people | 4 |
| Convicted of fraud in connection with computers (18 U.S.C. § 1030) involving a computed system used to maintain or operate critical infrastructure or used by a government entity in administration of justice, national defense, or national security; or intent to obtain personal information | 2 |
| Convicted of knowingly transmitting a program, information, code, or command, causing damage to a protected computer | 2 |
| Convicted of fraud in connection with computers, causing substantial disruption of critical infrastructure | 6 |
| Offense involved securities law and defendant was an officer of a publically traded company, a registered broker or dealer, or an investment advisor | 4 |
| Offense involved a violation of commodities law and, at the time of the offense, the defendant was an officer of a futures commission merchant or introducing broker, a commodities trading advisor, or a commodities pool operator | 4 |

**Theft, Damage, or Destruction of cultural Heritage Resources** (§ 2B1.5)

| | |
|---|---|
| Value of heritage resource exceeded $2,000 but less than $5,000 | 1 |
| Offense involved a heritage resource that was in the custody of a national park system, historic landmark, monument or memorial, marine sanctuary, cemetery, museum, or the World Heritage List | 2 |
| Offense committed for pecuniary gain or other commercial purpose | 2 |
| Pattern of misconduct involving cultural heritage resources | 2 |

| | |
|---|---|
| Dangerous weapon brandished or its use threatened | 2 |

**Burglary of a Residence or Structure (§ 2B2.1)**

| | |
|---|---|
| Offense involved more than minimal planning | 2 |
| Loss more than | |
| $2,500 | 1 |
| $10,000 | 2 |
| $50,000 | 4 |
| $250,000 | 4 |
| $800,000 | 5 |
| $1,500,000 | 6 |
| $2,500,000 | 7 |
| $5,000,000 | 8 |
| Firearm, destructive device, or controlled substance taken or object | 1 |
| Dangerous weapon possessed | 2 |

**Trespass (§ 2B2.3)**

| | |
|---|---|
| Trespass occurred at a secure government facility, nuclear energy facility, U.S. vessel or aircraft, secure area of an airport or seaport, residence, national cemetery | 2 |
| Trespass occurred on a computer system used to maintain or operate infrastructure, or by or for a government entity | 2 |
| Dangerous weapon possessed | 2 |
| Involved invasion of a protected computer, resulting in loss of $2,000 to $5,000 | 1 |

**Robbery (§ 2B3.1)**

| | |
|---|---|
| Property of a financial institution or post office | 2 |
| Firearm discharged | 7 |
| Firearm used | 6 |
| Firearm brandished or possessed | 5 |
| Dangerous weapon otherwise used | 4 |

7

| | |
|---|---|
| Dangerous weapon brandished or possessed | 3 |
| Threat of death was made | 2 |
| Victim sustained bodily injury | 2 |
| Victim sustained serious bodily injury | 4 |
| Victim sustained permanent or life-threatening bodily injury | 6 |
| Person abducted to facilitate commission or escape | 4 |
| Person physically restrained to facilitate commission or escape | 2 |
| Involved carjacking | 2 |
| Firearm, destructive device, or controlled substance taken or object | 1 |
| Loss more than | |
| $10,000 | 1 |
| $50,000 | 2 |
| $250,000 | 3 |
| $800,000 | 4 |
| $1,500,000 | 5 |
| $2,500,000 | 6 |
| $5,000,000 | 7 |

**Extortion by Force or Threat of Injury or Serious Damage (§ 2B3.2)**

| | |
|---|---|
| Offense involved an express or implied threat of death, bodily injury or kidnapping | 2 |
| Firearm discharged | 7 |
| Firearm used | 6 |
| Firearm brandished or possessed | 5 |
| Dangerous weapon otherwise used | 4 |
| Dangerous weapon brandished or possessed | 3 |

Offense involved preparation to carry out threat of death, serious bodily injury, kidnapping, product tampering, or

8

| | |
|---|---|
| damage to critical computer system | 3 |
| Participants otherwise demonstrated ability to commit such a threat | 3 |
| Victim sustained bodily injury | 2 |
| Victim sustained serious bodily injury | 4 |
| Victim sustained permanent or life-threatening bodily injury | 6 |
| Person abducted to facilitate commission or escape | 4 |
| Person physically restrained to facilitate commission or escape | 2 |

**Blackmail and Similar Forms of Extortion** (§ 2B3.3)

| | |
|---|---|
| Amount obtained or demanded between $2,000 and $5,000 | 1 |

**Bribery in Procurement of a Bank Loan and Other Commercial Bribery** (§ 2B4.1)

| | |
|---|---|
| Amount obtained or demanded between $2,000 and $5,000 | 1 |
| Defendant derived more than $1,000,000 in gross receipts from one or more financial institutions | 2 |
| Offense substantially jeopardized the safety and soundness of a financial institution | 4 |

**Offenses Involving Counterfeit Bearer Obligations of the United States** (§ 2B5.1)

| | |
|---|---|
| Value of counterfeited items between $2,000 and $5,000 | 1 |
| Manufactured or produced counterfeit obligation or security of the United States, or possessed device used for counterfeiting | 2 |
| Possessed counterfeiting paper | 2 |
| Dangerous weapon possessed in connection with offense | 2 |
| Any part of the offense committed outside of the United States | 2 |

**Criminal Infringement of Copyright or Trademark** (§ 2B5.3)

| | |
|---|---|
| Infringement amount between $2,000 and $5,000 | 1 |

Involved display, performance, publication, reproduction or distribution of a work being prepared for

9

| | |
|---|---|
| commercial distribution | 2 |
| Involved manufacture, importation, or uploading of infringing items; or defendant convicted under 17 U.S.C §§ 1201 and 1204 for trafficking in circumvention devices | 2 |
| Conscious or reckless risk of death or serious bodily injury or possession of a dangerous weapon | 2 |

**Altering or Removing Motor Vehicle ID Numbers, or Trafficking in Motor Vehicle Parts with Altered or Obliterated ID Numbers (§ 2B6.1)**

| | |
|---|---|
| Retail value of part more than $2,000 but less than $5,000 | 1 |
| Defendant in business of receiving and selling stolen property | 2 |