# COMPOSITE EXHIBIT "C"

## APPENDIX B

### Table 7

## AVERAGE LENGTH OF IMPRISONMENT BY PRIMARY OFFENSE CATEGORY
### Fiscal Year 2006

| PRIMARY OFFENSE | National | | | Second Circuit | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | Number | Mean Months | Median Months | Number |
| TOTAL | 59.1 | 36.0 | 62,963 | 57.8 | 37.0 | 3,572 |
| Murder | 253.1 | 240.0 | 77 | 173.3 | 114.0 | 10 |
| Manslaughter | 46.7 | 37.0 | 59 | 13.3 | 12.0 | 3 |
| Kidnapping/Hostage Taking | 216.5 | 204.0 | 61 | 81.5 | 84.0 | 4 |
| Sexual Abuse | 103.5 | 60.0 | 256 | 39.2 | 33.5 | 6 |
| Assault | 41.3 | 30.0 | 502 | 21.2 | 7.0 | 9 |
| Robbery | 91.5 | 70.0 | 1,131 | 89.4 | 60.0 | 41 |
| Arson | 82.7 | 60.0 | 66 | 112.5 | 132.0 | 4 |
| Drugs - Trafficking | 84.4 | 60.0 | 24,248 | 70.0 | 52.0 | 1,656 |
| Drugs - Communication Facility | 47.0 | 48.0 | 354 | 30.2 | 28.0 | 41 |
| Drugs - Simple Possession | 16.1 | 4.0 | 294 | 15.1 | 6.0 | 18 |
| Firearms | 82.1 | 56.0 | 7,851 | 73.4 | 46.0 | 415 |
| Burglary/B&E | 19.7 | 16.0 | 41 | -- | -- | 0 |
| Auto Theft | 86.4 | 42.0 | 53 | -- | -- | 0 |
| Larceny | 18.3 | 12.0 | 728 | 16.0 | 13.0 | 40 |
| Fraud | 26.2 | 18.0 | 4,637 | 26.4 | 16.0 | 410 |
| Embezzlement | 15.1 | 12.0 | 294 | 16.9 | 12.0 | 13 |
| Forgery/Counterfeiting | 22.4 | 15.0 | 777 | 18.9 | 15.1 | 33 |
| Bribery | 20.9 | 15.0 | 108 | 18.4 | 18.0 | 9 |
| Tax | 22.4 | 15.0 | 361 | 19.4 | 13.5 | 22 |
| Money Laundering | 43.9 | 30.0 | 726 | 43.9 | 34.0 | 120 |
| Racketeering/Extortion | 95.6 | 60.0 | 576 | 105.5 | 63.0 | 128 |
| Gambling/Lottery | 12.7 | 8.5 | 39 | 13.9 | 7.3 | 23 |
| Civil Rights | 66.3 | 21.0 | 40 | -- | -- | 2 |
| Immigration | 23.5 | 18.0 | 16,653 | 26.0 | 24.0 | 394 |
| Pornography/Prostitution | 98.6 | 63.0 | 1,262 | 100.7 | 70.0 | 76 |
| Prison Offenses | 18.5 | 12.0 | 324 | 12.0 | 7.5 | 12 |
| Administration of Justice Offenses | 26.9 | 18.0 | 694 | 21.3 | 16.0 | 43 |
| Environmental/Wildlife | 15.1 | 13.5 | 42 | 20.7 | 25.5 | 6 |
| National Defense | 49.2 | 29.0 | 34 | -- | -- | 2 |
| Antitrust | 5.8 | 5.0 | 8 | -- | -- | 0 |
| Food & Drug | 25.2 | 19.0 | 16 | -- | -- | 0 |
| Other Miscellaneous Offenses | 18.8 | 6.0 | 651 | 20.4 | 6.5 | 32 |

Of the 72,585 guideline cases, 9,622 cases were excluded for one or more of the following reasons: zero months prison ordered (8,871), missing primary offense category (67) or missing or indeterminable sentencing information (751).

Of the 4,436 guideline cases from the Second Circuit, 864 cases were excluded due to one or more of the following reasons: zero prison months ordered (830), missing primary offense category (1) or missing or indeterminable sentencing information (34).

SOURCE: United States Sentencing Commission, Office of Policy Analysis, 2006 Datafile, OPAFY06.

Table 13

## AVERAGE SENTENCE LENGTH IN EACH PRIMARY OFFENSE CATEGORY [1]
### Fiscal Year 2007

| PRIMARY OFFENSE | Mean Months | Median Months | Number |
|---|---|---|---|
| TOTAL | 51.8 | 28.0 | 72,691 |
| Murder | 258.5 | 235.0 | 81 |
| Manslaughter | 48.7 | 37.0 | 65 |
| Kidnapping/Hostage Taking | 169.0 | 156.5 | 48 |
| Sexual Abuse | 94.3 | 60.0 | 381 |
| Assault | 30.7 | 21.0 | 574 |
| Robbery | 85.1 | 66.5 | 1,120 |
| Arson | 80.9 | 60.0 | 78 |
| Drugs - Trafficking | 83.2 | 60.0 | 24,308 |
| Drugs - Communication Facility | 37.1 | 37.0 | 373 |
| Drugs - Simple Possession | 5.2 | 0.0 | 661 |
| Firearms | 80.2 | 55.0 | 8,355 |
| Burglary/B&E | 19.0 | 18.0 | 41 |
| Auto Theft | 59.7 | 19.5 | 64 |
| Larceny | 8.2 | 1.4 | 1,756 |
| Fraud | 19.0 | 10.0 | 7,759 |
| Embezzlement | 8.3 | 4.0 | 465 |
| Forgery/Counterfeiting | 14.6 | 10.0 | 1,156 |
| Bribery | 22.9 | 12.0 | 243 |
| Tax | 14.2 | 10.0 | 647 |
| Money Laundering | 35.6 | 24.0 | 918 |
| Racketeering/Extortion | 89.3 | 51.0 | 620 |
| Gambling/Lottery | 5.4 | 6.0 | 113 |
| Civil Rights | 27.4 | 12.0 | 64 |
| Immigration | 21.5 | 15.0 | 17,579 |
| Pornography/Prostitution | 109.6 | 78.0 | 1,444 |
| Prison Offenses | 19.1 | 14.0 | 316 |
| Administration of Justice Offenses | 19.6 | 10.0 | 1,014 |
| Environmental/Wildlife | 3.5 | 0.0 | 193 |
| National Defense | 40.2 | 13.0 | 32 |
| Antitrust | 15.9 | 9.0 | 15 |
| Food & Drug | 8.5 | 0.0 | 71 |
| Other Miscellaneous Offenses | 5.6 | 0.0 | 2,137 |

[1] Of the 72,865 cases, 174 were excluded due to one or both of the following reasons: missing primary offense (100) or missing or indeterminable sentencing information (165). Sentences of probation only are included in this table as zero months of imprisonment. In addition, the information presented in this table includes time of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2007 Datafile, USSCFY07.

Table 13

AVERAGE SENTENCE LENGTH IN EACH PRIMARY OFFENSE CATEGORY[1]
Fiscal Year 2008

| PRIMARY OFFENSE | Mean Months | Median Months | N |
|---|---|---|---|
| TOTAL | 49.6 | 24.0 | 76,366 |
| Murder | 221.6 | 210.0 | 69 |
| Manslaughter | 46.1 | 37.0 | 54 |
| Kidnapping/Hostage Taking | 205.3 | 180.0 | 56 |
| Sexual Abuse | 92.1 | 63.0 | 485 |
| Assault | 37.7 | 27.0 | 676 |
| Robbery | 80.2 | 63.0 | 1,052 |
| Arson | 78.5 | 60.0 | 60 |
| Drugs - Trafficking | 79.9 | 60.0 | 24,286 |
| Drugs - Communication Facility | 35.1 | 36.0 | 354 |
| Drugs - Simple Possession | 6.4 | 0.0 | 511 |
| Firearms | 83.7 | 56.0 | 8,246 |
| Burglary/B&E | 19.2 | 18.0 | 45 |
| Auto Theft | 48.0 | 24.0 | 60 |
| Larceny | 8.3 | 1.5 | 1,683 |
| Fraud | 21.6 | 12.0 | 7,465 |
| Embezzlement | 8.7 | 6.0 | 495 |
| Forgery/Counterfeiting | 16.3 | 12.0 | 1,015 |
| Bribery | 19.9 | 12.0 | 219 |
| Tax | 16.2 | 10.0 | 587 |
| Money Laundering | 33.1 | 18.0 | 893 |
| Racketeering/Extortion | 83.1 | 51.0 | 740 |
| Gambling/Lottery | 6.9 | 6.0 | 127 |
| Civil Rights | 39.1 | 14.5 | 70 |
| Immigration | 18.9 | 12.0 | 21,417 |
| Pornography/Prostitution | 119.8 | 78.0 | 1,656 |
| Prison Offenses | 16.7 | 14.0 | 371 |
| Administration of Justice Offenses | 16.3 | 8.0 | 1,037 |
| Environmental/Wildlife | 3.0 | 0.0 | 204 |
| National Defense | 53.2 | 26.5 | 54 |
| Antitrust | 7.8 | 6.0 | 24 |
| Food & Drug | 4.5 | 0.0 | 76 |
| Other Miscellaneous Offenses | 5.7 | 0.0 | 2,279 |

[1]Of the 76,478 cases, 112 were excluded due to one or both of the following reasons: missing primary offense (50) or missing or indeterminable sentencing information (106). Sentences of probation only are included in this table as zero months of imprisonment. In addition, the information presented in this table includes time of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2008 Datafile, USSCFY08.

Table 7

## AVERAGE LENGTH OF IMPRISONMENT BY PRIMARY OFFENSE CATEGORY
### Fiscal Year 2009

| PRIMARY OFFENSE | National | | | Florida | | |
|---|---|---|---|---|---|---|
| | Mean Months | Median Months | Number | Mean Months | Median Months | Number |
| TOTAL | **54.0** | **30.0** | **70,103** | **73.8** | **42.0** | **3,954** |
| Murder | 274.5 | 270.0 | 93 | 254.3 | 120.0 | 7 |
| Manslaughter | 68.7 | 50.0 | 57 | -- | -- | 0 |
| Kidnapping/Hostage Taking | 212.8 | 168.0 | 41 | 197.2 | 120.0 | 5 |
| Sexual Abuse | 96.0 | 60.0 | 460 | 142.6 | 120.0 | 30 |
| Assault | 43.8 | 30.0 | 554 | 69.7 | 41.5 | 20 |
| Robbery | 82.2 | 63.0 | 981 | 91.7 | 70.5 | 38 |
| Arson | 61.1 | 60.0 | 57 | -- | -- | 1 |
| Drugs - Trafficking | 81.2 | 60.0 | 22,867 | 103.9 | 78.0 | 1,449 |
| Drugs - Communication Facility | 42.9 | 46.0 | 383 | -- | -- | 2 |
| Drugs - Simple Possession | 8.5 | 2.0 | 355 | 5.0 | 6.0 | 3 |
| Firearms | 91.5 | 60.0 | 7,663 | 141.6 | 90.0 | 424 |
| Burglary/B&E | 26.7 | 24.0 | 31 | -- | -- | 0 |
| Auto Theft | 64.2 | 35.0 | 63 | -- | -- | 0 |
| Larceny | 16.4 | 12.0 | 609 | 24.5 | 13.0 | 35 |
| Fraud | 28.5 | 18.0 | 5,615 | 36.8 | 28.0 | 582 |
| Embezzlement | 16.5 | 12.0 | 216 | 12.9 | 12.0 | 12 |
| Forgery/Counterfeiting | 21.1 | 17.0 | 619 | 20.9 | 21.0 | 41 |
| Bribery | 26.4 | 21.0 | 128 | 24.2 | 24.0 | 5 |
| Tax | 22.4 | 18.0 | 390 | 24.8 | 18.0 | 21 |
| Money Laundering | 41.8 | 24.0 | 621 | 47.4 | 37.0 | 75 |
| Racketeering/Extortion | 102.7 | 60.0 | 580 | 75.2 | 51.0 | 29 |
| Gambling/Lottery | 10.9 | 6.0 | 28 | -- | -- | 1 |
| Civil Rights | 44.7 | 30.0 | 35 | 81.7 | 90.0 | 4 |
| Immigration | 18.9 | 12.0 | 23,757 | 17.9 | 9.0 | 884 |
| Pornography/Prostitution | 121.2 | 78.0 | 1,910 | 131.8 | 84.0 | 145 |
| Prison Offenses | 16.3 | 12.0 | 418 | 11.2 | 9.0 | 11 |
| Administration of Justice Offenses | 23.9 | 15.0 | 600 | 19.5 | 12.0 | 48 |
| Environmental/Wildlife | 12.0 | 10.0 | 60 | 12.2 | 8.5 | 6 |
| National Defense | 53.8 | 34.0 | 58 | 42.1 | 42.0 | 7 |
| Antitrust | 15.2 | 12.0 | 17 | 28.6 | 29.0 | 5 |
| Food & Drug | 14.9 | 10.5 | 14 | -- | -- | 0 |
| Other Miscellaneous Offenses | 18.7 | 10.0 | 823 | 39.5 | 15.0 | 64 |

Of the 81,372 guideline cases, 11,269 cases were excluded for one or more of the following reasons:  zero months prison ordered (10,446), or missing or indeterminable sentencing information (823).

Of the 4,472 guideline cases from the State of Florida, 518 cases were excluded due to one of the following reasons:  zero prison months ordered (515) or missing or indeterminable sentencing information (3).

SOURCE:  U.S. Sentencing Commission, 2009 Datafile, OPAFY09.