was always a great Uncle. He went on several vacations with us and our mom and dad, always enjoying to spend time with his nieces and nephews.

In 1991 when I needed a job and I did not think I had the skills I needed. Scott was the one who assured me I did and all I needed to do was believe in myself. He gave me a job working for him.

One other thing that always stands out in my mind is that for as long as I can remember, whenever we talk on the phone he always call me "Little One" and always asks "is everything ok little one."

He is and always will be my Big Brother and I am his Little Sister. I love him very much. Nothing can or will ever change that.

Sincerely,

Ronni S. Rothstein

To whom it may concern:

I'm Mort Teisch and a long time friend of Scott Rothstein's father Harvey, going back to our teen years. We have been close ever since, at each other's weddings, and fortunate enough to have stayed close including each other's spouses.

Harvey and Gay are a quality couple and produced two wonderful children, one, of course, being Scott. We know Scott from the time he was born, and he proved himself to be a devoted son, possessing a winning personality and a fine sense of humor. He was always reaching out, helpful, and most comfortable in interacting with Gay and Harvey's friends.

Scott took those attributes into his adult life and even as he became successful, he cared for, and did all he could for his family. He treated Harvey and Gay's friends, such as myself, as family and had no hesitancy in expressing his love for us.

Knowing him throughout his life, I will not believe that Scott would intentionally cause any misfortune or harm to anybody. I express my love to Scott and would ask that this letter be taken into consideration.

Sincerely:
*Morton Teisch*
Mort Teisch   6/3/10

Case 0:09-cr-60331-JIC   Document 272-8   Entered on FLSD Docket 06/04/2010   Page 3 of 5

TO: THE HONORABLE JUDGE JAMES COHN

June 1, 2010

Dear Judge Cohn:

I am writing this letter on behalf of Scott Rothstein, to give you some insight as to the boy, teenager, and young man we know and love.

My husband Donald Zucker has been a close friend of Scott's father Harvey Rothstein since early childhood, over seventy years. They have had a relationship like brothers all of their lives and needless to say, our families have been lovingly intertwined for over fifty years.

I held Scott as a bubbly, smiling infant and watched him grow into an adorable, amiable pleasant child always wanting to please. As a teenager he was most respectful, and made himself available to help the adults in any situation where he could. He was very successful in singing and guitar playing and throughout the years has provided us all with joyous entertainment.

He had many obstacles growing up, but always kept his focus and discipline to achieve academic success. All his hard work paid off and he was accepted in Nova University School of Law, and the rest is history.

He worked very hard as an attorney and strove to always do better, having ups and downs as we all do. His ardent tenacity aided him in many successful achievements.

He always made time for family and friends, ourselves included. He was always kind, caring, and considerate, and treated everybody as family, which was always his foremost concern. We love him still and can only hope that all this will be considered in your judgement.

Sincerely,

*Sandra Zucker*

Sandra Zucker

MAY 31 2010

TO WHOM IT MAY CONCERN:

I AM WRITING THIS LETTER ON BEHALF OF SCOTT ROTHSTEIN. I AM A CLOSE FRIEND OF SCOTT'S PARENTS, HARVEY AND GAY ROTHSTEIN. I KNOW HARVEY, AS MY CLOSEST FRIEND FOR THE LAST 65 YEARS.

AS A RESULT OF OUR RELATIONSHIP I WAS ABLE TO OBSERVE SCOTT AND HIS SISTER GROW UP IN A CARING AND NUTURING MIDDLE CLASS FAMILY WHICH PROVIDED SCOTT WITH A GOOD VALUE SYSTEM AND THE TOOLS NECESSARY TO MOVE FROM HIS FORMATIVE YEARS TO BECOMING AN ADULT.

DURING HIS TEEN YEARS, I BELIEVE THAT SCOTT WAS AWARE OF AND AFFECTED BY THE THE HARD WORK AND EFFORTS OF HIS PARENTS TO MAKE A LIVING FOR THEIR CHILDREN, AS WELL AS TO BE ABLE TO HELP THEM FINANCIALLY TO GET A COLLEGE EDUCATION. IT WAS DURING THESE YEARS THAT SCOTT BECAME SMITTEN WITH THE DESIRE TO BECOME A LAWYER AND WORKED AND STUDIED VERY HARD INORDER TO ACHIEVE HIS GOAL. IT WAS NOT ALWAYS EASY FOR HIS PARENTS TO HELP HIM FINANCIALY AND ON OCCASION HIS GRANDMOTHER AND GREAT UNCLE WERE THERE FOR HIM.

SCOTT NEVER FORGOT THESE FAMILY SACRIFICES AND THROUGHOUT HIS LIFETIME HE WAS PRESENT AND THERE FOR HIS FAMILY. IT WAS CLEAR TO ALL THAT HE RECOGNIZED THE RELATIONSHIP BETWEEN THEIR SUPPORT AND HIS SUCCESS.

Scott loved being a lawyer and rose in his profession. Clearly, he enjoyed helping his clients and welcomed the opportunity he had to teach young law students at his alma mater.

Scott shared his success with his family, his synagogue and many less fortunate than him. Recently, Scott strayed from his value system. The ensuing results causing significant havoc and distress in the lives of people around him.

Scott is aware of the consequences of his actions. The impact they have made on his profession, his family, his friends and his community.

He is repentant and very motivated to make the changes necessary to again become the principled, caring individual he was in previous years. He is capable of doing this. I hope that the court will allow him, within a reasonable time, to enter society again.

Sincerly,

Steven Delman

Apt 203 141 Roehampton Ave
Toronto, Ontario M4P1P9
Canada