# EXHIBIT "E"



## Conrad & Scherer
### Attorneys at Law

Ft. Lauderdale, Florida • Washington, DC • Quito, Ecuador

William R. Scherer
954.847.3362 Direct Line
wscherer@conradscherer.com

June 4, 2010

The Honorable James I. Cohn
United States District Judge
United States Courthouse
299 East Broward Blvd.
Ft. Lauderdale, FL 33301

Re: *United States v. Scott W. Rothstein* - Case No.: 09-60331-CR-COHN

Judge Cohn:

As your Honor may be aware, my firm represents over $120 million dollars in investor losses suffered as a direct result of the Ponzi scheme orchestrated by Scott Rothstein and his band of co-conspirators. Our case is currently pending in the complex litigation division in the Seventeenth Judicial Circuit in and for Broward County, Florida, and styled as *Razorback Funding, LLC, et al., v. Scott W. Rothstein, et al.*, Case No. 09-062943(19).

Presently, our action involves over twenty plaintiffs and twenty-eight defendants, an unfortunate necessity in unraveling what is one of the largest financial fraud ever perpetrated in Florida. In addition to my efforts on behalf of these Plaintiffs, I have also been named the Chair of the Bankruptcy Creditors Committee, have forged a close working relationship with the RRA Trustee, and have provided valuable information to federal law enforcement officers all in a concerted effort to maximize victims' recovery

As you can well imagine, there are a lot of moving parts and even now, eight months in, I still continue to learn new information each day. With this in mind, I write to you today to inform you that Mr. Rothstein, through his criminal defense counsel Marc Nurik, has been an extremely valuable resource in helping put the pieces of this Ponzi puzzle together. Mr. Rothstein has cooperated in providing accurate, useful, and trustworthy information that has allowed us to make significant inroads that will not only benefit the innocent victims I represent, but will also benefit the entire creditor body at-large. I genuinely believe Mr. Rothstein is intent on helping to assist and fulfill his express promise to make all legitimate investors whole.

Respectfully submitted,

*William R. Scherer*

William R. Scherer, Esq.

Established 1974
Rex Conrad 1935-1999 | William Scherer
Conrad & Scherer, LLP | 633 South Federal Highway, Fort Lauderdale, Florida 33301
Mailing Address | P.O. Box 14723, Fort Lauderdale, FL 33302
Phone 954.462.5500 | Fax 954.463.9244
www.conradscherer.com