# EXHIBIT "F"

Case 0:09-cr-60331-JIC   Document 272-10   Entered on FLSD Docket 06/04/2010   Page 2 of 2

06/04/10 13:50 FAX 3055794722        GARBETT STIPHANY ET AL.                    ☒ 004
JUN-04-2010 FRI 02:32 PM BERGER SINGERMAN        FAX NO. 3057144340              P. 02/02

**HERBERT STETTIN**
Chapter 11 Trustee for Rothstein Rosenfeldt & Adler, P.A.
6600 NW 16th St
Suite 11
Plantation, FL 33313

June 4, 2010

Honorable James I. Cohn
United States District Court, Southern District of Florida
299 East Broward Boulevard, 203F
Ft. Lauderdale, FL 33301

      Re: **United States of America v. Scott W. Rothstein, Case No. 09-60331-CR-COHN –
Letter from Trustee Stettin in connection with the sentencing of Defendant**

Dear Judge Cohn:

I am the Chapter 11 trustee for the bankruptcy estate of Rothstein Rosenfeldt & Adler, P.A. (RRA). In that capacity, I have come to learn a great deal about the business and affairs of RRA and the crimes committed by Scott Rothstein, the defendant in this proceeding.

Mr. Rothstein's conduct, estimated by the United States to be one of the largest Ponzi scheme case in Florida history, has been reprehensible. Mr. Rothstein's actions have caused untold numbers of people-- both those involved in the Ponzi directly as well as innocent clients and other creditors of RRA and certain innocent former employees of RRA -- great financial and emotional harm. Mr. Rothstein's conduct is especially despicable in light of his engaging in such conduct while a practicing lawyer and a member of The Florida Bar.

Within the past six weeks, Mr. Rothstein has provided me and my advisors certain information that has been helpful and which we expect will continue to be helpful regarding claims which I have and will assert against third parties. In one instance, information provided to me by Mr. Rothstein has contributed to a favorable agreement in principle to settle a pending adversary proceeding.

Mr. Rothstein, through his counsel, has indicated that he will continue to cooperate with me and my advisors in connection with our investigation and prosecution of claims against third parties. Should he do so, I will supplement this statement in connection with a Rule 35 proceeding if there is one.

Respectfully submitted,

Herbert Stettin,
Chapter 11 Trustee for Rothstein Rosenfeldt & Adler, P.A.

2850623-1