# EXHIBIT "G"

# COMPARABLE FRAUD CASE SUMMARIES

## USA vs. SCOTT W. ROTHSTEIN
## Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION ||||
|---|---|---|---|---|---|---|---|---|
| | | | | | | Imprisonment Release | Restitution | Fine / Assessment |
| 1 | ADELSON, Richard (Trial) | Southern District of New York 05-cr-00325-JSR | 18 USC 371<br>15 USC 78j(b), 78(ff)<br>17 CFR 240.10b-5<br>18 USC 2<br>15 USC 78m(a)<br>17 CFR 240.13a-1 | >$260 Million | $50 - 100 Million[1] | 42 months (3.5 yrs) | $50 Million (restitution)<br>$1.2 Million (forfeiture) | $500 (assessment) |
| 2 | BENNETT, John G. | Eastern District of Pennsylvania 96-cr-00503-EL-1 | 18 USC 1344<br>18 USC 1341<br>18 USC 1343<br>18 USC 1001<br>26 USC 7206<br>26 USC 7212<br>18 USC 1957<br>18 USC 1956(a)(1)(A)(1) | $500 Million | $135 Million | 144 months (12 yrs) | | $4,100 (special assessment) |
| 3 | BENNETT, Phillip | Southern District of New York 05-cr-07792-NRB | 18 USC 371<br>15 USC 78j(b) &78ff<br>15 USC 78o(d) &78ff<br>16 USC 77x<br>18 USC 1343<br>15 USC 78m & 78ff<br>18 USC 1344<br>18 USC 1957 | $2.4 Billion | $1.5 Billion | 192 months (16 yrs) | $53,600 (restitution)<br>$92 Million (forfeiture)[2] | $2,000 (assessment) |

---

[1] The Government put the loss at no less than $260 Million pursuant to its Sentencing Memorandum; however, the Court determined, and outlined in its Sentencing Order, that the "intended loss" was between $50-$100 Million.
[2] Plus a $2.4 Billion forfeiture money judgment.

1

# COMPARABLE FRAUD CASE SUMMARIES

## USA vs. SCOTT W. ROTHSTEIN
### Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Imprisonment Release | Restitution | Fine / Assessment |
| 4 | BRANDAU, Frederick<br><br>HOGAN, Garland<br>(Trial) | Southern District of Florida<br>99-cr-08125-DTKH | Brandau:<br>18 USC 1343 (1 ct)<br>18 USC 1341 (11 counts)<br>18 USC 1956 (10 counts)<br>18 USC 1957 (17 counts)<br><br>Hogan:<br>18 USC 371<br>18 USC 1341<br>18 USC 1956(h)<br>18 USC 1957 | $117 Million | >$117 Million | Brandau:<br>660 months (55 yrs)<br><br>Hogan:<br>276 months (23 yrs) | Brandau:<br>$117 Million<br><br>Hogan: | Brandau:<br>$4,300 (assessment)<br><br>Hogan:<br>$1,200 (assessment) |
| 5 | BUTLER, Eric | Eastern District of New York<br>08-cr-00370 | 18 USC 371<br>15 USC 78j(b) & 78ff<br>18 USC 1349 | $1 Billion | $1.1 Million[3] | 60 months (5 yrs) | It is part of the Judgment that Butler's assets totaling approximately $3.9 Million (minus the $250k forfeiture) are to be applied to the fines. | $5 Million (fine)<br>$250,000 (forfeiture)<br>$300 (assessment) |

---

[3] This loss is *approximate* and is the figure recommended by the Government to the Court. In the Court's Sentencing Statement of Reasons, it states that "the loss attributable to the offenses was found to be impossible to determine". Therefore, "the offense level calculation was based upon the court's finding of the proven gain that resulted from defendant's offenses, which was found to be $250,000." Also pursuant to Sentencing Statement of Reasons, because the loss amount could not be determined, restitution was not ordered

2

# COMPARABLE FRAUD CASE SUMMARIES
## USA vs. SCOTT W. ROTHSTEIN
### Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Imprisonment Release | Restitution | Fine / Assessment |
| 6 | CAUSEY, Richard<br><br>SKILLING, Jeffrey (Trial) | Southern District of Texas<br>04-cr-00025 | Causey:<br>15 USC 78j(b) and 78ff<br>18 USC 2<br><br>Skilling:<br>18 USC 371<br>15 USC 78j(b) and 78ff<br>18 USC 2<br>15 USC 78m(a), 78m(b)(2) | >$1 Billion | $1 Billion | Causey: 66 months (5.5 yrs)<br><br>Skilling: 292 months (24.3 yrs) | Skilling: $45 Million | Causey: $25,100 (fine); $100 (assessment)<br><br>Skilling: $1,900 (assessment) |
| 7 | DREIER, Marc (Trial) | Southern District of New York<br>09-cr-00085-JSR | 18 USC 371<br>15 USC 78j(b) and 78ff<br>17 CFR 240.10b-5<br>18 USC 1343 (5 counts)<br>18 USC 1956(a)(1) | $700 Million | $400 Million | 240 months (20 yrs) | $389,144,929.95 + Money Judgment forfeiture of $746,690,000.00 and all property derived from proceeds traceable to the offense | $800 (assessment) |
| 8 | EBBERS, Bernard | Southern District of New York<br>02-cr-01144-BSJ | 15 USC 78j(b) & 78ff<br>17 CFR 240.10b-5<br>18 USC 2<br>15 USC 78m(a)<br>17 CFR 240.13a-1 | $11 Billion | $2.2 Billion | 300 months (25 yrs) | $5 Million in cash; assets to be liquidated with an approx value of $25-40 Million; a prospective multi-million dollar income tax refund | $900 (special assessment) |

3

# COMPARABLE FRAUD CASE SUMMARIES
## USA vs. SCOTT W. ROTHSTEIN
## Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION ||||
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Imprisonment Release | Restitution | Fine / Assessment | |
| 9 | FASTOW, Andrew (Plea) | Southern District of Texas 02-CR-00665 | 18 USC 1343<br>18 USC 371<br>15 USC 78M<br>18 USC 956<br>18 USC 1512B<br>18USC 1957<br>18 USC 1956-4999<br>18 USC 1957-3300<br>15 USC 78J<br>26 USC 7206A | $30 Billion | $1 Billion | 72 months (6 yrs) | $23.8 Million (forfeiture) | $200 (assessment) | |
| 10 | FORBES, Walter (Trial) | District of Connecticut 02-cr-00264-AWT | 18 USC 371<br>15 USC 78ff(a)<br>18 USC 1341<br>18 USC 1343 | $14 Billion | $14 Billion | 151 months (12.58 yrs) | $3.275 Billion | $1,200 (special assessment) | |
| 11 | HAUSER, Eric (Plea)<br><br>(4 other dft's – Barbarosh just entered a plea and will be sentenced 8/27. The other three are going to trial) | Southern District of Florida 08-cr-20071-AJ | 18 USC 371 | >$900 Million | $820 Million | 60 months (5 yrs) | $752,935,448.00 | $100 (assessment) | |
| 12 | HSU, Norman (Trial) | Southern District of New York 07-cr-01066-VM | 18 USC 1341F<br>18 USC 1344 A and F<br>2 USC 441 F and 437 F | $100 Million | $50-$100 Million | 292 months (24.33 yrs) | Forfeiture Order: $20 Million money judgment & $80 Million subject property | $1,400 (assessment) | |
| 13 | ISRAEL, Samuel (Plea) | Southern District of New York 05-cr-01039-CM | 18 USC 371<br>15 USC 80b-6<br>15 USC 80b-17<br>18 USC 2<br>18 USC 1341 | $450 Million | >$400 Million | 240 months (20 yrs) | $300 Million | $300 (assessment) | |

4

# COMPARABLE FRAUD CASE SUMMARIES

## USA vs. SCOTT W. ROTHSTEIN
### Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Imprisonment Release | Restitution | Fine / Assessment |
| 14 | KIM, Jung Bae<br><br>LEE, Won Sok | Southern District of Florida<br>06-cr-80197-KLR | 18 USC 1343<br>18 USC 371<br>18 USC 1341<br>18 USC 1956 | $194 Million | $194 Million | Kim:<br>220 months<br>(18.33 yrs)<br><br>Lee:<br>238 months<br>(19.83 yrs) | $78,525,567.34<br>(same for both Kim & Lee) | $100<br>(assessment) |
| 15 | KOHLER, Raquel<br><br>KHAN, Ameer<br><br>ZEIGLER, Stephen (Plea) | Southern District of Florida<br>07-cr-20446-PCH | 18 USC 371 | $826 Million | $826 Million (approx.) | Kohler:<br>60 months<br>(5 yrs)<br><br>Kahn:<br>60 months<br>(5 yrs)<br><br>Zeigler:<br>60 months<br>(5 yrs) | $471,000,000<br><br><br>$826,839,642<br><br><br>$826,839,642 | $100<br>(assessment – each of them) |

# COMPARABLE FRAUD CASE SUMMARIES
## USA vs. SCOTT W. ROTHSTEIN
## Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Imprisonment Release | Restitution | Fine / Assessment |
| 16 | KUMAR, Sanjay<br><br>RICHARDS, Stephen<br>(Trial) | Eastern District of New York<br>04-cr-846 | Kumar:<br>18 USC 371<br>15 USC 78j(b) and 78ff<br>15 USC 78m(a) and 78ff<br>18 USC 1512(k)<br>18 USC 1512(c)(2)<br>18 USC 1001(a)(1) and (a)(2)<br><br>Richards:<br>18 USC 371<br>15 USC 78j(b) and 78ff<br>15 USC 78m(a) and 78ff<br>18 USC 1512(k)<br>18 USC 1512(c)<br>18 USC 1621(1) | $2.2 Billion | $2.2 Billion[4] | Kumar:<br>144 months<br>(12 yrs)<br><br>Richards:<br>84 months<br>(7 yrs) | $798,600,000<br><br>$29,700,000 | $800 (assessment – each of them) |
| 17 | LOMBARDI, Peter<br>(Plea) | Southern District of Florida<br>06-cr-20664-PHC | 15 USC 78(b) | >$1.3 Billion | $825 Million | 240 months<br>(20 yrs) | $826,839,642 | $100 (assessment) |

---

[4] $2.2 Billion is the *estimated* loss amount reported. The Government, after expert analyzed over all of the data, could not come to an actual loss amount, but states in its Sentencing Memorandum (page 57) that "under any reasonable calculation, the loss exceeds $400,000."

6