# COMPARABLE FRAUD CASE SUMMARIES
## USA vs. SCOTT W. ROTHSTEIN
## Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Imprisonment Release | Restitution | Fine / Assessment |
| 18 | MADOFF, Bernard (Plea) | Southern District of New York 09-cr-00213-DC | 15 USC 78<br>15 USC 80<br>18 USC 1341<br>18 USC 1343<br>18 USC 1956<br>18 USC 1957<br>18 USC 1001<br>18 USC 1621<br>15 USC 78<br>18 USC 664 | $50 Billion | $21 Billion | 1800 months (150 yrs) | $170 Billion (money judgment forfeiture) + $799 Million (forfeiture as to certain property) | $1,100 (assessment) |
| 19 | MERKLE, Eric Riley<br><br>MERKLE, Jay Vernon (Plea) | WD Michigan 08-cr-00242-RHB | 18 USC 371<br>15 USC 78j(b)<br>18 USC 1341<br>18 USC 1343<br>15 USC 78ff<br>18 USC 2 | >$50 Million | >$20 Million | Eric: 120 months (10 yrs)<br><br>Jay: 121 months (10.08 yrs) | $21,853,148.44<br><br>$21,853,148.44 | $300 (assessment - each of them) |
| 20 | NACCHIO, Joseph (Trial) | District of Colorado 05-cr-00545-EWN-01 | 15 USC 78j and 78ff<br>17 CFR 240.10b-5 and 10(b)5-1<br>18 USC 981(a)(1)(C)<br>18 USC 1956(c)(7)(1)(D)<br>28 USC 2461(c) | $3 Billion | | 72 months (6 yrs.) | $52 Million (Forfeiture) | $19 Million (fine)<br>$1,900 (assessment) |
| 21 | OLIS, Jamie (Trial) | Southern District of Texas 03-cr-00217 | 18 USC 371<br>15 USC 78J<br>18 USC 1341<br>18 USC 1343 | >$300 Million (approx.) | $79 Million (estimated) | 72 months (6 yrs) | | $25,000 (fine)<br>$600 (special assessment) |

## COMPARABLE FRAUD CASE SUMMARIES
### USA vs. SCOTT W. ROTHSTEIN
### Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION Imprisonment Release | Restitution | Fine / Assessment |
|---|---|---|---|---|---|---|---|---|
| 22 | PARRIS, Lennon PARRIS, Lestor (Trial) | Eastern District of New York 05-cr-0636-FB | 18 USC 371 15 USC 78j(b) & 78ff 18 USC 1512(b)(1) | $4.9 Million | >$2.9 Million | Both rec'd same sentence: 60 months (5 yrs) | $2,297,525 | $800 (assessment) |
| 23 | PAYNE, Gerald (Trial) | Middle District of FL 99-cr-00078-JDW | 18 USC 371 18 USC 1956-4700 18 USC 1341 18 USC 1957-3300 31 USC 5324 | $500 Million | $400 Million | 324 months (27 yrs) | $85,030,412 | $1,900 (special assessment) |
| 24 | PEARLMAN, Louis (Plea) | Middle District of FL 07-cr-00097-GKS | 18 USC 371 18 USC 1957 18 USC 152(4) | >$300 Million | >$310 Million | 300 months (25 yrs) | $310,149,284.01 $200 Million (Forfeiture money judgment) | $400 (assessment) |
| 25 | PETTERS, Thomas (Trial) | District of Minnesota 08-cr-00364-RHK | 18 USC 1341 18 USC 1343 18 USC 371 18 USC 1341 18 USC 1956(h) 18 USC 1956(h) 18 USC 1957 18 USC 3 | $3.65 Billion | OPEN | 600 months (50 yrs) | Restitution hearing set for 6/9/10 | $2,000 (assessment) |

8

# COMPARABLE FRAUD CASE SUMMARIES

## USA vs. SCOTT W. ROTHSTEIN
## Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Imprisonment Release | Restitution | Fine / Assessment |
| 26 | POULSEN, Lance (Trial) | Southern District of Ohio 06-cr-00129 | 18 USC 371 15 USC 77q(a) and 77x 18 USC 1343 18 USC 1956 18 USC 1956(a)(1)(B)(1) | | | Judgment Amended in 2006 Case to reflect 2007 case. A deviation of sentence of 360 months to run concurrent with the 2007 case. (30 yrs) 2006 case original sentence was 180 months (15 yrs) 2007 case original sentence 120 months (10 yrs) | 2006 Case: $2,384,147,105.09 | 2006 Case: $1,200 (assessment) 2007 Case: $17,500.00 (fine) |
| | | Southern District of Ohio 07-cr-209 | 18 USC 371 18 USC 1512(b)(2)(A) 18 USC 1512(b)(1) 18 USC 1503(a) | >$2.9 Billion | $2.9 Billion | | | $400 (assessment) |
| 27 | RIGAS, John RIGAS, Timothy RIGAS, Michael (Trial) | Southern District of New York 02-cr-01236-LBS | 15 USC 78j(b) and 78ff 18 USC 2 18 USC 1344 21 USC 371 17 CFR 240.10b-5 | $700 Million | $200 Million | John: 144 months (12 yrs) Timothy: 204 months (17 yrs) Michael (2 yrs probation) | Marc – I found the settlement agreement on the interest, but it does not state the amt. | John: $1,700 (assessment) Timothy: $1,700 Michael $2,000 (fine) |

## COMPARABLE FRAUD CASE SUMMARIES
### USA vs. SCOTT W. ROTHSTEIN
### Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Imprisonment Release | Restitution | Fine / Assessment |
| 28 | SIEGELMAN, Don Eugene<br><br>SCRUSHY, Richard<br>(Trial) | Alabama Middle District<br>05-cr-00119 | 18 USC 666(a)(1)(B) and 2<br>18 USC 371<br>18 USC 1341<br>18 USC 1346 and 2<br>18 USC 1512(b)(3) and 2 | $2.7 Billion | $1.8 Billion | Siegelman: 88 months (7.33 yrs)<br><br>Scrushy: 82 months 6.83 yrs<br><br>(USCA reversed and mandated for resentencing which has not yet occurred) | $181,325<br><br>$267,000 | $50,000 (fine)<br>$700 (assessment)<br><br>$150,000 (fine)<br>$600 (assessment) |
| 29 | WARSHAK, Steven (Trial) | Southern District of Ohio<br>06-cr-00111 | 18 USC 1349<br>18 USC 1341<br>18 USC 1344 and 2<br>18 USC 1029(a)(5)<br>18 USC 1956(h)<br>18 USC 1956 and 2<br>18 USC 371 | >$411 Million | $411 Million | 300 months (25 yrs) | $44,876,781.68 (money judgment forfeiture)<br><br>$459,540,000.00 (forfeiture) | $94,000.00 (fine)<br>$9,300.00 (assessment) |

10

# COMPARABLE FRAUD CASE SUMMARIES

## USA vs. SCOTT W. ROTHSTEIN
### Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Imprisonment Release | Restitution | Fine / Assessment |
| 30 | WEISS, Sholam<br><br>POUND, KEITH (Trial) | Middle District of Florida<br>98-cr-00099-PCF | Weiss:<br>18 USC 1962-7480<br>18 USC 1343<br>18 USC 2314<br>18 USC 1956-4999<br>18 USC 1957-3300<br>18 USC 1001<br>18 USC 1503<br><br>Pound:<br>18 USC 1962-7480<br>18 USC 1343<br>18 USC 2314<br>18 USC 1956-4999<br>18 USC 1957-3300 | $450 Million | | Weiss:<br>10,020 months[5] (835 yrs)<br><br>Pound:<br>8,880 months (740 yrs) | Weiss:<br>$125,016,656 (restitution)<br><br>$500,000 (forfeiture)<br><br>Pound:<br>$133,854,104.24 (restitution) | Weiss:<br>$123,399,910 (fine<br>$4,050 (special assessment)<br><br>Pound:<br>$4,050 (special assessment) |
| | | | | OPEN CASES | | | | |
| 31 | COSMO, Nicholas | Eastern District of New York<br>09-cr-00255-DRG-ETB | Counts 1-10<br>18 USC 1343 and 3551<br>18 USC 981(a)(1)(C)<br>28 USC 2461(c)<br>Counts 11-32<br>18 USC 1341 and 13551<br>18 USC 981(a)(1)(C)<br>28 USC 2461(c) | $370 Million | | OPEN | | |

---

[5] Weiss was convicted by a jury after a 152 day trial. He fled to Austria while the jury was deliberating and was sentenced *in absentia* despite defense counsel's objection to same. He was initially sentenced to 845 yrs and an Amended Judgment was entered in July 2009 reducing the sentence by 10 years.

11

## COMPARABLE FRAUD CASE SUMMARIES
## USA vs. SCOTT W. ROTHSTEIN
## Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION Imprisonment Release | DISPOSITION Restitution | DISPOSITION Fine / Assessment |
|---|---|---|---|---|---|---|---|---|
| 32 | DWEK, Solomon | District of New Jersey 09-cr-00778-JLL-1 | 18 USC 1344 18 USC 1957(a) and 2 | $400 Million | | OPEN | | |
| 33 | MANDELL, Ross | Southern District of New York 09-cr-00662-PAC | 18 USC 371 15 USC 78j(b) and 78ff 17 CFR 240.10b-5 | $140 Million | | OPEN | | |
| 34 | NADEL, Arthur | Southern District of New York 09-cr-00433-JGK | 15 USC 78J 18 USC 1341 18 USC 1343 | $360 Million | | OPEN | | |
| 35 | NEMAZEE, Hassan | Southern District of New York 09-cr-00902-SHS | 18 USC 1344 18 USC 1028A | $290 Million | | OPEN | | |
| 36 | NICHOLSON, James | Southern District of New York 09-cr-00414-RJS | 15 USC 78j 15 USC 80b and 80f 18 USC 1341f 31 USC 5324f 17 CFR 240.10b-5 | >$141 Million | $133 Million (Approx.) | OPEN | | |
| 37 | SHAPIRO, Nevin | District of New Jersey 10-mj-08052-MCA | 15 USC 78j(b) and 78ff 17 CFR 240.10b-5 18 USC 2 | $880 Million | >$80 Million (Approx.) | OPEN | | |

12

# COMPARABLE FRAUD CASE SUMMARIES

## USA vs. SCOTT W. ROTHSTEIN
### Case No. 09-CR-60331-COHN

| | DEFENDANT | DISTRICT / CASE NO. | CHARGES | TOTAL FRAUD AMOUNT | LOSS AMOUNT | DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Imprisonment Release | Restitution | Fine / Assessment |
| 38 | STANFORD, Robert | Southern District of Texas 09-cr-00342 | 18 USC 371<br>18 USC 1343<br>18 USC 1341<br>18 USC 1505<br>18 USC 1956(h)<br>18 USC 981(a)(1)(c)<br>18 USC 982(a)(1)<br>28 USC 2461(c) | $7 Billion | | OPEN | | |
| 39 | STEINGER, Joel<br>STEINER, Steven<br>McNERNEY, Michael<br>Livoti, Anthony Jr. | Southern District of Florida 08-cr-21158-AJ | 18 USC 1349<br>18 USC 1341<br>18 USC 1343<br>18 USC 1956-4999 | $1.3 Billion | | OPEN | | |

13