SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 09-60331-CR
DEFENDANT Scott W. Rothstein
JUDGE JAMES I. COHN
Deputy Clerk VALERIE THOMPKINS
DATE 6/9/10
Court Reporter TAMMY NESTOR
USPO Tracey Webb and Donna Wilmot
AUSA Lawrence LaVecchio, Jeff Kaplan, Paul Schwartz
Deft's Counsel MARC NURIK

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until ___/___/___ at _____ AM / PM

## JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts    Concurrently / Consecutively

240 Ct's I,II to Run Consecutively to each other
120 Ct III to Run Consecutively to Ct's I + II
240 Ct's IV + V to Run Concurrently and Concurrently with Counts 1,2,3

Supervised Release 3 years as to Counts I, II, III, IV, V to Run Concurrently with each other

Probation    Years    Months    Counts

Comments Court Advised defendant of his Right to Appeal.

Assessment $ 500.00    Fine $ 0    Restitution Hearing Set for 8-30-10 at 9:00 Am

Government's ore tenus motion to dismiss remaining counts are hereby ____

___ Deportation ___ Home Detention ___ Substance Abuse treatment ___ Full time employment ___ IRS cooperate

✓ Self Employment ___ Mental Health Treatment ✓ Permissible search ✓ Financial Disclosure

✓ No New Debt ___ Community Service hours ___ Child support ___ Sex offender ___ Anger control

___ Association prohibited ___ Gambling treatment ___ Computer conditions ___ Travel conditions

___ Occupational restrictions ___ Health care business restrictions ___ Domestic violence ✓ Forfeiture [DE #134]

### CUSTODY

✓ Remanded to the Custody of the U. S. Marshal Service    ___ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: ____