UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  09-60331-CR-COHN

UNITED STATES OF AMERICA

        Plaintiff,

vs.

SCOTT W. ROTHSTEIN,
Reg. No.:  91256-004,

        Defendant.
_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  ANY UNITED STATES MARSHAL

    It appearing that Scott Rothstein is confined in the United States Marshals custody and that this case is set for Restitution Hearing, as to the aforementioned defendant on August 30, 2010 at 9:00 a.m., and that it is necessary for said defendant to appear before this Court for said proceeding;

    NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Scott Rothstein, now detained in custody as aforesaid, under safe and secure conduct, before this Court at the United States District Court, 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida, by or before **August 30, 2010 at 9:00 a.m.**, and upon completion of said proceeding that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

    And this is to command you, the Warden of United States Marshals to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this district for the purpose aforesaid.

    DONE AND ORDERED at Fort Lauderdale, Florida, this __10th__ day of June 2010.

                                                            _____
                                                           JAMES I. COHN
                                                           UNITED STATES DISTRICT JUDGE

cc:    Lawrence LaVecchio, AUSA
        Jeffrey Kaplan, AUSA
        Paul Schwartz, AUSA
        Marc Nurik, Esq.
        U. S. Marshal Service (3 certified copies)
        U.S. Probation