UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT W. ROTHSTEIN,

    Defendant.

_____/

### THIRD-PARTY CLAIMANT JPMORGAN CHASE BANK, N.A.'S MOTION FOR LEAVE TO ENGAGE IN DISCOVERY

Third-party claimant JPMORGAN CHASE BANK, N.A. ("JPMC"), by and through undersigned counsel and pursuant to this Court's Order of June 7, 2010 (DE 276) and Rule 32.2(c)(1)(B), *Fed. R. Crim. P.*, respectfully moves for leave to seek discovery from the United States of America, the Chapter 11 Bankruptcy Trustee,[1] and all other third-parties heretofore or hereafter laying claim, in whole or in part, to four specific (4) parcels of real property as described more fully herein, on the grounds that such discovery is necessary or desirable to determine and potentially resolve factual issues underlying, in the case of the United States of America, that all, or some, of the right, title or interest in one or more of said real property parcels is subject to forfeiture; or, in the case of the other third-parties, any assertion, that their

---

[1] Undersigned counsel has this date briefly discussed this motion with Sharon Kegerreis, Esq., a member of the Chapter 11 Trustee's legal team from the law firm of Berger Singerman, P.A., in the hope that formal discovery would not be necessary. Due to time constraints, a more complete discussion was not possible and there is no resolution at this time. Therefore, this motion is filed simply in an abundance of caution and to protect the discovery position of JPMC.

right, title or interest in one or more of said parcels, in whole or in part, is superior to that of JPMC's.[2] In support hereof, JPMC states:

1. As set forth in its Verified Petition to Adjudicate Interest in Real Property (DE 253), incorporated herein by reference, JPMC, a bank organized under the laws of the United States of America, acquired certain assets and liabilities of Washington Mutual Bank, formerly known as Washington Mutual Bank, F.A., ("WaMu") from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, including all WaMu loans related to real property titled in the names of CI 07 LLC, CI 08 LLC, CI 16 LLC and CI 27 LLC, Delaware limited liability corporations (collectively, "the Delaware Companies").

2. On or about April 19, 2010, this Court entered a Preliminary Order of Forfeiture and Judgment in the above-captioned matter (DE 134).

3. The Order, *inter alia*, forfeited to the United States of America all of Defendant Scott W. Rothstein's right, title and interest in real property, including all buildings, improvements, fixtures, attachments and easements found therein or thereon, and located at: 2307 Castilla Isle, 2308 Castilla Isle, 2316 Castilla Isle and 2627 Castilla Isle, all located in Fort Lauderdale, Florida ("the Castilla Isle properties"), and identified, respectively, as RP 1, RP 2, RP 3 and RP 9 in Attachment A of said Order.

4. Each of the Castilla Isle properties, according to the records of the Broward County, Florida Property Appraiser, is currently titled in the name of a different Delaware limited liability corporation: CI 07 LLC (2307 Castilla Isle), CI 08 LLC (2308 Castilla Isle), CI 16 LLC (2316 Castilla Isle) and CI 27 LLC (2627 Castilla Isle), on the basis of Quit Claim

---

[2] JPMC does not *at this time* seek discovery from the more than sixty (>60) other third-party claimants in respect of their claims filed as of the time hereof, inasmuch as they are unsecured creditors whose claims arose well after JPMC's perfected security interest in the Castilla Isle properties, and who seek the imposition of a constructive trust or equitable lien.

Deeds to each, as Grantee, by Defendant Rothstein, as Grantor. These Quitclaim Deeds are recorded in the Public Records of Broward County, Florida,[3] and true and correct copies of each were attached to and incorporated in JPMC's Verified Petition as **Composite Exhibit "B."**

5.  Defendant Rothstein's relationship, if any, to each of the Delaware Companies is unknown to JPMC at this time.

6.  JPMC has, as described more fully below, held a perfected first mortgage security interest in the real property titled in the names of the Delaware Companies, as well as all improvements, replacements, additions, easements, appurtenances and fixtures which are part of the Property, that is superior to the interests each of the Delaware Companies, Defendant Rothstein, and all other third-party claimants, and, because JPMC was at the time it acquired its interest in each property a *bona fide* purchaser for value and was reasonably without cause to believe that the property was subject to forfeiture, the United States of America, as well.

## 2307 CASTILLA ISLE, FORT LAUDERDALE, FLORIDA

7.  JPMC's first priority mortgage lien and security interest in the real property, and all improvements, replacements, additions, easements, appurtenances and fixtures which are part thereof, titled in the name of CI 07 LLC and located at 2307 Castilla Isle, Fort Lauderdale, Florida, identified as RP 1 in Attachment A to this Court's Preliminary Order of Forfeiture, was perfected on September 21, 2007, with the recording of the Mortgage, Adjustable Rate Rider and Family Rider in the Public Records of Broward County, Florida (OR BK 44634, PG 1056-1081).

---

[3] CI 07 LLC Quit Claim Deed dated August 10, 2009, at OR BK 46504, PG 955; CI 08 LLC Quit Claim Deed dated July 22, 2009, at OR BK 46397, PG 1198; CI 16 LLC Quit Claim Deed dated August 10, 2009, at OR BK 46504, PG 956; and CI 27 LLC Quit Claim Deed dated August 10, 2009, at OR BK 46504, PG 957. The Quit Claim Deed in favor of CI 07 LLC may be defective and void *ab initio* due to the absence of the notary's signature.

8. JPMC is the owner and holder of the Adjustable Rate Note, Prepayment Fee Note Addendum, Mortgage, Adjustable Rate Rider and Family Rider pertaining to this property, each of which was executed by Defendant Rothstein on or about September 17, 2007.

### 2308 CASTILLA ISLE, FORT LAUDERDALE, FLORIDA

9. JPMC's first priority mortgage lien and security interest in the real property, and all improvements, replacements, additions, easements, appurtenances and fixtures which are part thereof, titled in the name of CI 08 LLC and located at 2308 Castilla Isle, Fort Lauderdale, Florida, identified as RP 2 in Attachment A to this Court's Preliminary Order of Forfeiture, was perfected on December 15, 2006, with the recording of the Mortgage and Adjustable Rate Rider in the Public Records of Broward County, Florida (OR BK 43280, PG 215-237).

10. JPMC is the owner and holder of the Adjustable Rate Note, Prepayment Fee Note Addendum, Mortgage and Adjustable Rate Rider pertaining to this property, each of which was executed by Defendant Rothstein on or about November 17, 2006.

### 2316 CASTILLA ISLE, FORT LAUDERDALE, FLORIDA

11. JPMC's first priority mortgage lien and security interest in the real property, and all improvements, replacements, additions, easements, appurtenances and fixtures which are part thereof, titled in the name of CI 16 LLC and located at 2316 Castilla Isle, Fort Lauderdale, Florida, identified as RP 3 in Attachment A to this Court's Preliminary Order of Forfeiture, was perfected on March 16, 2007, with the recording of the Mortgage, Adjustable Rate Rider and Family Rider in the Public Records of Broward County, Florida (OR BK 43754, PG 1735-1761).

12. JPMC is the owner and holder of the Adjustable Rate Note, Prepayment Fee Note Addendum, Mortgage, Adjustable Rate Rider and Family Rider pertaining to this property, each of which was executed by Defendant Rothstein on or about March 14, 2007.

## 2627 CASTILLA ISLE, FORT LAUDERDALE, FLORIDA

13.  JPMC's first priority mortgage lien and security interest in the real property, and all improvements, replacements, additions, easements, appurtenances and fixtures which are part thereof, titled in the name of CI 27 LLC and located at 2627 Castilla Isle, Fort Lauderdale, Florida, identified as RP 9 in Attachment A to this Court's Preliminary Order of Forfeiture, was perfected on December 6, 2006, with the recording of the Mortgage in the Public Records of Broward County, Florida (OR BK 43223, PG 14-30).

14.  JPMC is the owner and holder of the Adjustable Rate Note, Prepayment Fee Note Addendum, and Mortgage pertaining to this property, each of which was executed by Defendant Rothstein on or about November 17, 2006.

15.  Absent the ability to engage in the full range of discovery generally available to litigants, including interrogatories, requests for production of documents and for admissions, and depositions, JPMC will be severely disadvantaged in the preparation and presentation of its case in this ancillary proceeding. JPMC reasonably anticipates that discovery will impose little, if any, burden on the government, the Chapter 11 Trustee, and the limited number of any third-party claimants from whom discovery may, *at a later date*, become essential, in producing documents, records and other evidence which should already be reasonably available to them inasmuch as without the materials and information these parties would be without just cause to have filed claims in this proceeding in the first instance.

16.  For example, the Chapter 11 Trustee has, in his Verified Petition (DE 192) asserted claims against the four Castilla Isle properties in varying amounts which, in sum, total $1,495,763.02, averring, without date or other specifics, that "[t]he Real Properties were purchased in whole or in part with funds directly traceable to the RRA accounts and other

accounts that are not listed for forfeiture on the Preliminary Order of Forfeiture." DE 192 at 7, para. 10. The Trustee then asks this Court to amend its Preliminary Order of Forfeiture relating to these, and other, real properties "and directing . . . the proceeds from their sale to" him, as "the beneficiary of a constructive trust or as the holder of an equitable lien impressed upon each of the Real Properties to the extent that RRA monies were used to purchase or acquire the real property." JPMC would, if permitted, seek discovery from the Chapter 11 Trustee related to the tracing of funds from these two (2) categories of accounts for the purpose of purchasing any or all of the four (4) Castilla Isle properties, the timing thereof, and the Chapter 11 Trustee's factual basis for the imposition of any constructive trust or equitable lien. Simply put, the information sought by JPMC from the Chapter 11 Trustee is highly relevant and indispensable to the Court's proper resolution of the question before it in this ancillary proceeding, to wit, superior ownership to, in the case of JPMC's claim, the four (4) Castilla Isle real properties.

17. JPMC does not *at this time* seek discovery from the more than sixty (>60) other claimants in respect of claims filed as of the time hereof, in consideration of the fact that JPMC is a secured creditor, having perfected its security interests in the Castilla Isle properties between December 2006 and September 2007; whereas these other claimants are either unsecured creditors[4] attempting to lay claim to all property subject to the Court's Preliminary Order of Forfeiture and whose claims, if even cognizable, did not accrue until 2008 or 2009, or are claiming an interest in property as to which JPMC has no interest whatsoever.[5] Nonetheless, JPMC intends to seek further leave of Court for discovery should any of these, or later filed,

---

[4] To the date hereof, none of these unsecured creditors have recorded a judgment lien against any of the Castilla Isle properties.

[5] JPMC is aware that Solar Air, Inc. has filed a claim (DE 289), and recorded a lien, based on the furnishing of services and materials regarding the property commonly known as 2308 Castilla Isle, Fort Lauderdale, Florida. That security interest, recorded in the Public Records of Broward County, Florida, on December 2, 2009, is inferior to the perfected security interest of JPMC in that same real property and JPMC does not *at this time* seek discovery from Solar Air, Inc.

claims have the potential, if recognized, to adversely impact JPMC's existing claim to the Castilla Isle properties.

WHEREFORE, for the foregoing reasons, JPMorgan Chase Bank, N.A. respectfully requests leave of this Honorable Court to engage in discovery pertaining to its claim herein.

Respectfully submitted,

**SHUTTS & BOWEN LLP**
200 East Broward Boulevard, Suite 2100
Fort Lauderdale, Florida 33301
Tel.: (954) 847-3842
Fax: (954) 888-3061
*Counsel for Claimant*
*JPMorgan Chase Bank, N.A.*

By: _____
GARY M. BAGLIEBTER
Florida Bar No. 346077
gbagliebter@shutts.com
DON A. LYNN
Florida Bar No. 178273
dlynn@shutts.com
EDWARD J. O'SHEEHAN
Florida Bar No. 0056790
eosheehan@shutts.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2010, I electronically filed the foregoing **THIRD-PARTY CLAIMANT JPMORGAN CHASE BANK, N.A.'S MOTION FOR LEAVE TO ENGAGE IN DISCOVERY** with the Clerk of this Court using CM/ECF. I also certify that service hereof is being made this day on all counsel of record on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

_____
GARY M. BAGLIEBTER

## SERVICE LIST

Thomas Louis Abrams, Esq.
Gamberg & Abrams
4000 Hollywood Boulevard
Suite 350 North
Hollywood, FL 33021
tabrams@tabramslaw.com

Sergio E. Acosta, Esq.
Hinshaw & Culbertson LLP
222 N LaSalle Street
Chicago, IL 60601
sacosta@hinshawlaw.com

Evelyn Baltodano-Sheehan, AUSA
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
evelyn.sheehan@usdoj.gov

Ana Hirfield Barnett, Esq.
Stearns Weaver, et al
150 W Flagler Street
Suite 2200
Miami, FL 33130
abarnett@swmwas.com

Mark Francis Booth, Esq.
Rogers Morris & Ziegler
1401 E Broward Boulevard
Suite 300
Fort Lauderdale, FL 33301
mfbooth@rmzlaw.com

Kimberly Anne Gessner, Esq.
Soto Law Group
915 Middle River Drive
Suite 304
Fort Lauderdale, FL 33304
kim@sotolawgroup.com

Michael Ira Goldberg, Esq.
Akerman Senterfitt & Eidson
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301-0006
michael.goldberg@akerman.com

David Brian Haber, Esq.
1 SE 3rd Avenue
Miami, FL 33131
dhaber@dhaberlaw.com

Fred Haddad, Esq.
1 Financial Plaza
Suite 2612
Fort Lauderdale, FL 33394
Dee@FredHaddadLaw.com

Lori Lynn Heyer, Esq.
Roetzel & Andress, LPA
350 East Las Olas Boulevard
Suite 1150
Fort Lauderdale, FL 33301
LHeyer@ralaw.com

Jeffrey Kaplan, AUSA
United States Attorney's Office
500 E Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33301-3002
jeffrey.kaplan@usdoj.gov

Lawrence D. LaVecchio, AUSA
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394
lawrence.lavecchio@usdoj.gov

Alison Whitney Lehr, AUSA
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
Alison.Lehr@usdoj.gov

Seth Michael Lehrman, Esq.
Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
425 N. Andrews Ave.
Suite 2
Fort Lauderdale, FL 33301
seth@pathtojustice.com

Cary Alan Lubetsky, Esq.
Krinzman Huss & Lubetsky
800 Brickell Avenue
Suite 1501
Miami, FL 33131
cal@khllaw.com

Isaac Meyer Marcushamer , Esq.
Berger Singerman
200 S Biscayne Boulevard
Suite 1000
Miami, FL 33131-5308
imarcushamer@bergersingerman.com

John Martin Mullin, Esq.
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, FL 33301
jmm@trippscott.com

Ronald Seth Nisonson, Esq.
Ward, Damon, Posner, Pheterson & Bleau, PL
4420 Beacon Circle
West Palm Beach, FL 33407
nisonsonlaw@bellsouth.net

Marc S. Nurik, Esq.
Law Offices of Marc S. Nurik
1 E Broward Boulevard
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com

Bruce Reinhart, Esq.
Bruce E. Reinhart, P.A.
250 S. Australian Avenue, Ste 1400
West Palm Beach, FL 33401
ecf@brucereinhartlaw.com

William George Salim, Jr. , Esq.
Moskowitz Mandell Salim & Simowitz
800 Corporate Drive, Suite 500
Fort Lauderdale, FL 33334
wsalim@mmsslaw.com

Paul Schwartz, AUSA
United States Attorney's Office
500 E Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33301-3002
paul.schwartz@usdoj.gov

Steven Earl Seward, Esq.
Hinshaw & Culbertson, LLP
1 E Broward Boulevard
Suite 1010
Fort Lauderdale, FL 33301
sseward@hinshawlaw.com

James D. Silver, Esq.
Conrad & Scherer LLP
PO Box 14723
Fort Lauderdale, FL  33302
jsilver@conradscherer.com

Paul Steven Singerman, Esq.
Berger Singerman
200 S Biscayne Boulevard
Suite 1000
Miami, FL 33131-5308
singerman@bergersingerman.com

Marta M. Suarez-Murias, Esq.
Breton, Lynch, Eubanks & Suarez-Murias, P.A.
1209 North Olive Avenue
West Palm Beach, FL 33401-4025
msuarez-murias@blesmlaw.com

Carolina Yael Sznajderman, Esq.
Tucker & Tighe, P.A.
800 East Broward Blvd.
Suite 710
Fort Lauderdale, FL 33301
csznajderman@tabasfreedman.com