UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA

    Plaintiff,

v.

SCOTT W. ROTHSTEIN

    Defendant.

_____/

IN RE THIRD PARTY CLAIM FILED BY

CHAPTER 11 TRUSTEE OF
ROTHSTEIN ROSENFELDT ADLER, P.A.,

    Petitioner.

_____/

### ORDER DENYING CHAPTER 11 TRUSTEE'S MOTION FOR (I) ENTRY OF FINAL JUDGMENT, AND (II) STAY OF ANCILLARY PROCEEDING PENDING APPEAL

**THIS CAUSE** is before the Court on the Chapter 11 Trustee's Motion for (1) Entry of Partial Final Judgment, and (II) Stay of Ancillary Proceedings Pending Appeal [DE 466] ("Motion"). The Court has carefully reviewed the Motion, the docket in the case, and is otherwise advised in the premises.

In the Motion, the Chapter 11 Trustee of Rothstein, Rosenfeldt, Adler, P.A. moves the Court to

> (i) enter a partial final judgment arising from its July 9, 2010, Order Granting in Part and Denying in Part United States' Motion to Dismiss Chapter 11 Trustee's Verified Claims and Petition . . . and (ii) stay further ancillary proceedings pending adjudication of the Trustee's appeal so that the Eleventh Circuit may provide appropriate guidance before this Court adjudicates the remainder of the third parties' interests in the properties

subject to forfeiture.

Motion at 1. However, Federal Rule of Criminal Procedure 32.2(c)(3) provides as follows: "**(3) Multiple Petitions.** If multiple third-party petitions are filed in the same case, an order dismissing or granting one petition <u>is not appealable until rulings are made on all the petitions</u>, unless the court determines that there is no just reason for delay." Fed. R. Crim. P. 32.2(c)(3) (emphasis added). Here, the Court does not find "there is no just reason for delay."

Accordingly, it is **ORDERED AND ADJUDGED** that the Chapter 11 Trustee's Motion for (I) Entry of Partial Final Judgment, and (II) Stay of Ancillary Proceedings Pending Appeal [DE 466] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of July, 2010.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies provided to counsel of record.