# UNITED STATES OF AMERICA v. SCOTT W. ROTHSTEIN
## United States District Court, Southern District of Florida
### Case No. 09-60331-CR-COHN

## TRIAL EXHIBITS

| EXHIBIT NO. | DESCRIPTION | WITNESS | ADMITTED | DATE |
|---|---|---|---|---|
| A. | Blow Back - Rothstein Rosenfeldt and Adler P.A. - Bank Account Balances as of November 10, 2009 subject to Preliminary Order of Forfeiture | | | |
| B. | Stipulation as to Records Produced by TD Bank N.A. and Gibraltar Bank | | | |
| C. | Joinder of Additional Petitioning Creditor (Ricardo Martinez, Camilo Manrique, etc.) of Involuntary Petition [D.E. #6] | | | |
| D. | Letter from Ed Morse to Scott Rothstein dated October 5, 2009 | | | |
| E. | Edward and Carol Morse Proof of Claim [Claim. #141] | | | |
| F. | Morse Operations, Inc. Proof of Claim [Claim #143] | | | |
| G. | Motion to Approve Compromise and Settlement Between the Chapter 11 trustee and Morse Operations, Inc., Edward J. Morse, Carol Morse, Ted Morse and Patricia Morse [D.E. 798] | | | |
| H. | NF Servicing, LLC Proof of Claim [Claim #106] | | | |
| I. | Motion to Approve Agreement Between Chapter 11 Trustee and Gary Farmer, Steven R. Jaffe, Matthew D. Weissing, Brad J. Edwards, Mark S. Fistos and Seth M. Lehrman [D.E. #547] | | | |
| J. | Order Granting Motion to Approve Agreement Between Chapter 11 Trustee and Gary Farmer, Steven R. Jaffe, Matthew D. Weissing, Brad J. Edwards, Mark S. Fistos and Seth M. Lehrman [D.E. #675] | STETTIN | ✓ | 8/16/10 |
| K. | Non-Investor Retainer Agreements | | | |
| 1. | 09-20-04   Joan Weissberg | | | |
| 2. | 03-14-09   Iris Altman | | | |
| 3. | 05-26-08   Evelyn Adamo | | | |
| 4. | 02-19-08   Tim Davis | | | |
| 5. | 11-15-06   M. Delgado | | | |
| 6. | 02-28-07   Litzky | | | |
| 7. | 02-05-07   K. Lopez | | | |
| 8. | 03/09/10   Maria Prunskis | | | |

| EXHIBIT NO. | | DESCRIPTION | WITNESS | ADMITTED | DATE |
|---|---|---|---|---|---|
| 9. | 04-18-07 | Marla Jacobson | | | |
| 10. | 05-12-07 | Yolanda Foster | | | |
| 11. | 11-23-07 | Samsam | | | |
| 12. | 11-24-07 | Dolores Schneider | | | |
| 13. | 12-19-07 | Melchor | | | |
| 14. | 03-21-08 | John Figueroa | | | |
| 15. | 04-15-08 | Kenneth and Molly O'Brien | | | |
| 16. | 05-12-08 | Juan Carlos Frometa | | | |
| 17. | 05-22-08 | Garcia | | | |
| 18. | 05-25-08 | William Jaworski | | | |
| 19. | 08-25-08 | Dawn Lovett, mother/guardian of Myranda Keogh | | | |
| 20. | 07-08-08 | Doris Inverso | | | |
| 21. | 01-26-09 | Judith Hy | | | |
| 22. | 02-12-09 | Brian A. Baudrit | | | |
| 23. | 03-19-09 | Judith Mencke | | | |
| 24. | 06-05-09 | Warren Sapp | | | |
| 25. | 08-08-09 | Robert L. Rozett as PR E/O Lawrence Rozett | | | |
| 26. | 09-14-09 | Carmen Teresa Espina | | | |
| L. | | RICHARD FECHTER BINDER | FECHTER | ✓ | 8/16/10 |
| 1. | | (BA9) Analysis of TD Merchant Account - #6860291266 – Summary of Findings | | | |
| 2. | | (BA9) Analysis of TD Merchant Account - #6860291266 – Transaction Activity – December 14, 2007 Through November 13, 2009 | | | |
| 3. | | Affidavit of Karin A. Lucier dated March 30, 2010 | | | |
| 4. | | (BA9) TD Bank Statement - 10/31/09 - Acct. No. 6860291266 | | | |
| 5. | | (BA15) Analysis of TD Account - #6861077714 – Summary of Findings | | | |
| 6. | | (BA15) Analysis of BA15 – TD Account #6861077714 – Transaction Activity – June 22, 2009 (inception) Through November 9, 2009 | | | |
| 7. | | (BA15) Response to Interrogatory No. 6 as limited by Judge Cohn (January 2009 – November 2009) | | | |

2

| EXHIBIT NO. | DESCRIPTION | WITNESS | ADMITTED | DATE |
|---|---|---|---|---|
| 8. | **(BA15)** TD Bank Statement - 10/31/09 - Acct. No. 6861077714 | | | |
| 9. | **(BA15)** Wire Transfer Confirmation MID:0910281144230F100 | | | |
| 10. | **(BA11)** Analysis of BA11 - TD Account #68600420923 – Summary of Findings | | | |
| 11. | **(BA11)** Analysis of BA11 - TD Account #68600420923 – Transaction Activity – October 27, 2009 Through November 9, 2009 | | | |
| 12. | **(BA11)** TD Bank Statement - 10/31/09 - Acct. No. 6860420923 | | | |
| 13. | **(BA11)** TD Bank Statement - 11/12/09 Acct. No. 6860420923 | | | |
| 14. | **(BA18)** Analysis of BA18 – TD Operating Account - #6860291274 – Summary of Findings | | | |
| 15. | **(BA18)** Analysis of BA18 - TD Operating Account #6860291274 – Transaction Activity - Post-Last Overdraft Balance – October 30, 2009 Through November 9, 2009 | | | |
| 16. | **(BA18)** TD Bank Statement – 10/31/09 - Acct. No. 6860291274 | | | |
| 17. | **(BA18)** TD Bank Statement - 11/12/09 - Acct. No. 6860291274 | | | |
| 18. | **(BA10)** Analysis of BA10 - TD Account #6861011556 – Summary of Findings | | | |
| 19. | **(BA10)** Analysis of BA10 - TD Account #6861011556 – Transaction Activity – September 4, 2009 (Inception) Through November 9, 2009 | | | |
| 20. | **(BA10)** TD Bank Statement - 8/31/09 - Acct. No. 6861011556 | | | |
| 21. | **(BA10)** TD Bank Statement - 9/30/09 - Acct. No. 6861011556 | | | |
| 22. | **(BA10)** TD Bank Statement - 10/31/09 - Acct. No. 6861011556 | | | |
| 23. | **(BA5)** Analysis of BA5 – Gibraltar IOTA Trust Account #50015214 – Summary of Findings | | | |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ADMITTED | DATE |
|---|---|---|---|---|
| 24. | (BA5) Analysis of BA5 – Gibraltar IOTA Trust Account #50015214 – Last Investor Deposit December 11, 2008 – All Non-Investor Transaction Activity June 25, 2009 Through November 9, 2009 | | | |
| 25. | (BA5) Analysis of BA5 – Gibraltar IOTA Trust Account #50015214 – Transfer Activity – June 24, 2009 Through November 9, 2009 | | | |
| 26. | (BA5) Analysis of BA5 – Gibraltar IOTA Trust Account #50015214 – Non-Investor Transaction Activity From Account Inception – May 30, 2007 Through November 9, 2009 | | | |
| 27. | (BA5) Gibraltar Bank Statement - 6/30/09 - Acct. No. 50015214 | | | |
| 28. | (BA5) Gibraltar Bank Statement - 7/31/09 - Acct. No. 50015214 | | | |
| 29. | (BA5) Gibraltar Bank Statement - 8/31/09 - Acct. No. 50015214 | | | |
| 30. | (BA5) Gibraltar Bank Statement - 9/30/09 - Acct. No. 50015214 | | | |
| 31. | (BA5) Gibraltar Bank Statement - 10/31/09 - Acct. No. 50015214 | | | |
| 32. | (BA5) Gibraltar Bank Statement - 11/30/09 - Acct. No. 50015214 | | | |
| 33. | Affidavit of Scott P. Neville dated April 19, 2010 | | | |
| 34. | (BA2) Analysis of BA2 – Gibraltar Operating Account #50010085 – Summary of Findings | | | |
| 35. | (BA2) Response to Interrogatory No. 6 as limited by Judge Cohn (January 2009 – November 2009) Pgs. 1 - 8 | | | |
| 36. | (BA2) Analysis of BA2 – Gibraltar Operating Account #50010085 – Transaction Activity Post-Last Overdraft Balance – September 16, 2009 Through November 9, 2009 | | | |
| 37. | (BA2) Analysis of BA2 – Gibraltar Operating Account - #50010085 – Transaction Activity – November 6, 2009 Through November 9, 2009 | | | |
| 38. | (BA2) Analysis of BA2 – Gibraltar Operating Account #50010085 – Non-Investor Deposits Post-Last Overdraft Balance – September 16, 2009 Through November 9, 2009 | | | |

4

| EXHIBIT NO. | DESCRIPTION | WITNESS | ADMITTED | DATE |
|---|---|---|---|---|
| 39. | **(BA2)** Gibraltar Bank Statement - 9/30/09 - Acct. No. 50010085 | | | |
| 40. | **(BA2)** Gibraltar Bank Statement - 10/30/09 - Acct. No. 50010085 | | | |
| 41. | **(BA2)** Gibraltar Bank Statement - 11/30/09 - Acct. No. 50010085 | | | |
| 42. | **(BA2)** GL Wire Transfer Debit | | | |
| 43. | **(BA4)** Analysis of BA4 – Gibraltar IOTA Trust Account #50012053 – Summary of Findings | | | |
| 44. | **(BA4)** Analysis of BA4 – Gibraltar IOTA Trust Account #50012053 – Non-Investor Deposits and Disbursements – Cash Basis – August 1, 2006 (Account Inception) Through November 9, 2009 | | | |
| 45. | **(BA4)** Analysis of BA4 – Gibraltar IOTA Trust Account #50012053 – Post-Last Diminimus Balance – September 15, 2009 Through November 9, 2009 | | | |
| 46. | **(BA4)** Gibraltar Bank Statement - 9/30/09 - Acct. No. 50012053 | | | |
| 47. | **(BA4)** Gibraltar Bank Statement - 10/30/09 - Acct. No. 50012053 | | | |
| 48. | **(BA4)** Gibraltar Bank Statement - 11/30/09 - Acct. No. 50012053 | | | |
| 49. | **(BA3)** Analysis of BA3 – Gibraltar Payroll Account #50010093 – Summary of Findings | | | |
| 50. | **(BA3)** Analysis of BA3 – Gibraltar Payroll Account #50010093 – Transaction Activity Post-Last Overdraft Balance – November 5, 2009 Through November 9, 2009 | | | |
| 51. | **(BA3)** Analysis of BA3 – Gibraltar Payroll Account #50010093 – Deposit Activity Post-October 19, 2009 Overdraft Balance – October 20, 2009 Through November 9, 2009 | | | |
| 52. | **(BA3)** Gibraltar Bank Statement - 10/30/09 - Acct. No. 50010093 | | | |
| 53. | **(BA3)** Gibraltar Bank Statement - 11/30/09 - Acct. No. 50010093 | | | |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ADMITTED | DATE |
|---|---|---|---|---|
| M. | Affidavit of Gibraltar Bank dated August 3, 2010 (Lisa Ellis) with Exhibits | | | |
| N. | Affidavit of TD Bank, N.A. dated August 6, 2010 (Barbara J. Morgan) | | | |
| 1. | Opening Account Documents | | | |
| O. | Affidavit of Richard A. Pollack dated June 3, 2010 | | | |
| P. | Government's Response to Interrogatory No. 6 as limited by Judge Cohn (Bates 0001-0051) | FECHTER | ✓ | 8/16/10 |
| Q. | (BA16) TD Bank Statement - 10/01/09 - Acct. No. 6861076906 | | | |
| R. | (BA16) TD Bank Statement - 11/01/09 - Acct. No. 6861076906 | | | |
| S. | (BA17) TD Bank Statement - 10/31/09 - Acct. No. 6861011614 | | | |
| T. | (BA17) TD Bank Statement - 11/13/09 - Acct. No. 6861011614 | | | |
| U. | (BA19) TD Bank Statement - 10/01/09 - Acct. No. 6861076922 | | | |
| V. | (BA19) TD Bank Statement - 11/13/09 - Acct. No. 6861076922 | | | |
| W. | Leonid Dvosis Proof of Claim [Claim #5] | | | |
| X. | Martin Prager Proof of Claim [Claim #365] | | | |
| 1. | Letter from Carla Salcito (Northern Trust) dated 12/14/09 | | | |
| 2. | Letter from Karen Richardt (Law Offices of Steven Greenwald PA) dated 09/30/09 addressed to Northern Trust Bank | | | |
| 3. | Wire Transfer Confirmation re Martin Prager | | | |
| 4. | RRA/Martin Prager Client Ledger Report | | | |
| Y. | Composite Exhibit - Stipulation Dismissing the United States of America [D.E. #87]; Renewed Motion for Authority to Deposit Funds in Court Registry and Dismissing TD Bank, N.A. [D.E. #88], *TD Bank, N.A. v. Herbert Stettin, as Chapter 11 Trustee for the Estate of Rothstein Rosenfeldt Adler, P.A.*, Adv Pro. No. 09-02464 | MASCARELL | | |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ADMITTED | DATE |
|---|---|---|---|---|
| Z. | Analysis of BA5 – Gibraltar IOTA Trust Account #50015214 - Analysis of Lehrman Clients | FECHTER | ✓ | 8/16/10 |
| 1. | Deposits Made on or before 6/24/09; Deposits made after 6/24/09; Deposits not identified in database | | | |
| 2. | Case Inflows to BA5 | | | |
| AA. | MMRH, LLC Proof of Claim [Claim #124] | MASCARELL | | |
| BB. | United States Response and Objections to Trustee's First Set of Interrogatories dated July 23, 2010 Verified by Nestor Mascarell | | | |

3017590-2

7