UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   09-60331-CR-COHN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SCOTT W. ROTHSTEIN,

       Defendant.
_____/

GOVERNMENT'S SECOND SUPPLEMENTAL REPORT AS TO RESTITUTION

COMES NOW the United States of America, by and through its counsel, and herewith informs the Court as follows:

Since the filing of the Government's Supplemental Report as to Forfeiture (DE 572 ) Special Agents and staff of the Federal Bureau of Investigation and the Internal Revenue Service have been able to resolve more of the claims of individuals and entities which were designated as disputed (Attachment B) or  partially disputed (Attachment C) and those are now designated as undisputed (Attachment A).  The undisputed claims, set forth in Attachment A, now total $358,194,523.95.[1] The total amount of the partially disputed claims set forth in Attachment C which the government maintains should be awarded is $4,675,777.02.  Therefore, the total amount of restitution to be awarded according to the government's current calculations is $362,870,300.97.

_____

[1]Some of the victims listed in Attachment A are also third-party claimants in the pending forfeiture proceedings.  To the extent that any of those claimants are successful in obtaining funds released from the preliminary order of forfeiture, their respective restitution claims should be reduced accordingly in accordance with the cash-in cash-out methodology of determining loss adopted by this Court.

The government has also resolved all but three of the objections which have been filed.[2]

Respectfully submitted

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /s/ Lawrence D. LaVecchio
Lawrence D. LaVecchio
Jeffrey N. Kaplan
Paul F. Schwartz
Assistant United States Attorneys
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
(954) 356-7255

---

[2]In its Order of August 3, 2010 (DE 477), this Court set a deadline of August 20, 2010 for any and all objections to be filed to the government's Preliminary Report.  The following objections were filed: DE 499 (9 named Banyon Investors); DE 500 (2 named individuals and one company); DE 501 (1 company); DE 503 (5 investors); DE 504 (5 named investors); DE 537 (American Express); DE 544 (2 named investors); DE 547 (2 investors); DE 553 (1 named investor); DE 555 (1 named investor); DE 556 (1 named investor); and DE 557 and 571 (1 named investor) and DE 584 (1 named investor).  The government has since resolved the objections set forth in DE 499, 500, 503, 544, 547, 553, 555, 556, 557 and 571, and 584 and therefore those objections should be overruled as moot.  The remaining unresolved objections are set forth in DE 501 (Southern Grouts & Mortars); DE 504 (Shimon Levy et al.) and DE 537 (American Express).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with the Clerk of Court utilizing

CM/ECF on August 27, 2010.


/s/ Lawrence D. LaVecchio
Lawrence D. LaVecchio