U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|---|---|
| 2712182 | $ 1,162,500.00 |
| 2712214 | $ 636,000.00 |
| 2712238 | $ 1,980,000.00 |
| 2712281 | $ 660,000.00 |
| 2712319 | $ 250,000.00 |
| 2712349 | $ 162,443.19 |
| 2712360 | $ 30,364,323.00 |
| 2712361 | $ 740,000.00 |
| 2712401 | $ 720,000.00 |
| 2712407 | $ 1,215,077.81 |
| 2712408 | $ 20,094,890.58 |
| 2712426 | $ 345,000.00 |
| 2712433 | $ 2,160,000.00 |
| 2712443 | $ 420,000.00 |
| 2712445 | $ 1,080,000.00 |
| 2712457 | $ 300,000.00 |
| 2712478 | $ 1,682,500.01 |
| 2719843 | $ 6,773,333.35 |
| 2719844 | $ 449,441.17 |
| 2719861 | $ 2,295,379.00 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|-------|-------------|
| 2719871 | $ 33,677,500.00 |
| 2719985 | $ 7,604,939.67 |
| 2720043 | $ 1,020,000.00 |
| 2720509 | $ 149,539.73 |
| 2722942 | $ 2,400,000.00 |
| 2722950 | $ 1,456,949.04 |
| 2724951 | $ 42,387,202.98 |
| 2724953 | $ 271,266.37 |
| 2729736 | $ 2,261,849.47 |
| 2729769 | $ 761,166.32 |
| 2730710 | $ 94,389.05 |
| 2730711 | $ 297,208.22 |
| 2730712 | $ 1,100,000.00 |
| 2730713 | $ 300,000.00 |
| 2730714 | $ 597,500.00 |
| 2730724 | $ 170,000.00 |
| 2730727 | $ 180,493.17 |
| 2730728 | $ 50,000.00 |
| 2730731 | $ 187,425.23 |
| 2730762 | $ 2,031,772.09 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|-------|-------------|
| 2730763 | $ 135,057.70 |
| 2730765 | $ 24,886.15 |
| 2730767 | $ 246,712.33 |
| 2730768 | $ 132,904.10 |
| 2730769 | $ 117,604.39 |
| 2730770 | $ 33,187.96 |
| 2730771 | $ 13,500.00 |
| 2730792 | $ 355,033.47 |
| 2730793 | $ 200,000.00 |
| 2730794 | $ 547,289.39 |
| 2730795 | $ 2,130,227.22 |
| 2730796 | $ 369,447.47 |
| 2730797 | $ 188,032.89 |
| 2730798 | $ 305,112.77 |
| 2730799 | $ 95,747.95 |
| 2730800 | $ 45,922.86 |
| 2730801 | $ 67,000.00 |
| 2730802 | $ 51,974.35 |
| 2730803 | $ 197,364.14 |
| 2730804 | $ 592,836.24 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|-------|-------------|
| 2730812 | $ 1,179,625.93 |
| 2730816 | $ 500,000.00 |
| 2730817 | $ 2,911,160.00 |
| 2730822 | $ 1,050,000.00 |
| 2730824 | $ 76,879.46 |
| 2730932 | $ 24,000.00 |
| 2732625 | $ 40,734,178.58 |
| 2732645 | $ 99,424.26 |
| 2732702 | $ 3,371,221.93 |
| 2732703 | $ 250,000.00 |
| 2732739 | $ 97,386.03 |
| 2732740 | $ 50,000.00 |
| 2732744 | $ 25,000.00 |
| 2732746 | $ 39,564.56 |
| 2732752 | $ 94,813.66 |
| 2732753 | $ 121,720.51 |
| 2732755 | $ 385,613.94 |
| 2732757 | $ 616,432.83 |
| 2732758 | $ 472,684.96 |
| 2732759 | $ 109,979.43 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|---|---|
| 2732760 | $ 186,673.99 |
| 2732761 | $ 54,000.00 |
| 2732763 | $ 747,543.19 |
| 2732764 | $ 346,516.42 |
| 2732766 | $ 833,672.14 |
| 2733212 | $ 103,500.00 |
| 2733214 | $ 295,000.00 |
| 2733215 | $ 1,614,687.81 |
| 2733219 | $ 43,337.01 |
| 2733227 | $ 138,470.72 |
| 2734098 | $ 988,082.19 |
| 2734099 | $ 95,061.74 |
| 2734100 | $ 72,437.71 |
| 2734101 | $ 47,674.71 |
| 2734102 | $ 473,860.24 |
| 2734103 | $ 1,979,010.70 |
| 2734104 | $ 494,041.10 |
| 2734105 | $ 494,041.10 |
| 2734106 | $ 48,233.13 |
| 2734108 | $ 19,210.96 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|-------|-------------|
| 2734169 | $ 98,018.28 |
| 2734170 | $ 99,712.33 |
| 2734171 | $ 1,114,880.30 |
| 2734172 | $ 98,559.11 |
| 2734183 | $ 639,365.57 |
| 2734243 | $ 98,559.11 |
| 2734534 | $ 87,287.68 |
| 2734535 | $ 87,287.68 |
| 2734541 | $ 79,000.00 |
| 2734544 | $ 189,710.50 |
| 2734561 | $ 142,715.90 |
| 2734562 | $ 74,383.56 |
| 2734563 | $ 237,138.14 |
| 2734564 | $ 2,096,424.13 |
| 2734565 | $ 88,514.00 |
| 2734566 | $ 1,467,181.65 |
| 2734567 | $ 49,321.16 |
| 2734568 | $ 878,794.69 |
| 2734569 | $ 236,930.12 |
| 2745215 | $ 365,157.25 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|---|---|
| 2745216 | $ 1,081,440.51 |
| 2745217 | $ 987,671.23 |
| 2745224 | $ 2,378,013.66 |
| 2745225 | $ 94,979.55 |
| 2745226 | $ 96,393.19 |
| 2745290 | $ 190,123.48 |
| 2745291 | $ 87,790.68 |
| 2745292 | $ 72,005.21 |
| 2745315 | $ 313,808.39 |
| 2745316 | $ 620,266.76 |
| 2745317 | $ 163,274.15 |
| 2745318 | $ 305,425.42 |
| 2745319 | $ 238,579.02 |
| 2745320 | $ 176,358.01 |
| 2745321 | $ 72,029.04 |
| 2745322 | $ 233,170.71 |
| 2745325 | $ 243,744.87 |
| 2745326 | $ 74,383.56 |
| 2745329 | $ 144,547.54 |
| 2745330 | $ 97,181.31 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|-------|------------|
| 2745331 | $ 49,258.75 |
| 2745332 | $ 352,939.93 |
| 2745356 | $ 145,143.93 |
| 2745357 | $ 223,150.78 |
| 2745359 | $ 71,696.99 |
| 2745360 | $ 197,698.63 |
| 2745361 | $ 481,278.00 |
| 2745362 | $ 1,611,993.94 |
| 2745363 | $ 479,829.27 |
| 2745364 | $ 776,282.19 |
| 2745365 | $ 105,284.12 |
| 2745366 | $ 854,815.98 |
| 2745367 | $ 960,069.51 |
| 2745368 | $ 970,139.83 |
| 2745370 | $ 183,511.54 |
| 2745396 | $ 15,000,000.00 |
| 2745397 | $ 10,000.00 |
| 2745398 | $ 244,941.69 |
| 2745399 | $ 350,000.00 |
| 2745400 | $ 95,267.22 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|---|---|
| 2745400 | $ 49,589.04 |
| 2745402 | $ 47,589.78 |
| 2806072 | $ 962,134.67 |
| 2813096 | $ 100,000.00 |
| 2813097 | $ 216,833.35 |
| 2813099 | $ 1,062.50 |
| 2813100 | $ 96,225.60 |
| 2813101 | $ 200,000.00 |
| 2813132 | $ 222,500.00 |
| 2813136 | $ 193,606.64 |
| 2813138 | 400,000.00 |
| 2813139 | $ 390,500.01 |
| 2813140 | $ 125,000.00 |
| 2813141 | $ 289,215.78 |
| 2813152 | $ 217,500.00 |
| 2813156 | $ 139,300.00 |
| 2813173 | $ 47,530.88 |
| 2813174 | $ 900,000.00 |
| 2813175 | $ 238,373.55 |
| 2813177 | $ 48,127.80 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|---|---|
| 2813181 | $ 227,797.25 |
| 2813182 | $ 20,000.00 |
| 2813193 | $ 250,000.00 |
| 2813194 | $ 147,181.56 |
| 2813195 | $ 48,842.73 |
| 2813198 | $ 47,674.71 |
| 2813274 | $ 500,000.00 |
| 2813280 | $ 227,424.66 |
| 2813281 | $ 227,424.66 |
| 2813297 | $ 65,000.00 |
| 2813298 | $ 173,437.50 |
| 2813299 | $ 174,062.50 |
| 2813300 | $ 40,000.00 |
| 2813301 | $ 43,337.01 |
| 2813304 | $ 40,000.00 |
| 2813393 | $ 60,750.01 |
| 2813394 | $ 318,075.00 |
| 2813395 | $ 62,500.00 |
| 2813397 | $ 19,125.00 |
| 2813398 | $ 397,500.00 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|---|---|
| 2813399 | $ 69,803.28 |
| 2813401 | $ 589,129.55 |
| 2813402 | $ 40,000.00 |
| 2813404 | $ 12,500.00 |
| 2813404 | $ 150,000.00 |
| 2813405 | $ 593,750.00 |
| 2813406 | $ 27,136.00 |
| 2813412 | $ 26,000.00 |
| 2813418 | $ 347,600.00 |
| 2813419 | $ 152,000.00 |
| 2813420 | $ 152,000.00 |
| 2813421 | $ 393,030.93 |
| 2813422 | $ 20,000.00 |
| 2813435 | $ 785,602.51 |
| 2813439 | $ 209,562.50 |
| 2813443 | $ 1,232,499.99 |
| 2813446 | $ 50,000.00 |
| 2813448 | $ 194,791.64 |
| 2813449 | $ 1,877,135.84 |
| 2813451 | $ 271,037.55 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|-------|-------------|
| 2813452 | $ 2,748,788.00 |
| 2813517 | $ 50,833.34 |
| 2860341 | $ 6,028,373.55 |
| 2886051 | $ 100,000.00 |
| 2886052 | $ 5,000.00 |
| 2886056 | $ 68,812.30 |
| 2886074 | $ 1,400,000.00 |
| 2886078 | $ 8,370.00 |
| 2886127 | $ 929.66 |
| 2886128 | $ 5,000.00 |
| 2886130 | $ 125,000.00 |
| 2886132 | $ 10,000.00 |
| 2886134 | $ 2,500.00 |
| 2886135 | $ 340.00 |
| 2886136 | $ 100,000.00 |
| 2886138 | $ 11,585.00 |
| 2886139 | $ 6,228.30 |
| 2886220 | $ 2,779.24 |
| 2886222 | $ 37,541.31 |
| 2886224 | $ 10,000.00 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|-------|-------------|
| 2886229 | $ 5,000.00 |
| 2886231 | $ 88,017.37 |
| 2886234 | $ 10,000.00 |
| 2886235 | $ 502.00 |
| 2886236 | $ 2,500.00 |
| 2886237 | $ 2,839.85 |
| 2886238 | $ 10,000.00 |
| 2886274 | $ 10,000.00 |
| 2886276 | $ 6,918.75 |
| 2886298 | $ 7,500.00 |
| 2886301 | $ 32,000.00 |
| 2886674 | $ 7,500.00 |
| 2886676 | $ 5,000.00 |
| 2886677 | $ 5,000.00 |
| 2886679 | $ 2,099.67 |
| 2886680 | $ 17,331.59 |
| 2886681 | $ 61,689.86 |
| 2886685 | $ 2,900.00 |
| 2886687 | $ 970.00 |
| 2886692 | $ 48,768.37 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|---|---|
| 2886740 | $ 8,776.22 |
| 2886741 | $ 22,500.00 |
| 2886742 | $ 110,000.00 |
| 2886744 | $ 1,182.00 |
| 2886745 | $ 375.00 |
| 2886746 | $ 37,994.00 |
| 2886747 | $ 1,500.00 |
| 2886748 | $ 7,500.00 |
| 2886754 | $ 12,351.27 |
| 2886755 | $ 2,000.00 |
| 2886756 | $ 6,500.00 |
| 2886758 | $ 141,608.52 |
| 2886759 | $ 15,000.00 |
| 2886763 | $ 3,000.00 |
| 2886789 | $ 10,000.00 |
| 2886792 | $ 7,000.00 |
| 2886793 | $ 31,086.22 |
| 2886835 | $ 3,000.00 |
| 2886836 | $ 10,000.00 |
| 2886856 | $ 733.90 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|---|---|
| 2886860 | $ 100,000.00 |
| 2886891 | $ 10,000.00 |
| 2886892 | $ 82,789.00 |
| 2886893 | $ 3,000.00 |
| 2886899 | $ 1,062.50 |
| 2886900 | $ 116,356.75 |
| 2886902 | $ 60,000.00 |
| 2886903 | $ 1,719.40 |
| 2886904 | $ 25,000.00 |
| 2886905 | $ 2,105.00 |
| 2886908 | $ 21,576.71 |
| 2886909 | $ 5,000.00 |
| 2886923 | $ 50,000.00 |
| 2886950 | $ 84,204.41 |
| 2907773 | $ 250,000.00 |
| 2907774 | $ 240,428.34 |
| 2907776 | $ 3,343,094.07 |
| 2907778 | $ 268,276.03 |
| 2907781 | $ 50,000.00 |
| 2907787 | $ 31,998,988.50 |

U.S. vs. Scott Rothstein
Undisputed Claims
ATTACHMENT A

| VNS # | Restitution |
|---|---|
| 2907792 | $   13,500,000.00 |
| 2907807 | $        50,000.00 |
| 2907840 | $      660,000.00 |
| 2907843 | $      720,000.00 |
| 2907846 | $    1,440,000.00 |
| 2907848 | $      360,000.00 |
| 2907849 | $      660,000.00 |
| 2907850 | $        35,000.00 |
| 2907851 | $      250,000.00 |
| 2925232 | $      142,000.00 |
| 2927222 | $        13,280.13 |
| 2927223 | $        14,021.37 |
| 2936819 | $      161,572.80 |
| 2941740 | $      137,420.15 |
| Total | $  358,194,523.95 |