U.S. vs. Scott Rothstein
Disputed Claims
ATTACHMENT B

| VNS # | Restitution | Claimed Amount | Reason |
|---|---|---|---|
| 2732644 | $                     - | $        325,000.00 | Loss unrelated to Scott Rothstein |
| 2732745 | $                     - | $        156,759.30 | Loss unrelated to Scott Rothstein |
| 2813144 | $                     - | 286,000.00 | Additional supporting documentation required |
| 2886050 | $                     - | $   20,736,046.68 | RRA Trade Creditor |
| 2886129 | $                     - | $        195,000.00 | Additional supporting documentation required |
| 2886217 | $                     - | Unknown | RRA Employee |
| 2886678 | $                     - | Unknown | Non-RRA Client |
| 2907775 | $                     - | 136,835.40 | Additional supporting documentation required |
| 2907809 | $                     - | Unknown | RRA Trade Creditor |
| 2907839 | $                     - | Unknown | Non-RRA Client |
| Total | $                     - | $   21,835,641.38 | |