U.S. vs. Scott Rothstein
Partially Disputed Claims
ATTACHMENT C

| VNS # | Restitution | Claimed Amount | Reason |
|---|---|---|---|
| 2712174 | $ 102,846.21 | 105,666.69 | Additional supporting documentation required |
| 2712356 | $ 1,548,949.32 | 2,045,040.44 | Additional supporting documentation required |
| 2719993 | $ 2,607,578.82 | 3,189,860.40 | Additional supporting documentation required |
| 2730715 | $ 30,497.67 | 137,297.33 | Additional supporting documentation required |
| 2732701 | $ 81,370.00 | 87,000.00 | Investor reviewing discrepancies |
| 2886141 | $ 287,335.00 | $ 687,335.00 | Additional supporting documentation required |
| 2886686 | $ 1,200.00 | $ 5,150.00 | Claim reduced per accounting records |
| 2886760 | $ 16,000.00 | $ 17,000.00 | Additional supporting documentation required |
| Total | $ 4,675,777.02 | $ 6,274,349.86 | |