U.S. vs. Scott Rothstein
Non-Responses Claims
ATTACHMENT D

| VNS # |
| --- |
| 2712176 |
| 2712177 |
| 2712239 |
| 2712283 |
| 2712346 |
| 2712417 |
| 2712422 |
| 2712475 |
| 2715379 |
| 2717644 |
| 2717670 |
| 2717671 |
| 2717672 |
| 2717674 |
| 2717678 |
| 2717679 |
| 2719859 |
| 2719989 |
| 2720018 |

U.S. vs. Scott Rothstein
Non-Responses Claims
ATTACHMENT D

| VNS # |
| --- |
| 2720020 |
| 2722931 |
| 2722939 |
| 2722948 |
| 2722949 |
| 2730723 |
| 2730764 |
| 2730821 |
| 2732581 |
| 2732625 |
| 2732633 |
| 2732633 |
| 2732646 |
| 2732699 |
| 2732704 |
| 2732705 |
| 2732741 |
| 2732742 |
| 2732756 |

U.S. vs. Scott Rothstein
Non-Responses Claims
ATTACHMENT D

| VNS # |
|-------|
| 2733216 |
| 2733221 |
| 2734244 |
| 2734571 |
| 2745294 |
| 2745369 |
| 2745401 |
| 2813134 |
| 2813135 |
| 2813137 |
| 2813142 |
| 2813153 |
| 2813157 |
| 2813179 |
| 2813197 |
| 2813272 |
| 2813273 |
| 2813275 |
| 2813276 |

U.S. vs. Scott Rothstein
Non-Responses Claims
ATTACHMENT D

| VNS # |
| --- |
| 2813283 |
| 2813303 |
| 2813392 |
| 2813396 |
| 2813400 |
| 2813407 |
| 2813415 |
| 2813434 |
| 2813436 |
| 2813438 |
| 2813442 |
| 2813444 |
| 2813445 |
| 2813453 |
| 2813517 |
| 2886054 |
| 2886058 |
| 2886059 |
| 2886060 |

U.S. vs. Scott Rothstein
Non-Responses Claims
ATTACHMENT D

| VNS # |
| --- |
| 2886073 |
| 2886131 |
| 2886133 |
| 2886218 |
| 2886219 |
| 2886221 |
| 2886223 |
| 2886225 |
| 2886226 |
| 2886227 |
| 2886230 |
| 2886233 |
| 2886275 |
| 2886277 |
| 2886675 |
| 2886683 |
| 2886684 |
| 2886743 |
| 2886761 |

U.S. vs. Scott Rothstein
Non-Responses Claims
ATTACHMENT D

| VNS # |
| --- |
| 2886764 |
| 2886895 |
| 2886896 |
| 2886897 |
| 2886898 |
| 2886906 |
| 2907777 |
| 2907804 |
| 2907808 |
| 2936820 |