UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA

v.

SCOTT W. ROTHSTEIN

    Defendant.
_____/

IN RE: THIRD PARTY CLAIM FILED BY
THIRTEEN AQUA HOLDINGS, LTD.,
_____/

## ORDER DENYING VERIFIED PETITION OF THIRTEEN AQUA HOLDINGS, LTD

**THIS CAUSE** is before the Court on the Verified Petition of Thirteen Aqua Holdings, Ltd., a Non-Investor Client of RRA Asserting an Interest in Property to Be Forfeited [638] ("Verified Petition").  The Court has considered the Verified Petition and is otherwise advised in the premises.

Title 21 U.S.C. § 853(n)(2) provides that any person, other than the criminal defendant, asserting an interest in forfeited property may "within thirty days of the final publication of notice or his receipt of notice under paragraph (1), whichever is earlier, petitioner the court for a hearing to adjudicate the validity of his alleged interest in the property."  Here, the United States final publication of notice occurred on June 3, 2010.  See DE 275.  Therefore, pursuant to statute, parties that desired to assert an interest in forfeited property in this case had until July 3, 2010, to file a verified petition with the Court.  Thirteen Aqua Holdings, Ltd., however, waited until October 19, 2010, to file its Verified Petition.  Thus, Thirteen Aqua Holdings, Ltd. failed to file the Verified Petition before the statutory deadline.

Accordingly, it is **ORDERED AND ADJUDGED** that the Verified Petition of Thirteen Aqua Holdings, Ltd., a Non-Investor Client of RRA Asserting an Interest in Property to Be Forfeited [638] is **DENIED AS UNTIMELY**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of October, 2010.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to counsel of record.