UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA

vs.

SCOTT W. ROTHSTEIN,

      Defendant.
_____/

## ORDER APPOINTING CONSERVATOR

This matter is before the Court pursuant to the United States' Motion to Appoint Conservator [DE 745] ("Motion"). The Court has reviewed the Motion, the docket in the case, and is otherwise advised in the premises.[1]

The United States asks the Court to appoint the law firm of Jones, Foster, Johnston & Stubbs, P.A. as Conservator of the Versace Mansion assets, identified hereunder, which assets preliminarily forfeited to the United States. The Court finds that it is necessary and appropriate for the Court, pursuant to 21 U.S.C. §853(g), to appoint a Conservator who will assist in the valuation and monetization of the Government's interest in the Versace Mansion assets. Therefore, for good cause shown, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The United States' Motion to Appoint Conservator [DE 745] is **GRANTED**.

---

[1] On May 2, 2011, the Court entered an Order [DE 746] directing any interested parties to respond to the Motion to Appoint Conservator no later than May 9, 2011. No party filed a response.

2. The law firm of Jones, Foster, Johnston & Stubbs, P.A. is appointed to act as Conservator for purposes of protecting the interest of the United States in the following assets:

| | |
|---|---|
| RP 24. | Versace Mansion/Casa Casuarina- 9.9% interest in an entity that holds title to RP24. |
| BI 16. | Equity interest in Versace Mansion/Casa Casuarina, including 10 year Operating Agreement with two ten-year options; |
| BI 24. | All equity interest formerly held by or on behalf of Scott W. Rothstein in the following corporations and entities: |

      m.    AAMG1 LLC;

      n.    AAMM Holdings; and

      am.    IDNLGEAH LLC.

| | |
|---|---|
| BI 25. | All interest formerly held by or on behalf of Scott W. Rothstein in the following entities, and assets held by or owed, e.g. rents, to same: |

      h.    AAMG, LLC; and

      s.    JJ Finance Holdings, LLC

(collectively referred to as the "Versace Mansion assets").

3. In carrying out its responsibilities, the Conservator's powers and duties include, but are not limited to, the valuation and monetization of the Versace Mansion assets, including the power to seek and compel discovery.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of May, 2011.

                                                    */s/ James I. Cohn*
                                                    JAMES I. COHN
                                                    UNITED STATES DISTRICT JUDGE