UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-60331-CR-COHN

UNITED STATES OF AMERICA

vs.

SCOTT W. ROTHSTEIN,

    Defendant.

_____/

### ORDER GRANTING EDWARD J. MORSE, CAROL A. MORSE, AND MORSE OPERATIONS, INC.'S *UNOPPOSED* MOTION TO AMEND RESTITUTION CLAIM AMOUNT [DE 739]

This matter is before the Court on Edward J. Morse, Carol A. Morse, and Morse Operation, Inc.'s ("Morses") Motion to Amend Restitution Claim Amount [DE 739] ("Motion"). The Court has reviewed the Motion, the docket in the case, and is otherwise advised in the premises.[1] Therefore, seeing no opposition, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 739] is **GRANTED.**

2. The Morses' restitution claim is increased by $8,000,000.00.

3. Counsel for the United States of America is directed to provide the Clerk of the Court with the Morses' VNS identification number and amended restitution amount to effectuate the amendment to the Morses' Restitution Claim.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of May, 2011.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

---

[1] The Court, on the docket, directed any interested parties to file responses by May 9, 2011. No party filed a response or any opposition papers.

1