UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. .  09-60331-CR-COHN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SCOTT W. ROTHSTEIN,

        Defendant.
                                    /

MOTION FOR REDUCTION OF SENTENCE
AND FOR STAY OF RULING

      COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney and, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, moves the Court for a reduction of the sentence of defendant Scott W. Rothstein, based upon the defendant having provided substantial assistance to the government in the investigation and/or prosecution of others, and further moves the Court to stay any ruling on this motion until the defendant's cooperation is complete. In support the government states the following:

      1.      On January 27, 2010, defendant Scott W. Rothstein pled guilty to charges of RICO Conspiracy, in violation of 18 U.S.C. §1962(d); Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §1956(h); Conspiracy to Commit Mail and Wire Fraud, in violation of 18 U.S.C. §1349; and two counts of Wire Fraud, in violation of 18 U.S.C. §1343.  The defendant was sentenced to 50 years' imprisonment on June 9, 2010.

      2.      The instant motion is filed timely within one year of the defendant's sentencing.

      3.      Prior to the defendant's guilty plea, the defendant began cooperating with the United States in the investigation of others.  The defendant has continued to cooperate with federal law

enforcement authorities in its criminal investigation. However, that cooperation is not yet complete and will not be complete within one year of the defendant's initial sentencing.

4. Some of the information provided by the defendant to the government within one year of the sentencing has not yet become useful to the government as the investigation is ongoing and has not yet reached fruition.

5. While Rule 35(b)(2), Fed. R.Crim.P., allows a Rule 35 motion to be made more than one year after sentencing in such a case, the instant motion is filed in an abundance of caution to preserve this Court's jurisdiction under Fed.R.Crim.P. 35(b)(l), and to permit the Court to consider all of the defendant's cooperation in order to determine the appropriateness of a reduction of the defendant's sentence.

6. Upon completion of the defendant's cooperation, the government will file a motion for a hearing at which time the government will advise the Court of the nature, extent, and value of the defendant's cooperation. It is requested, however, that the Court stay any ruling on the instant motion until the government files the motion for such a hearing.

7. The United States expressly reserves the right to withdraw this motion if, in the judgment of the United States, the defendant should fail to comply with the terms of his plea agreement, fail to testify truthfully, or falsely implicate any person or entity.

8. Marc S. Nurik, attorney for the defendant, joins in the filing of this motion.

WHEREFORE, for the reasons stated herein, the government requests this Court to grant the motion for reduction of sentence and to stay any ruling as to sentence reduction until the government moves for a hearing once the defendant's cooperation is complete or such earlier time, within the

discretion of the government.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:   /s/ Lawrence D. LaVecchio
       LAWRENCE D. LaVECCHIO
       ASSISTANT U.S. ATTORNEY
       Florida Bar No 0305405
       E-mail: lawrence.lavecchio@usdoj.gov
       500 East Broward Blvd., Suite 700
       Fort Lauderdale, FL 33394
       Telephone: (954) 356-7255
       Fax: (954) 356-7230

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 8, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY:   /s/ Lawrence D. LaVecchio
       LAWRENCE D. LaVECCHIO
       ASSISTANT U.S. ATTORNEY