UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

v.

SCOTT W. ROTHSTEIN,

                    Defendant.

_____/

## UNITED STATES' MOTION FOR LEAVE TO DISMISS CERTAIN ASSETS FROM THE PRELIMINARY ORDER OF FORFEITURE

The United States of America moves, pursuant to 21 U.S.C. § 853(g), for leave to dismiss certain assets from the Preliminary Order of Forfeiture. In support of its motion, the United States submits as follows:

1.      On December 17, 2009, this Court entered a Protective Order pursuant to 18 U.S.C. § 1963 and 21 U.S.C. § 853(e)(1)(A). [D.E. 13].

2.      On April 19, 2010, this Court entered a Preliminary Order of Forfeiture against the defendant's right, title and interest in a number of listed assets, including the following:

(RP 24) Versace Mansion/Casa Casuarina-9.9% interest in an entity that holds title to RP24.

(BI16) All equity interest in Versace Mansion/Casa Casuarina, including 10 year Operating Agreement with 2 ten-year options;

(BI24) All equity interest formerly held by or on behalf of Scott W. Rothstein, in the following corporations and entities:

        m.      AAMG1 LLC;

        n.      AAMM Holdings; and

-1-

    am.  IDNLGEAH LLC;

(BI25) All interest formerly held by or on behalf of Scott W. Rothstein, in the following
    corporations and entities, and assets held by or owed , e.g., rents, to same:
    (h)  AAMG, LLC;

    (s)  JJ Finance Holdings; and

    (u)  Luxury Resorts, LLC

(the "Versace Mansion Assets").

   3.  On February 16, 2011, the United States filed an Amended Notice of *Lis Pendens* Re:

Foreifeiture (the "*Lis Pendens*") against Defendant Scott W. Rothstein's 9.99% equity interest in

RP24. [D.E. 715].

   4.  On April 29, 2011, the United States moved for an order appointing a conservator

pursuant to 21 U.S.C.  § 853(g) to assist in the valuation and monetization of the Government's

interest in the Versace Mansion Assets. [D.E. 745].

   5.  On May 10, 2011, this Court granted the United States' Motion to Appoint the law

firm of Jones, Foster, & Stubbs, P.A. to act as Conservator. [D.E. 756].

   6.  On or about July 29, 2011, the Conservator completed its assessment of the Versace

Mansion Assets and found that the market value of the Versace Mansion Assets is substantially

below the amount due to secured lenders, holders of junior liens and creditor interests, including,

but not limited to, taxing authorities, vendors and other parties, thereby rendering the Government's

interest worthless.

   7.  Upon discussion with Conservator and further review of the records, the United

States has determined that the Versace Mansion Assets should not be forfeited and should be

dismissed from the Preliminary Order of Forfeiture [D.E. 134] and the Protective Order [D.E.13].

Dismissal of the Versace Mansion Assets is necessary so that third parties, including, but not limited to, lender or its successors or assigns, can take such actions as are permitted by applicable law to enforce their rights and remedies against the Versace Mansion Assets.   In the event the Government's instant motion is granted, the United States will file a Release of *Lis Pendens*.

 **WHEREFORE**, based on the foregoing, the United States requests the Court enter the proposed Order, and grant such other relief as is just and lawful.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

BY: */s/  Evelyn B. Sheehan*
    Michelle B. Alvarez (Fla. Bar No.  615617)
    Alison W. Lehr (Fla. Bar No. 444537)
    Evelyn B. Sheehan (Fla. Bar No. 944351)
    Assistant United States Attorneys
    99 NE 4th Street
    Miami, FL   33132-2111
    Tel. (305) 961-9176
    Fax. (305) 536-7599
    Michelle.Alvarez@usdoj.gov
    Alison.Lehr@usdoj.gov
    Evelyn.Sheehan@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 1, 2011, I electronically filed the foregoing Motion

for

leave to dismiss certain assets from the Preliminary Order of Forfeiture with the Clerk of the

Court using CM/ECF.

By:     /s/ *Evelyn B. Sheehan*  
         Evelyn B. Sheehan

-4-