UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA

vs.

SCOTT W. ROTHSTEIN,

       Defendant.
_____/

## UNITED STATES' UNOPPOSED MOTION FOR TURNOVER

The United States of America moves this Court for the entry of an order requesting the turnover to the United States Marshals Service of the following:

> **Funds, including interest, in the approximate amount of \$133,399.52[1] currently in First Citizens Bank (formerly Sun American Bank) General Ledger Account ending in -4990 that were originally derived from the Marika Tolz General Trust Account at Sun American Bank, Account Number 0110624401**

In support, the United States submits as follows:

1. The United States, acting through the United States Marshals Service ("the Marshals"), engaged the services of Marika Tolz (hereinafter "Tolz") through her company, State Wide Realty Corp., to assist the Marshals in administering certain businesses and assets forfeited in the instant case.

2. A First Final of Forfeiture was entered in the instant case declaring all right, title and interest of Scott W. Rothstein in a number of assets forfeited to the United States, including a

---

[1] This sum represents the difference between the \$1,000,000 wire transfer from Holy Cross and the amount that was transferred to the *Estate of James P. Driscoll* bankruptcy estate that was funded from the \$1,000,000 wire (i.e. \$857,856). The current balance of the account as of August 10, 2011, which includes interest accrued, is \$134,043.68.

$1,000,000.00 charitable donation made to Holy Cross Hospital (hereinafter, the "Holy Cross forfeited money").[D.E. 708, p.34, item (C7)].

3. During the pendency of the proceedings, Tolz was authorized to receive and hold the Holy Cross forfeited money for the Marshals.

4. On April 21, 2010, counsel for Holy Cross Hospital received wire transfer instructions from Tolz' office for the transmission of the $1,000,000.00.

5. On May 20, 2010, Holy Cross Hospital, through counsel, wire transferred the sum of $1,000,000.00 (the "Holy Cross wire") to the account of Marika Tolz, General Trust Account maintained at First Citizens Bank, Account No. 0110624401 ("the First Citizens Account").

6. On May 20, 2010, $967,856.00 was diverted from the First Citizens Account to the account of *Estate of James P. Driscoll*. Of the diverted funds, $866, 600.48 was funded with the Holy Cross wire.[2]

7. Upon discovery, the USMS made demand upon Tolz to remit the sum of $1,000,000.00 that had been wire transferred into the First Citizens Account (the "misappropriated funds"). Tolz failed to do so.

8. Subsequently, the United States sought the misappropriated funds from the *Estate of James P. Driscoll* via Adversary Complaint, *United States v. Robert Furr,* Case No. 06-12420-BKC-JKO Adv. Case No. 10-03653-BKC-JKO-A.

9. On August 15, 2011, the bankruptcy court entered an Agreed Final Summary Judgment, whereby the United States shall recover from the *Driscoll* bankruptcy estate the sum of $866,600.48. [*United States v. Robert Furr,* Case No. 06-12420-BKC-JKO Adv. Case No.

---

[2] The remaining $101,255.52 is comprised of the $399.52 balance prior to the Holy Cross wire and a separate $100,8560 check that Tolz deposited on May 18, 2010.

10-03653-BKC-JKO-A, D.E. 129, p. 2, attached hereto for ease of reference as Exhibit A ].

10. The remaining $133,399.52 (which sum represents the difference between the $1,000,000 wire transfer from Holy Cross and the amount from the Holy Cross wire that was diverted to the *Driscoll* bankruptcy estate) is currently in First Citizens Bank (formerly Sun American Bank) General Ledger Account ending in -4990.

11. On March 3, 2011, Tolz was charged by way of Criminal Information with conspiracy to commit wire fraud (i.e., a violation of Title 18, United States Code, Section 1349). The Criminal Information specifically included the Holy Cross wire. *See United States v. Marika Tolz,* Case No. 11-20160-CR-MARTINEZ, D.E. 1, ¶ 18(e) (hereinafter referred to as "Tolz D.E.").

12. On May 5, 2011 Tolz plead guilty to the Criminal Information pursuant to a Plea Agreement. [Tolz D.E. 36, 37, 38]. Tolz's Factual Proffer included facts relevant to the Holy Cross forfeited money. [Tolz D.E. 37 ¶ 9(e)]. Tolz was sentenced to 81 months' imprisonment. [Tolz D.E. 59].

13. The misappropriated funds currently in the First Citizens Bank General Ledger Account ending in -4990 represents the balance of the $1,000,000 which were misappropriated by Tolz from the United States in the instant case (Item (C7) in the First Final Order of Forfeiture). The misappropriated funds ought to be returned to the United States care of the Marshals for the benefit of Scott Rothstein's victims.

14. The undersigned Assistant United States Attorney discussed the instant motion with counsel for First Citizens Bank, James Robinson, Esq. at White & Case LLP. Mr. Robinson advised that First Citizens Bank does not oppose the relief sought herein.

WHEREFORE, based on the foregoing, the United States respectfully requests that the Court enter the proposed Turnover Order submitted herewith, and grant such other relief as is just and lawful.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:   /s/ Evelyn B. Sheehan
        Alison W. Lehr (Fla. Bar No. 444537)
        Evelyn B. Sheehan (Fla. Bar No. 944351)
        Michelle B. Alvarez (Fla. Bar No. 615617)
        Assistant United States Attorneys
        99 NE 4th Street
        Miami, FL 33132-2111
        Tel. (305) 961-9176
        Fax. (305) 536-7599
        Alison.Lehr@usdoj.gov
        Michelle.Alvarez@usdoj.gov
        Evelyn.Sheehan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of August, 2011, the undersigned electronically filed the foregoing document, United States' Motion for Turnover, with the Clerk of the Court using CM/ECF.

        /s/ Evelyn B. Sheehan
        Evelyn B. Sheehan
        Assistant United States Attorney