UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

v.

SCOTT W. ROTHSTEIN,

       Defendant.

_____/

### GOVERNMENT'S RESPONSE TO IRA SOCHET INTER VIVOS REVOCABLE TRUST AND INVESTORS RISK ADVANTAGE, L.P.'S MOTION TO AMEND RESTITUTION CLAIM

The United States of America responds to the motion filed by Ira Sochet Inter Vivos Revocable Trust and Investors Risk Advantage, L.P.'s Motion to Amend Restitution Claim [D.E. 799]. The United States does not object to the restitution claim being amended to include the $25 million paid pursuant to resolution of an adversary proceeding in Bankruptcy Court, so long as the $25 million covers paid-in principal that was returned to the Sochets and is not the Sochet's profits or "winnings" from their investments in the Rothstein Ponzi scheme. The United States is awaiting further documentation/demonstration from the victims.

WHEREFORE, upon demonstration that the $25 million paid by or on behalf of Ira Sochet Inter Vivos Revocable Trust and Investors Risk Advantage, L.P. constitutes paid-in principal, the

United States does not object to the Court granting the motion to amend restitution claim.

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

By:   /s/ *Alison W. Lehr*
       Michelle B. Alvarez (Fla. Bar No. 615617)
       Alison W. Lehr (Fla. Bar No.444537)
       Evelyn B. Sheehan (Fla. Bar No. 944351)
       Assistant United States Attorneys
       99 NE 4th Street
       Miami, FL   33132-2111
       Tel. (305) 961-9176
       Fax. (305) 536-7599
       Michelle.Alvarez@usdoj.gov
       Alison.Lehr@usdoj.gov
       Evelyn.Sheehan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2012, I electronically filed the foregoing Government's Response to the Sochet, et al. Motion to Amend Restitution Claim through CM/ECF.

                */s/Alison W. Lehr*
                Alison W. Lehr
                Assistant United States Attorney