**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 09-60331-CR-COHN

FILED BY _____ D.C.

SEP 2 6 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

SCOTT W. ROTHSTEIN,

           Defendant.

_____/

## GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL DOCUMENTS

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and hereby moves to unseal certain documents (DE 73-76) which were filed with the Court at the time of the entry of the defendant's guilty plea.

On January 27, 2010, the defendant entered his plea of guilty in this case pursuant to a written plea agreement (DE 67, 69). At or about that time, certain documents relevant to the guilty plea were filed under seal (DE 73-76). Simultaneously herewith, the government is filing a Motion to Withdraw its previously filed Motion for Reduction of Sentence, and the contents of the aforesaid sealed documents are relevant to this Court's determination of that Motion. Moreover, the reasons for which the aforesaid documents were ordered sealed by this Court no longer exist. Consequently, the government requests that those documents be unsealed at this time.

The undersigned has consulted with Marc S. Nurik, attorney for the defendant, who advised

that the defendant does not object to the Court granting the instant motion.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

BY: _____
LAWRENCE D. LaVECCHIO
ASSISTANT U.S. ATTORNEY
Florida Bar No 0305405
E-mail: lawrence.lavecchio@usdoj.gov
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7255
Fax: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on September 26, 2017, I sent a copy of the above and foregoing by U.S. mail and by email to Marc S. Nurik, 1551 Manning Ave., Suite 302, Los Angeles, CA 90024.

BY: _____
LAWRENCE D. LaVECCHIO
ASSISTANT U.S. ATTORNEY