UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60331-CR-COHN

UNITED STATES OF AMERICA

v.

SCOTT W. ROTHSTEIN,

Defendant.
_____/

ORDER UNSEALING DOCUMENTS

THIS MATTER comes before the Court upon the government's Unopposed Motion to Unseal docket entries 73-76, which were filed with the Court in connection with the entry of the defendant's guilty plea.  Having reviewed the Motion, and this Court otherwise being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the government's Motion is GRANTED.  Docket entries 73-76 in this case are hereby ordered UNSEALED, and the Clerk of Court is directed to place them in the public record in this case.

DONE and ORDERED at Ft. Lauderdale, Florida this _____ day of _____ 2017.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE