UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

v.

SCOTT W. ROTHSTEIN,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY**

**THIS CAUSE** is before the Court on Defendant Scott W. Rothstein's pro se Motion for Leave to File Sur-Reply.  DE 950.  The Court has considered the Motion and is otherwise advised in the premises.

In light of Defendant's inability to timely consult with counsel, it is thereupon

**ORDERED AND ADJUDGED** that the Motion for Leave to File Sur-Reply [DE 950] is **GRANTED**.  Defendant may file his sur-reply no later than **March 23, 2018**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of March, 2018.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF