UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60331-CR-COHN

FILED BY ____ D.C.

MAR 21 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

vs.

SCOTT W. ROTHSTEIN,

    Defendant.

_____/

### DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY IN EXCESS OF 10 PAGES

Defendant, Scott W. Rothstein, appearing pro se for the limited purpose of filing this Motion, states as follows:

1. I am the defendant in this matter. As a direct result of the special security conditions of my confinement in combination with Mr. Nurik's extremely busy schedule, I have been unable to communicate with my attorney to coordinate the filing of the Sur-Reply and this Motion. Thus, I am appearing pro se for this limited purpose. I continue to be represented by counsel.

2. Due to the nature of my confinement, I had to prepare the Sur-Reply using an extremely old typewriter. In attempting to insure that I remain within the 10 page limit, excluding title and signature page, as required by the Southern District's Local Rules, I have cut, pasted, edited and re-typed the entire Sur-Reply three times. I have now been able to condense the document down to 12 pages, excluding the signature page.

3. I have diligently attempted to edit the contents of the Sur-reply to enable the filing of a 10 page document in compliance with the Local Rules. However, given the limits of the equipment I am working with, and given the extensive new matters raised by the Government in its

Reply, I have been unable to reduce the document to 10 pages without leaving out material critical to the fair adjudication of the matter currently pending before this Court.

4. I apologize to this Court for any inconvenience this may cause.

5. I am respectfully requesting that this Court allow defendant to file a Sur-Reply of 12 pages, excluding the signature page, so as to permit the defendant to fully and fairly address the important, and complex issues before the Court.

6. No party will be unfairly prejudiced should this Motion be granted. Should this Motion be denied, Defendant will suffer unfair prejudice as he will be prohibited from fully and fairly addressing all of the new issues raised by the government in its Reply Memorandum.

7. Given the constraints of my confinement, I am unable to contact the AUSA's representing the government to determine whether they have any objection to the instant Motion.

8. Due to the length of time it takes for me to file documents from my current location, complying with security protocols, I have filed defendant's Sur-Reply contemporaneously with this Motion as I am concerned that if I wait for a ruling on this Motion, I will be unable to file the Sur-Reply by the Court's deadline.

9. I am respectfully requesting that if this Court denies this Motion, that it not strike defendant's Sur-reply, but rather, allow the defendant sufficient time to amend the Sur-Reply and timely file it so that defendant can be fully and fairly heard on all relevant issues.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting Defendants Motion for Leave to File a Sur-Reply of 12 pages, excluding the signature page, and accept the contemporaneously fild Sur-Reply as properly filed.

                                            Scott W. Rothstein, pro se for a limited purpose

                                            c/o I.M.S

                                            320 First Street, N.W.

                                            Room 528

                                            Washington, D.C. 20534

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and correct copy of this Motion to Lawrence D. LaVecchio, AUSA, ~~via United~~ States Mail, this __21__ day of March, 2018.

                                            Scott W. Rothstein

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60331-CR-COHN

UNITED STATES OF AMERICA

vs.

SCOTT W. ROTHSTEIN,

    Defendant.

_____/

PROPOSED ORDER ON DEFENDANT'S MOTION FOR

LEAVE TO FILE SUR-REPLY IN EXCESS OF 10 PAGES

THIS CAUSE is before the Court upon Defendant's Motion for Leave to File Sur-Reply in Excess of 10 Pages. The Court has reviewed the Motion, the record in this case, and is otherwise advised in the premises. It is

ORDERED AND ADJUDGED as follows:

1. Defendant's Motion is GRANTED.

2. Defendant's shall be permitted to file a Sur-Reply of 12 pages, excluding the signature page.

3. The Sur-Reply, filed contemporaneously with the Motion for Leave is deemed properly filed with the Court.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2018.

_____

JAMES I. COHN

UNITED STATES DISTRICT JUDGE