UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09-60331-CR-COHN |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SCOTT W. ROTHSTEIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Scott Rothstein, defendant in the above named case hereby appeals to the United States Court of Appeal for the Eleventh Circuit from the District Court's Order Granting The Government's Motion To Withdraw It's Motion For Reduction Of Sentence and Denial of Defendant's Request For An Evidentiary Hearing, entered on April 16, 2018 in this matter.

Respectfully submitted,

February 12, 2018                                                      Respectfully submitted,

LAW OFFICES OF MARC S. NURIK
1075 Broken Sound Pkwy NW, Suite 102
Boca Raton, FL 33487
Tel  561-273-7000

1551 Manning Ave. Suite 302
Los Angeles, CA 90024
Tel  310-909-6828
marc@nuriklaw.com

By:  /s/ Marc S. Nurik
       MARC S. NURIK
       Fla. Bar No. 272817

## CERTIFICATE OF SERVICE

  I hereby certify that on April 27, 2018, I electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electrically Notices of Electronic Filing.

                LAW OFFICES OF MARC S. NURIK
                1075 Broken Sound Pkwy NW
                Suite 102
                Boca Raton, FL 33487
                Tel:  561-273-7000

                1551 Manning Ave. Suite 302
                Los Angeles, CA 90024
                Tel 310-909-6828
                marc@nuriklaw.com

                By:   /s/ Marc S. Nurik
                MARC S. NURIK
                Fla. Bar No. 272817