# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303



David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 25, 2018
CORRECTED Letter of October 24, 2018

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  18-11796-EE
Case Style:  USA v. Scott Rothstein
District Court Docket No:  0:09-cr-60331-JIC-1

The referenced appeal was dismissed on 09/13/2018.

Enclosed herewith is a copy of this court's order reinstating the appeal.  Appellee's appendix is
due seven (7) days from the date of the enclosed order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson, EE
Phone #: (404) 335-6173

REINST-1 Appeal Reinstated

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-11796-EE

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SCOTT W. ROTHSTEIN,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: TJOFLAT and BRANCH, Circuit Judges.

BY THE COURT:

The motion to set aside dismissal, remedy default and reinstate filed by the Appellant(s) is hereby GRANTED.