**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

Apr 15, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk of the Court
(202) 479-3011

April 6, 2020

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

09-60331-CR JIC

Re: Scott Rothstein
v. United States
No. 19-1072
(Your No. 18-11796)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk