UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT W. ROTHSTEIN,

        Defendant.
_____/

### ORDER GRANTING MOTION TO VACATE RESTITUTION

**THIS CAUSE** is before the Court upon the Joint Motion to Vacate Restitution Order [DE 971] ("Motion"). The Court has considered the Motion, and the record in this case, and is otherwise fully advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** that the Joint Motion [DE 971] is **GRANTED**. The restitution owed by Defendant has been realized in full and no restitution remains outstanding.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this 22nd day of October, 2021.

JAMES I. COHN
United States District Judge

Copy Provided:
Counsel of record via CM/ECF