**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA )
                                             )
                                             )   **Case No. 0:09-CR-60331-JIC-1**
v.                                         )   **JUDGE COHN**
                                             )
SCOTT W. ROTHSTEIN                 )

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned, Fernando L. Tamayo, as counsel for Defendant Scott W. Rothstein ("Defendant") in the above-referenced matter. All future pleadings, correspondence, etc., should be directed to the undersigned as counsel for Defendant.

Date: June 30, 2026                          Respectfully submitted,

                                               */s/ Fernando L. Tamayo*
                                               Fernando L. Tamayo
                                               Florida Bar No.: 28530
                                               ftamayo@vedder.com

                                               **VEDDER PRICE (FL), LLP**
                                               600 Brickell Avenue, Suite 1500
                                               Miami, Florida 33131
                                               Telephone: +1 (786) 741 3200
                                               Facsimile: +1 (786) 741 3202

                                               ***Counsel for Defendant Scott Rothstein***

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I electronically filed this pleading with the Clerk of the Court for the U.S. District Court, Southern District of Florida, using the electronic case filing system which will send a notice of electronic filing to all counsel of record.

/s/ <em>Fernando L. Tamayo</em><br>
Fernando L. Tamayo