**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | )   **Case No. 0:09-CR-60331-JIC-1** |
| v. | )   **JUDGE COHN** |
| | ) |
| SCOTT W. ROTHSTEIN | ) |

**CERTIFICATION OF BRITTANY K. BARNETT**

Brittany K. Barnett, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of the Texas Bar and United States District Court for the Northern District of Texas; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ Brittany K. Barnett

Brittany K. Barnett, Esq.
Texas Bar No. 24078196
Email:  brittany@bkbarnettlaw.com
LAW OFFICE OF BRITTANY K. BARNETT
2626 Cole Avenue, Suite 300
Dallas, Texas 75204
Telephone: (214) 473-4335
Fax: (214) 473-4335