UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60331-CR-COHN

UNITED STATES OF AMERICA,

v.

SCOTT W. ROTHSTEIN,

Defendant.

_____/

### ORDER GRANTING MOTION FOR *PRO HAC VICE* APPEARANCE

**THIS CAUSE** is before the Court upon the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing submitted on behalf of Brittany K. Barnett, Esq. [DE 974] ("Motion").  It appearing that all requirements of Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys have been met and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the Motion [DE 974] is **GRANTED**.  Brittany K. Barnett, Esq. shall appear *pro hac vice* on behalf of Defendant in the above-styled action.  Failure to abide by any Court order may result in immediate revocation of counsel's *pro hac vice* status.

Attorney Fernando Tamayo of the law firm of Vedder Price LLP is designated as the local counsel with whom the Court and opposing counsel may communicate, upon whom papers may be served, and who will be required to electronically file all documents and things that may be filed electronically.  Local counsel must be ready to adequately represent Defendant at any time.

It is further **ORDERED** that the Clerk shall provide electronic notification of all filings to Brittany K. Barnett, Esq., at brittany@bkbarnettlaw.com.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of July, 2026.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.